```
1  Limin Zheng (zheng@fr.com) (CA #226875)
   FISH & RICHARDSON P.C.
2  500 Arguello Street, Suite 500
   Redwood City, CA 94063
3  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
4
   Juanita Brooks (brooks@fr.com) (CA#75934)
5  FISH & RICHARDSON P.C.
   12390 El Camino Real
6  San Diego, CA 92130
   Telephone:  (858) 678-5070
7  Facsimile:  (858) 678-5099

8  Attorneys for Plaintiff
   Halo Electronics, Inc.
```

E-filing

ORIGINAL FILED

DEC 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

HALO ELECTRONICS, INC.,

Plaintiff,

v.

BEL FUSE INC.,
ELEC & ELTEK (USA) CORPORATION,
WURTH ELEKTRONIK MIDCOM, INC.,
and XFMRS, INC.,

Defendants.

Civil Case No. 07 6222

JCS

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

The undersigned counsel of record for Halo Electronics, Inc. certifies that Halo Electronics does not have a parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Dated: December 7, 2007

FISH & RICHARDSON P.C.

By: /s/ Limin Zheng
Limin Zheng

Attorneys for Plaintiff
HALO ELECTRONICS, INC.

Plaintiffs Rule 7.1 Disclosure Statement.doc

HALO v. BEL FUSE, et al. PLAINTIFF'S RULE 7.1 DISCLOSURE
Civil Case No.