# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEL FUSE INC., <br> ELEC & ELTEK (USA) CORPORATION, <br> WURTH ELECTRONICS MIDCOM, INC., and <br> XFMRS, INC., <br><br> Defendants. | CV 07 6222 <br><br> Civil Case No. _____ <br><br> SUMMONS IN A CIVIL CASE <br><br> JCS |

TO:  XFMRS, Inc.
     7570 E. Landersdale Road
     Camby, Indiana 46113

Registered Agent:
Anthony E. Imburgia
7570 E. Landersdale Rd
Camby, IN 46113

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Limin Zheng
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
Clerk

_____ (By) Deputy Clerk

Date

MARY ANN BUCKLEY

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| LIMIN ZHENG 226875<br>Fish & Richardson -Redwood City/ PFI<br>500 ARGUELLO ST., #500 REDWOOD CITY CA | |

TELEPHONE NO.: 650 839-5070    FAX NO. (Optional):
EMAIL ADDRESS (Optional): zheng@fr.com
ATTORNEY FOR (Name): HALO ELECTRONICS, INC.

**U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA AT SAN FRANCISCO**
STREET ADDRESS: 633 FOLSOM ST
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO 94103
BRANCH NAME:

PLAINTIFF/PETITIONER: HALO ELECTRONICS, INC.
DEFENDANT/RESPONDENT: BEL FUSE, INC., ET AL.,

CASE NUMBER: **CV 07 6222 JCS**

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the (specify documents):
   Summons; Civil Cover Sheet; Plaintiff's Rule 7.1 Disclosure Statement; Complaint for Patent Infringement and Demand for Jury Trial; Exhibits; Ecf Registration Handout; District Court Rules; Order Setting Initial Case Management Conference and Adr Deadlines; Standing Order; Notice of Rule Discontinuing Service By Mail; Standing Order for All Judges, Contents of Case Management Statement

3. a. Party served (specify name of party as shown on documents served):
      XFMRS, INC.
   b. [ X ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) (specify name and relationship to the party named in item 3a):
      Anthony Imburgia, REGISTERED AGENT, A white male approx. 45-55 years of age 5'10"-6'0" in height weighing 160-180 lbs with black hair, a mustache, and a beard

4. Address where the party was served:
   13821 N LAYTON MILLS Court, CAMBY, IN 46113

5. I served the party (check proper box)
   a. [ X ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on (date): 12/12/2007  (2) at (time): 9:30 PM
   b. [  ] **by substituted service.** On (date): (2) at (time): I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
      (1) [  ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [  ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [  ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [  ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):          from (city):          or [  ] a declaration of mailing is attached.
      (5) [  ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10

Order No. 5031034 SEA

| | |
|---|---|
| PLAINTIFF/PETITIONER: HALO ELECTRONICS, INC. | CASE NUMBER: CV 07 6222 JCS |
| DEFENDANT/RESPONDENT: BEL FUSE, INC., ET AL., | |

   c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
      (1) on *(date):*    (2) from *(city):*
      (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30)
      (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)
   d. [ ] **by other means** *(specify means of service and authorizing code section):*

     [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant
   d. [X] On behalf of *(specify):* XFMRS, INC.
      under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)      [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)      [ ] 415.46 (occupant)
                                          [ ] other

7. **Person who served papers**
   a. Name:    David Olmstead
   b. Address:    1111 East 54th St., # 123, Indianapolis, IN 46220
   c. Telephone number:    317-726-5266
   d. The fee for service was:    $0.00
   e. I am:
      (1) [X] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] registered California process server:
         (i) [ ] owner  [ ] employee  [ ] independant contractor
         (ii) [ ] Registration No.:
         (iii) [ ] County:

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 12/13/2007

_____     _____
David Olmstead                                          (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010 [Rev. January 1, 2007]                                                                    Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**          Order No. 5031034 SEA