AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

HALO ELECTRONICS, INC.,

      Plaintiff,

      v.

BEL FUSE INC.,
ELEC & ELTEK (USA) CORPORATION,
WURTH ELECTRONICS MIDCOM, INC., and
XFMRS, INC.,

      Defendants.

Civil Case No. _____

**SUMMONS IN A CIVIL CASE**

JCS

TO:  Wurth Electronics Midcom, Inc.
     121 Airport Drive
     Watertown, SD 57201

Registered Agent:
Corporation Service Company
503 South Pierre Street
Pierre, SD 57501-4522

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

     Limin Zheng
     FISH & RICHARDSON P.C.
     500 Arguello Street, Suite 500
     Redwood City, CA 94063

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
Clerk

Date

(By) Deputy Clerk

MARY ANN BUCKLEY

**U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA AT SAN FRANCISCO**

| | |
|---|---|
| HALO ELECTRONICS, INC.<br>Plaintiff / Petitioner | Cause #: CV 07 6222 JCS |
| | Affidavit of Service of: |
| VS.<br>BEL FUSE, INC., ET AL.,<br>Defendant / Respondent | SUMMONS; CIVIL COVER SHEET; PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT; COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL; EXHIBITS; ECF REGISTRATION HANDOUT; DISTRICT COURT RULES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; NOTICE OF RULE DISCONTINUING SERVICE BY MAIL; STANDING ORDER FOR ALL JUDGES, CONTENTS OF CASE MANAGEMENT STATEMENT |
| | Hearing Date: |
| | Witness Fee Tendered: |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the date and time of **December 13TH 07 @ 11:25am** at the address of **503 S Pierre ST Pierre, S. Dak 57501** city of **Pierre**, county of **Hughes**, state of **South Dakota**, this affiant served the above described documents upon:

**CORPORATION SERVICE COMPANY as Registered Agent for WURTH ELECTRONICS MIDCOM, INC.**

☐ **Personal Service**
by then and there personally delivering _____ true and correct copy(ies) thereof.

☒ **Corporate Service**
by then and there personally delivering **one** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Lori Ravnaas, employee of Corp. Service Co, Registered agent**
Person Receiving Documents and Their Title

☐ **Substituted/Residential Service**
by then and there personally delivering _____ true and correct copy(ies) thereof, by then presenting to and leaving the same with _____,
a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

**Ed L Assman**
Typed or Printed Name of Process Server            Server Signature

Subscribed and Sworn to before me this **December 13, 2007**

_(signature)_
a Notary Public in the State of **South Dakota**
Residing at **Hughe Co.**

Patti J. Gordon
My Commission Expires
March 20, 2013

ABC Legal Services, Inc.
206 521-9000
Tracking #: 5031035

**ORIGINAL**
**PROOF OF SERVICE**

Page 1 of 1

Fish & Richardson -Redwood City/ PFI

Job # 9143

OR_FWPRN