1  Limin Zheng (zheng@fr.com) (CA #226875)
   FISH & RICHARDSON P.C.
2  500 Arguello Street, Suite 500
   Redwood City, CA 94063
3  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
4
   Juanita Brooks (brooks@fr.com) (CA#75934)
5  FISH & RICHARDSON P.C.
   12390 El Camino Real
6  San Diego, CA 92130
   Telephone:  (858) 678-5070
7  Facsimile:  (858) 678-5099

8  Attorneys for Plaintiff
   HALO ELECTRONICS, INC.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       (SAN FRANCISCO DIVISION)

13 | HALO ELECTRONICS, INC., | Civil Case No. CV-07-6222-JCS
14 | Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
15 | v. |
16 | BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELEKTRONIK MIDCOM, INC., and XFMRS, INC., |
17 | |
18 | Defendants. |

21         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

22         The undersigned party in the above-captioned civil matter hereby declines to consent to the

23 assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

24 requests the reassignment of this case to a United States District Judge.

1  Dated: December 27, 2007                    FISH & RICHARDSON P.C.

3                                              By:  /s/ Juanita R. Brooks
4                                                   Juanita R. Brooks (CA #75934)
                                                    12390 El Camino Real
                                                    San Diego, California 92130
5                                                   Telephone: (858) 678-5070
                                                    Email: brooks@fr.com

7                                              Attorneys for Plaintiff
                                               HALO ELECTRONICS, INC.

8  10798430.doc