1  CRANSTON J. WILLIAMS, Bar No. 162714
   BAKER & HOSTETLER LLP
2  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, CA  90025-7120
3  Telephone:    310.820.8800
   Facsimile:    310.820.8859
4  Email:        cwilliams@bakerlaw.com

5  Attorney for Defendant
   WURTH ELEKTRONIK MIDCOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC., | Case No.  CV 07-06222 JCS |
| Plaintiff, | **STIPULATION EXTENDING THE TIME FOR DEFENDANT WURTH ELEKTRONIK MIDCOM, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| v. | |
| BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELEKTRONIK MIDCOM, INC., and XFMRS, INC. | Judge: Hon. Joseph C. Spero |
| Defendants. | |

   Pursuant to Local Rule 6.1 (a) of the United States District Court for the Northern District of California, defendant Wurth Elektronik Midcom, Inc. ("Midcom"), by and through its counsel, and Plaintiff Halo Electronics, Inc. ("Halo"), by and through its counsel, hereby stipulate to extend the time in which defendant Midcom must answer or otherwise respond to plaintiff Halo's Complaint until, and including, February 1, 2008.  Because of defendant Midcom's counsel's unavailability due to the end-of-year holiday season schedules, the parties seek the requested enlargement of time sufficient to permit defendant Midcom to answer the complaint.

   No previous time modifications have been requested in this case.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

The parties do not believe that the extension of time for defendant Midcom to answer or otherwise respond to the complaint will alter the date of any event or any deadline already fixed by Court order.

Dated: December 28, 2007

By: _____ [1]
Cranston J. Williams
(cwilliams@bakerlaw.com) (CA #162714)
Baker & Hostetler LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone: (310) 820-8800

*Attorney for Defendant, Wurth Elektronik Midcom, Inc*

By: /s/ (with permission)
Limin Zheng (zheng@fr.com) (CA #226875)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070

Juanita Brooks (brooks@fr.com) (CA #75934)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070

*Attorneys for Plaintiff, Halo Electronics, Inc.*

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.