1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATE DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HALO ELECTRONICS, INC., a Nevada Corporation<br><br>            Plaintiffs<br><br>    vs.<br><br>BEL FUSE, INC., a New Jersey Corporation,<br><br>        Defendants. | Action No. 07-6222 -JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BEL FUSE'S MOTION TO DISMISS OR TRANSFER**<br><br>**Date:    February 8, 2008**<br>**Time:    9:30 a.m.**<br>**Location:  Courtroom A, 15$^h$ Floor** |

    Before this Court is Defendant Bel Fuse's Motion to Dismiss Plaintiff's Complaint and to transfer this case to the United States District Court for the District of New Jersey.

    After considering all the relevant papers on file with the Court and the arguments of counsel, the Court hereby GRANTS the Defendant Bel Fuse's motion and DISMISSES Plaintiff's complaint without prejudice/TRANSFERS this case to the United States District Court for the District of New Jersey.

SO ORDERED, this _____ day of _____, 2008.

_____
HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Fliesler Meyer LLP

[PROPOSED] ORDER GRANTING DEFENDANT BEL FUSE'S
MOTION TO DISMISS OR TRANSFER
Action No. 07-06222 JCS

-1-