1  Martin C. Fliesler (SBN 073768) mcf@fdml.com
   Rex Hwang (SBN 221079) rhwang@fdml.com
2  FLIESLER MEYER LLP
   650 California Street, 14th Floor
3  San Francisco, CA 94108
   Telephone:    (415) 362-3800
4  Facsimile:    (415) 362-2928

5  Joshue L. Raskin (Pro Hac Vice) jraskin@wolfblock.com
   Kenneth G. Roberts (SBN 106945) kroberts@wolfblock.com
6  WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
   250 Park Avenue, 10th Floor
7  New York, NY 10177
   Telephone:    (212) 986-1116
8  Facsimile:    (212) 986-0604

9  Attorneys for Defendants
   Bel Fuse, Inc.

## UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC., a Nevada Corporation, | ) Action No. 07-6222 -JCS<br>)<br>) |
| Plaintiffs | ) **BEL FUSE, INC.'S CERTIFICATE OF** |
| vs. | ) **INTERESTED ENTITIES AND RULE**<br>) **7.1 DISCLOSURE** |
| BEL FUSE, INC.,  ELEC & ELTECK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., and XFMRS, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## CERTIFICATE OF INTERESTED ENTITIES
## AND RULE 7.1 DISCLOSURE STATEMENT

In accordance with Civil Local Rule 3-16, the undersigned certifies that the following

listed persons, associations of person, firms, partnership, corporations (including parent

corporations) or other entities (i) have a financial interest in the subject matter in controversy or in

a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding:

Information responsive to Civil Local Rule 3-16, if there is any, will be provided to the Court on Wednesday, January 2, 2008 upon receipt from Defendant, Bel Fuse, Inc.

In accordance with Fed. R. Civ. P. 7.1, the undersigned counsel for Bel Fuse, Inc. will identify any parent corporation or any publicly held corporation owning 10% of more of its stock on Wednesday, January 2, 2008, upon receipt from Defendant, Bel Fuse, Inc.

Dated: December 31, 2007

Respectfully Submitted,

By: _____
FLIESLER MEYER LLP
Martin C. Fliesler (SBN 073768)
Rex Hwang (SBN 221079)
650 California Street, 14th Floor
San Francisco, CA 94108
Telephone:   (415) 362-3800
Facsimile:    (415) 362-2928

WOLF, BLOCK, SCHORR AND
   SOLIS-COHEN LLP
Joshua L. Raskin (*Pro Hac Vice*)
Kenneth G. Roberts (SBN 106945)
250 Park Avenue, 10th Floor
New York, NY 10177
Telephone:   (212) 986-1116
Facsimile:    (212) 986-0604

Attorneys for Defendant
Bel Fuse, Inc.