| | |
|---|---|
| 1 | Limin Zheng (zheng@fr.com) (CA #226875) |
| | FISH & RICHARDSON P.C. |
| 2 | 500 Arguello Street, Suite 500 |
| | Redwood City, CA 94063 |
| 3 | Telephone: (650) 839-5070 |
| | Facsimile: (650) 839-5071 |
| 4 | |
| | Juanita Brooks (brooks@fr.com) (CA#75934) |
| 5 | FISH & RICHARDSON P.C. |
| | 12390 El Camino Real |
| 6 | San Diego, CA 92130 |
| | Telephone: (858) 678-5070 |
| 7 | Facsimile: (858) 678-5099 |
| 8 | Attorneys for Plaintiff |
| | Halo Electronics, Inc. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC., | Civil Action No. CV-07-6222-JCS |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELEKTRONIK MIDCOM, INC., and XFMRS, INC., | |
| Defendants. | |

I certify that on January 4, 2008, I caused to be served true and correct copies of the following as follows:

HALO ELECTRONIC'S MOTION TO DECLARE THIS ACTION THE FIRST-FILED AND TO ENJOIN DEFENDANT BEL FUSE FROM PROCEEDING WITH DUPLICATIVE LITIGATION IN THE DISTRICT OF NEW JERSEY;

DECLARATION OF LIMIN ZHENG AND EXHIBITS; and

[PROPOSED] ORDER

1

| | |
|---|---|
| Martin C. Fliesler<br>Fliesler Meyer LLP<br>650 California Street<br>14th Floor<br>San Francisco, CA 94108<br>415/362-3800<br>mcf@fdml.com | Attorneys for Defendant Bel Fuse Inc. |
| Joshua L. Raskin<br>Wolf Block Schorr and Solis-Cohen LLP<br>250 Park Avenue, 10th Floor<br>New York, NY 10177<br>212/986-1116<br>jraskin@wolfblock.com | |

**(VIA ECF)**

| | |
|---|---|
| Elec & Eltek (USA) Corporation<br>25255 Cabot Road<br>Suite 201<br>Laguna Hills, CA 92653 | Defendant Elec & Eltek (USA) Corporation |

**(VIA U.S. MAIL)**

| | |
|---|---|
| Cranston J. Williams<br>Baker & Hostetler LLP<br>12100 Wilshire Blvd<br>15th Floor<br>Los Angeles, CA 90025-7120<br>310/820-8800<br>cwilliams@bakerlaw.com | Attorney for Defendant Wurth Electronics Midcom, Inc. |

**(VIA U.S. MAIL)**

| | |
|---|---|
| Anthony E. Imburgia<br>Registered Agent<br>XFMRS, Inc.<br>13821 N Layton Mills Court<br>Camby, IN 46113 | Defendant XFMRS, Inc. |

**(VIA U.S. MAIL)**

Dated: January 4, 2008                     FISH & RICHARDSON P.C.

                                           By: /s/ Limin Zheng
                                               Limin Zheng

                                           Attorneys for Plaintiff
                                           HALO ELECTRONICS, INC.

60475387.doc