**United States District Court**
For the Northern District of California

1
2
3              UNITED STATES DISTRICT COURT
4              NORTHERN DISTRICT OF CALIFORNIA
5
6  HALO ELECTRONICS, INC.                            No. C07-6222 JCS
7           Plaintiff(s),
                                                    NOTICE OF IMPENDING REASSIGNMENT
8       v.                                          TO A UNITED STATES DISTRICT JUDGE
9  BEL FUSE, INC., ET AL.,
10          Defendant(s).
                                          /
11
12      The Clerk of this Court will now randomly reassign this case to a United States District
13  Judge because:
14      [X]    One or more of the parties has requested reassignment to a United States District
15  Judge or has not consented to the jurisdiction of a United States Magistrate Judge.
16      []     One or more of the parties has sought a type of judicial action (e.g., a temporary
17  restraining order) that a United States Magistrate Judge may not take without the consent of all
18  parties, the necessary consents have not been secured, and time is of the essence.
19      ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE
20  SPERO ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE
21  JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.
22
23  Dated: January 7, 2008

                                                    Richard W. Wieking, Clerk
24                                                  United States District Court

25                                                  _____
                                                    Karen L. Hom
                                                    By: Karen L. Hom
26                                                  Courtroom Deputy
27  cc: Intake
28