**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

---

www.cand.uscourts.gov

Richard W. Wieking                                                                                          General Court Number
Clerk                                                                                                                      415.522.2000

**January 7, 2008**

**CASE NUMBER:  CV 07-06222 JCS**
**CASE TITLE:  HALO ELECTRONICS-v-BEL FUSE INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable RONALD M. WHYTE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 1/7/08

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
                                                                                                              Clerk


NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 1/7/08AS |

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                                          Transferor CSA