1 | Limin Zheng (zheng@fr.com) (CA #226875)
FISH & RICHARDSON P.C.
2 | 500 Arguello Street, Suite 500
Redwood City, CA 94063
3 | Telephone: (650) 839-5070
Facsimile: (650) 839-5071
4 |
5 | Juanita Brooks (brooks@fr.com) (CA#75934)
FISH & RICHARDSON P.C.
12390 El Camino Real
6 | San Diego, CA 92130
Telephone: (858) 678-5070
7 | Facsimile: (858) 678-5099
8 | Attorneys for Plaintiff
HALO ELECTRONICS, INC.
9 |

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | (SAN JOSE DIVISION)

13 | HALO ELECTRONICS, INC.,                     Civil Case No. CV-07-6222

14 |            Plaintiff,             **HALO ELECTRONIC'S AMENDED
                                       NOTICE OF MOTION TO DECLARE
15 |      v.                          THIS ACTION THE FIRST-FILED AND
                                       TO ENJOIN DEFENDANT BEL FUSE
16 | BEL FUSE INC.,                    FROM PROCEEDING WITH
ELEC & ELTEK (USA) CORPORATION,        DUPLICATIVE LITIGATION IN THE
17 | WURTH ELEKTRONIK MIDCOM, INC.,    DISTRICT OF NEW JERSEY**
and XFMRS, INC.,
18 |                                   DATE:     March 14, 2008
           Defendants.                TIME:     9:00 a.m.
19 |                                   PLACE:    Courtroom 6, 4th Floor
                                       JUDGE:    Ronald M. Whyte
20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

**AMENDED NOTICE OF MOTION**

PLEASE TAKE NOTICE that at 9:00 a.m. on March 14, 2008, or as soon thereafter as it may be heard, the Court will hear Plaintiff Halo Electronics, Inc.'s Motion To Declare This Action The First-Filed And To Enjoin Defendant Bel Fuse Inc. From Proceeding With Duplicative Litigation In The District Of New Jersey in the Courtroom of the Honorable Ronald M. Whyte, Courtroom 6 of the United States District Court, Northern District of California, located at 450 Golden Gate Ave., San Francisco, California 94102.  Halo Electronics relies on the Memorandum in Support of this motion, the Declaration of Limin Zheng submitted in support of this motion, as well as the pleadings and papers on file and any further evidence or argument submitted to the Court.

Dated:  January 10, 2008                    FISH & RICHARDSON P.C.


                                            By:   /s/ Limin Zheng
                                                  Limin Zheng (CA #226875)
                                                  E-mail:  zheng@fr.com

                                            Attorneys for Plaintiff
                                            HALO ELECTRONICS, INC.

50458199.doc

1

**PROOF OF SERVICE**

I am employed in the County of San Mateo.  My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063.  I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On January 9, 2008, I caused a copy of the following document(s):

HALO ELECTRONIC'S AMENDED NOTICE OF MOTION TO DECLARE THIS ACTION THE FIRST-FILED AND TO ENJOIN DEFENDANT BEL FUSE FROM PROCEEDING WITH DUPLICATIVE LITIGATION IN THE DISTRICT OF NEW JERSEY

to be filed and served using the Court's ECF system.  Additionally, I caused a copy of the document to be served on the following interested parties who have not yet registered to use the Court's ECF system by placing a true and correct copy thereof in a sealed envelope and addressing it as follows:

Elec & Eltek (USA) Corporation
25255 Cabot Road                         Defendant
Suite 201
Laguna Hills, CA 92653

Cranston J. Williams                     Attorneys for Defendant Wurth
Baker & Hostetler LLP                    Electronics Midcom, Inc.
12100 Wilshire Blvd, 15th Floor
Los Angeles, CA 90025-7120
cwilliams@bakerlaw.com

Anthony E. Imburgia                      Defendant
Registered Agent
XFMRS, Inc.
13821 N Layton Mills Court
Camby, IN 46113

| | | |
|---|---|---|
| XX | **MAIL:** | The envelope was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business. |

I declare under penalty of perjury that the above is true and correct.  Executed on January 9, 2008, at Redwood City, California.

/s/ Limin Zheng
Limin Zheng

2