1  Limin Zheng (zheng@fr.com) (CA #226875)
   FISH & RICHARDSON P.C.
2  500 Arguello Street, Suite 500
   Redwood City, CA 94063
3  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
4
   Juanita Brooks (brooks@fr.com) (CA#75934)
5  FISH & RICHARDSON P.C.
   12390 El Camino Real
6  San Diego, CA 92130
   Telephone: (858) 678-5070
7  Facsimile: (858) 678-5099

8  Attorneys for Plaintiff
   HALO ELECTRONICS, INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      (SAN JOSE DIVISION)

13 | HALO ELECTRONICS, INC., | Civil Case No. CV-07-6222
14 | Plaintiff, | **HALO ELECTRONIC'S AMENDED NOTICE OF MOTION TO DECLARE THIS ACTION THE FIRST-FILED AND TO ENJOIN DEFENDANT BEL FUSE FROM PROCEEDING WITH DUPLICATIVE LITIGATION IN THE DISTRICT OF NEW JERSEY**
15 | v. |
16 | BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELEKTRONIK MIDCOM, INC., and XFMRS, INC., |
17 | |
18 | Defendants. | DATE: February 15, 2008
   |                           | TIME:  9:00 a.m.
19 |                           | PLACE: Courtroom 6, 4th Floor
   |                           | JUDGE: Ronald M. Whyte

**AMENDED NOTICE OF MOTION**

PLEASE TAKE NOTICE that at 9:00 a.m. on February 15, 2008, or as soon thereafter as it may be heard, the Court will hear Plaintiff Halo Electronics, Inc.'s Motion To Declare This Action The First-Filed And To Enjoin Defendant Bel Fuse Inc. From Proceeding With Duplicative Litigation In The District Of New Jersey in the Courtroom of the Honorable Ronald M. Whyte, Courtroom 6 of the United States District Court, Northern District of California, located at 280 South 1st Street, San Jose, California. Halo Electronics relies on the Memorandum in Support of this motion, the Declaration of Limin Zheng submitted in support of this motion, as well as the pleadings and papers on file and any further evidence or argument submitted to the Court.

Dated: January 10, 2008         FISH & RICHARDSON P.C.


By:  /s/ Limin Zheng
     Limin Zheng

Attorneys for Plaintiff
HALO ELECTRONICS, INC.

**PROOF OF SERVICE**

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On January 10, 2008, I caused a copy of the following document(s):

HALO ELECTRONIC'S AMENDED NOTICE OF MOTION TO DECLARE THIS ACTION THE FIRST-FILED AND TO ENJOIN DEFENDANT BEL FUSE FROM PROCEEDING WITH DUPLICATIVE LITIGATION IN THE DISTRICT OF NEW JERSEY

to be filed and served using the Court's ECF system. Additionally, I caused a copy of the document to be served on the following interested parties who have not yet registered to use the Court's ECF system by placing a true and correct copy thereof in a sealed envelope and addressing it as follows:

| | |
|---|---|
| Elec & Eltek (USA) Corporation<br>25255 Cabot Road<br>Suite 201<br>Laguna Hills, CA 92653 | Defendant |
| Cranston J. Williams<br>Baker & Hostetler LLP<br>12100 Wilshire Blvd, 15th Floor<br>Los Angeles, CA 90025-7120<br>cwilliams@bakerlaw.com | Attorneys for Defendant Wurth Electronics Midcom, Inc. |
| Anthony E. Imburgia<br>Registered Agent<br>XFMRS, Inc.<br>13821 N Layton Mills Court<br>Camby, IN 46113 | Defendant |

[XX]  **MAIL:**   The envelope was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

I declare under penalty of perjury that the above is true and correct. Executed on January 10, 2008, at Redwood City, California.

/s/ Limin Zheng
Limin Zheng

2   HALO'S AMENDED NOTICE OF MOTION TO DECLARE THIS ACTION THE FIRST-FILED AND TO ENJOIN DEFENDANT BEL FUSE FROM PROCEEDING WITH DUPLICATIVE LITIGATION IN DISTRICT OF NEW JERSEY
Civil Case No. CV-07-6222-JCS