1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11   HALO ELECTRONICS, INC.,                    ***E-FILED - 1/15/08***

12              Plaintiff,                      CASE NO.: C-07-06222-RMW

13         v.                                   **CLERK'S NOTICE OF SETTING
                                                CASE MANAGEMENT CONFERENCE**
14   BEL FUSE, INC., et al.,

15              Defendant.

16
17
        PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for
18
**March 28, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear
19
in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.
20
Parties are to file a Joint Case Management Statement by March 21, 2008.
21
        If the above-entitled matter settles counsel are required to notify the Court by contacting the
22
Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.
23
24
DATED: January 15, 2008
25
                                    BY: _____
26                                         JACKIE GARCIA
                                           Courtroom Deputy for
27                                         Honorable Ronald M. Whyte
28

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28