```
 1  Joshua L. Raskin                                              Fee Paid
    WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
 2  250 Park Avenue, 10th Floor                      FILED
    New York, New York 10177
 3  Telephone:    (212) 986-1116                     2008 JAN 11  P 1: 05
 4  Facsimile:    (212) 986-0604
                                                     RICHARD W. WIEKING
 5                                                        CLERK
                                                     U.S. DISTRICT COURT
 6                      UNITED STATES DISTRICT COURT  NO. DIST. OF CA. S.J.
 7                     NORTHERN DISTRICT OF CALIFORNIA
 8                              SAN JOSE DIVISION
 9
10  HALO ELECTRONICS, INC.              )   Action No. C07-06222 RMW
                                        )
11                  Plaintiffs,         )   APPLICATION FOR ADMISSION
                                        )   OF ATTORNEY PRO HAC VICE
12        vs.                           )
                                        )
13  BEL FUSE, INC., ELEC & ELTEK (USA)  )
    CORPORATION, WURTH ELECTRONICS      )
14  MIDCOM, INC., and XFMRS, INC.,      )
                                        )
15                  Defendants.         )
                                        )
16                                      )
```

17      Pursuant to Civil L.R. 11-3, Joshua L. Raskin, an active member in good standing of the bar
18  of the United States Courts of Appeals for the Federal and Second Circuits, and the United States
19  District Courts for the Southern and Eastern Districts of New York, hereby applies for admission to
20  practice in the Northern District of California on a *pro hac vice* basis representing defendant Bel
21  Fuse, Inc. in the above-entitled action.

    In support of this application, I certify on oath that:

    1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

    2.  I agree to abide by the Standards of Professional Code set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

    3.  An attorney who is a member of the bar of this Court in good standing and who

FLIESLER
MEYER LLP                                     1

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Action No. C07-06222 RMW

maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Martin C. Fliesler, FLIESLER MEYER LLP, 650 California Street, 14th Floor, San Francisco, California, 94108. Telephone: 415-362-3800.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: January 4, 2008

_____
Joshua L. Raskin

FLIESLER MEYER LLP

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
Action No. C07-06222 JCS

RECEIVED
2008 JAN 11 PM 1:0[?]
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> BEL FUSE, INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., AND XMRS, INC., <br><br> Defendants. | Action No. C07-06222 RMW <br><br> **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Joshua L. Raskin, an active member in good standing of the bar of the United States Courts of Appeal for the Federal and Second Circuits, and the United States District Courts for the Southern and Eastern Districts of New York, whose business address and telephone number is: WOLF, BLOCK, SCHORR AND SOLIS-COHEN, 250 Park Avenue, 10th Floor, New York, NY 10177; having applied in the above-entitled action for admission to practice in the Northern District on a *pro hac vice* basis, representing defendant Bel Fuse, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R.11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order 45, *Electronic Case Filing*.

Dated: _____

HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

FLIESLER
MEYER LLP

1

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002385
Cashier ID: harwellt
Transaction Date: 01/11/2008
Payer Name: Fliesler Meyer
-----------------------------------
PRO HAC VICE
 For: Joshua L. Raskin
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:        $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 2964
 Amt Tendered:  $210.00
-----------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

Case # 07-cv-06222-RMW

For Attorney:  Joshua L. Raskin


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```