UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>BEL FUSE, INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., AND XMRS, INC.,<br><br>Defendants. | Action No. C07-06222 RMW<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Joshua L. Raskin, an active member in good standing of the bar of the United States Courts of Appeal for the Federal and Second Circuits, and the United States District Courts for the Southern and Eastern Districts of New York, whose business address and telephone number is: WOLF, BLOCK, SCHORR AND SOLIS-COHEN, 250 Park Avenue, 10th Floor, New York, NY 10177; having applied in the above-entitled action for admission to practice in the Northern District on a *pro hac vice* basis, representing defendant Bel Fuse, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R.11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order 45, *Electronic Case Filing*.

Dated: 1/16/08

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

FLIESLER
MEYER LLP

1