1  Juanita Brooks (CSB No. 75934 / brooks@fr.com)
   FISH & RICHARDSON P.C.
2  12390 El Camino Real
   San Diego, CA 92130
3  Telephone: (858) 678-5070
   Facsimile: (858) 678-5099
4
   Limin Zheng (CSB No. 226875 / zheng@fr.com)
5  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
6  Redwood City, CA 94063
   Telephone: (650) 839-5070
7  Facsimile: (650) 839-5071

8  Attorneys for Plaintiff
   Halo Electronics, Inc.
9

FILED
2008 JAN 25 P 3: 32
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                    (SAN JOSE DIVISION)

13  HALO ELECTRONICS, INC.,                    Civil Case No. 07-6222 RMW
14          Plaintiff,                          **APPLICATION OF WILLIAM
                                                WOODFORD FOR ADMISSION *PRO HAC*
15      v.                                      *VICE***
16  ELEC & ELTEK ENGINEERING, INC., TDK
17  ELECTRONICS CORPORATION, and XFMRS,
    INC.,
18
            Defendants,
19

20
21      Pursuant to Civil L.R. 11-3, William Woodford, an active member in good standing of the
22  bar of the state of Minnesota, hereby applies for admission to practice in the Northern District of
23  California on a *pro hac vice* basis representing Plaintiff and Halo Electronics, Inc. in the above-
24  entitled action.
25      In support of this application, I certify under oath that:
26      1.      I am an active member in good standing of a United States Court or of the highest
27  court of another State or the District of Columbia, as indicated above;
28
                                                    1
                                                           APPLICATION OF WILLIAM WOODFORD FOR ADMISSION PRO
                                                                                                      HAC VICE
                                                                                  Civil Case No. 07-6222 RMW

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and Alternative Dispute Resolution program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Limin Zheng (CSB No. 226875)
> FISH & RICHARDSON, P.C.
> 500 Arguello Street, Suite 500
> Redwood City, CA 94063
> Telephone: (650) 839-5070
> Facsimile: (650) 839-5071

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 24, 2008

FISH & RICHARDSON P.C.

By: _____
William Woodford

Attorneys for Plaintiff
HALO ELECTRONICS, INC.

50461381.doc

2

APPLICATION OF WILLIAM WOODFORD FOR ADMISSION PRO HAC VICE
Civil Case No. 07-6222 RMW