Fee Paid

1  Juanita Brooks (CSB No. 75934 / brooks@fr.com)
   FISH & RICHARDSON P.C.
2  12390 El Camino Real
   San Diego, CA 92130
3  Telephone: (858) 678-5070
   Facsimile: (858) 678-5099
4
5  Limin Zheng (CSB No. 226875 / zheng@fr.com)
   FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
6  Redwood City, CA 94063
   Telephone: (650) 839-5070
7  Facsimile: (650) 839-5071

FILED

2008 JAN 25 P 3: 33

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

8  Attorneys for Plaintiff
   Halo Electronics, Inc.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                     (SAN JOSE DIVISION)

13
   HALO ELECTRONICS, INC.,                Civil Case No. 07-6222 RMW
14
           Plaintiff,                     **APPLICATION OF MICHAEL J. KANE
15                                        FOR ADMISSION *PRO HAC VICE***
       v.
16
   ELEC & ELTEK ENGINEERING, INC., TDK
17 ELECTRONICS CORPORATION, and XFMRS,
   INC.,
18
           Defendants,
19

20

21       Pursuant to Civil L.R. 11-3, Michael J. Kane, an active member in good standing of the bar

22 of the state of Minnesota, hereby applies for admission to practice in the Northern District of

23 California on a *pro hac vice* basis representing Plaintiff and Halo Electronics, Inc. in the above-

24 entitled action.

25       In support of this application, I certify under oath that:

26       1.      I am an active member in good standing of a United States Court or of the highest

27 court of another State or the District of Columbia, as indicated above;

28
                                                    1
                                                    APPLICATION OF MICHAEL J. KANE FOR ADMISSION PRO HAC
                                                                                                     VICE
                                                                              Civil Case No. 07-6222 RMW

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and Alternative Dispute Resolution program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Limin Zheng (CSB No. 226875)
> FISH & RICHARDSON, P.C.
> 500 Arguello Street, Suite 500
> Redwood City, CA 94063
> Telephone: (650) 839-5070
> Facsimile: (650) 839-5071

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 24, 2008

FISH & RICHARDSON P.C.

By: _____
Michael J. Kane

Attorneys for Plaintiff
HALO ELECTRONICS, INC.

50461381.doc