1  C. Todd Norris, SBN 181337
   Bullivant Houser Bailey PC
2  601 California Street, Suite 1800
   San Francisco, California 94108-2823
3  Telephone:  415.352.2700
4  Facsimile:   415.352.2701
   Email: todd.norris@bullivant.com
5
   Attorneys for Defendant XFMRS, INC.
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                           SAN JOSE DIVISION
10

11 | HALO ELECTRONICS, INC.,                    | Case No.: CV 07-06222 RMW
12 |                    Plaintiff,              | STIPULATION ENLARGING THE TIME
   |         vs.                                | FOR DEFENDANT XFMRS, INC. TO
13 |                                            | FILE AN ANSWER TO PLAINTIFF
   | BEL FUSE INC., ELEC & ELTEK (USA)          | HALO ELECTRONICS, INC.'S
14 | CORPORATION, WURTH                         | COMPLAINT
   | ELEKTRONIK MIDCOM, INC., and
15 | XFMRS, INC.
16 |                    Defendants.

17

18     Pursuant to Local Rule 6-1(a) of the United States District Court for the Northern

19 District of California, Defendant XFMRS, INC. ("XFMRS"), by and through its counsel, and

20 Plaintiff HALO ELECTRONICS, INC. ("HALO"), by and through its counsel, hereby stipulate

21 to extend the time in which Defendant XFMRS must answer or otherwise respond to Plaintiff

22 HALO's Complaint until, and including, February 1, 2008. Because of Defendant XFMRS'

23 Indiana's counsel's unavailability due to the end-of-year holiday season schedules, and its very

24 recent retention of local counsel, the parties seek the requested enlargement of time.

25     No previous time modifications have been requested by Defendant XFMRS in this case.

26     The parties do not believe that the extension of time for Defendant XFMRS to answer or

27 otherwise respond to the complaint will alter the date of any event or any deadline already fixed

28 by Court order.

— 1 —
STIPULATION ENLARGING TIME FOR DEFENDANT TO FILE ANSWER TO PLAINTIFF'S COMPLAINT

1  Dated: February 1, 2008

By: _____
C. Todd Norris, (SBN #181337)
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108-2823
Telephone:   415.352.2700
Facsimile:    415.352.2701
Email:  todd.norris@bullivant.com
Attorneys for Defendant XFMRS, INC.

By: /s/ (with permission)
Limin Zheng, (CA #226875)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:   650.839.5070
Email:  zheng@fr.com

Juanita Brooks, (CA #75934)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:   858.678.5070
Email:  brooks@fr.com
Attorneys for Plaintiff HALO ELECTRONICS, INC.

6092651.1

*****

- 2 -

STIPULATION ENLARGING TIME FOR DEFENDANT TO FILE ANSWER TO PLAINTIFF'S COMPLAINT