| | |
|---|---|
| 1 | Juanita Brooks (CA#75934 / brooks@fr.com) |
|  | FISH & RICHARDSON P.C. |
| 2 | 12390 El Camino Real |
|  | San Diego, CA 92130 |
| 3 | Telephone: (858) 678-5070 |
|  | Facsimile: (858) 678-5099 |
| 4 | |
|  | Limin Zheng (zheng@fr.com) (CA #226875) |
| 5 | FISH & RICHARDSON P.C. |
|  | 500 Arguello Street, Suite 500 |
| 6 | Redwood City, CA 94063 |
|  | Telephone: (650) 839-5070 |
| 7 | Facsimile: (650) 839-5071 |
| 8 | Michael J. Kane (Admission pro hac vice pending / kane@fr.com)) |
|  | William R. Woodford (Admission pro hac vice pending / woodford@fr.com) |
| 9 | FISH & RICHARDSON P.C. |
|  | 3300 Dain Rauscher Plaza |
| 10 | 60 South Sixth Street |
|  | Minneapolis, MN 55402 |
| 11 | Telephone: (612) 335-5070 |
|  | Facsimile: (612) 288-9696 |
| 12 | |
|  | Attorneys for Plaintiff |
| 13 | HALO ELECTRONICS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC., | Civil Case No. 07-6222 RMW |
| Plaintiff, | **REPLY IN FURTHER SUPPORT OF HALO'S MOTION TO DECLARE THIS ACTION THE FIRST-FILED AND TO ENJOIN DEFENDANT BEL FUSE FROM PROCEEDING WITH DUPLICATIVE LITIGATION IN THE DISTRICT OF NEW JERSEY** |
| v. | |
| BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELEKTRONIK MIDCOM, INC., and XFMRS, INC., | |
| Defendants, | DATE: March 14, 2008<br>TIME: 9:00 a.m.<br>PLACE: Courtroom 6, 4th Floor<br>JUDGE: Ronald M. Whyte |

1

1  Pursuant to the Clerk's Notice Of Continuance dated January 15, 2008, and this Court's rules, the opposition to Halo's Motion To Declare This Action The First-Filed And To Enjoin Defendant Bel Fuse From Proceeding With Duplicative Litigation In The District of New Jersey was to be filed no later than January 25, 2008.[1]  Bel Fuse did not file an opposition to Halo's motion on or before the January 25th deadline.  As its motion is unopposed, Halo respectfully asks the Court to immediately grant Halo the relief requested in its motion

Dated:  February 1, 2008            FISH & RICHARDSON P.C.


                        By:  /s/ Limin Zheng
                             Limin Zheng

                        Attorneys for Plaintiff
                        HALO ELECTRONICS, INC.

---

[1] In compliance with the notice and the rules, on January 25, 2008, Halo filed its opposition to Bel Fuse's motion to dismiss or transfer which was also continued on the court's motion. (Docket No. 29.)

**PROOF OF SERVICE**

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On February 1, 2008, I caused a copy of the following document(s):

REPLY IN FURTHER SUPPORT OF HALO'S MOTION TO DECLARE THIS ACTION THE FIRST-FILED AND TO ENJOIN DEFENDANT BEL FUSE FROM PROCEEDING WITH DUPLICATIVE LITIGATION IN THE DISTRICT OF NEW JERSEY

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Shane Brun<br>Morrison & Foerster, LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | Attorneys for Defendant<br>Elec & Eltek (USA) Corporation |
| Cranston J. Williams<br>Baker & Hostetler LLP<br>12100 Wilshire Blvd, 15th Floor<br>Los Angeles, CA 90025-7120 | Attorneys for Defendant<br>Wurth Electronics Midcom, Inc. |

[XX]  **MAIL:**    The envelope was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

I declare under penalty of perjury that the above is true and correct. Executed on February 1, 2008, at Redwood City, California.

/s/ Limin Zheng
Limin Zheng

50462933.doc

3

REPLY IN FURTHER SUPPORT OF HALO'S MOTION TO DECLARE
THIS ACTION THE FIRST-FILED AND TO ENJOIN DEFENDANT
BEL FUSE FROM PROCEEDING WITH DUPLICATIVE LITIGATION
IN THE DISTRICT OF NEW JERSEY
**Civil Case No. 07-6222** RMW