1  C. Todd Norris, SBN 181337
   Bullivant Houser Bailey PC
2  601 California Street, Suite 1800
   San Francisco, California 94108-2823
3  Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   Email: todd.norris@bullivant.com
5
6  Attorneys for Defendant XFMRS, INC.
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                  SAN JOSE DIVISION

11 | HALO ELECTRONICS, INC.,            | Case No.: CV 07-06222 RMW
12 |                  Plaintiff,         | **CERTIFICATE OF INTERESTED
   |         vs.                         | ENTITIES AND RULE 7.1 DISCLOSURE**
13 |                                     |
14 | BEL FUSE INC., ELEC & ELTEK (USA)   |
   | CORPORATION, WURTH                  |
15 | ELEKTRONIK MIDCOM, INC., and        |
   | XFMRS, INC.                         |
16 |                  Defendants.        |

18    Pursuant to Rule 7.1, counsel for XFMRS, Inc. hereby discloses the following:
19    XFMRS Holdings, Inc.
20 Dated: February 1, 2008
21                                By: _____
22                                    C. Todd Norris, (SBN #181337)
23                                    Attorneys for Defendant XFMRS, INC.
24 6092666.1
                                         *****

—1—
CERTIFICATE OF INTERESTED ENTITIES AND RULE 7.1 DISCLOSURE