Martin C. Fliesler (SBN 073768) mcf@fdml.com
Rex Hwang (SBN 221079) rhwang@fdml.com
FLIESLER MEYER LLP
650 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 362-3800
Facsimile: (415) 362-2928

Joshua L. Raskin (Pro Hac Vice) jraskin@wolfblock.com
Kenneth G. Roberts (SBN 106945) kroberts@wolfblock.com
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
250 Park Avenue, 10th Floor
New York, NY 10177
Telephone: (212) 986-1116
Facsimile: (212) 986-0604

Attorneys for Defendants
Bel Fuse, Inc.

**UNITED STATE DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

HALO ELECTRONICS, INC., a Nevada Corporation,

Plaintiffs

vs.

BEL FUSE, INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., and XFMRS, INC.,

Defendants

Action No. 07-6222 - RMW

**DECLARATION OF JOSHUA L. RASKIN IN SUPPORT OF DEFENDANT BEL FUSE INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE LATE AN OPPOSITION TO HALO'S MOTION TO DECLARE THIS ACTION THE FIRST-FILED AND A REPLY IN FURTHER SUPPORT OF BEL FUSE'S MOTION TO DISMISS OR TRANSFER**

**Date: March 14, 2008**
**Time: 9:00 a.m.**
**Location: Courtroom 6, 4th Floor**
**Judge: Honorable Ronald M. Whyte**

Fliesler Meyer LLP

Declaration of Joshua L. Raskin in Support of Defendant Bel Fuse's *Ex Parte* Motion to File Late
Case No. 07-6222 RMW

-1-

I, Joshua L. Raskin, declare:

1. I am a member of the Bar of the State of New York of the firm Wolf, Block, Schorr and Solis-Cohen LLP, 250 Park Avenue, 10th Floor, New York, NY 10177, and lead counsel for Defendant Bel Fuse, Inc. in this action.

2. I have first hand knowledge of the facts set forth herein, or have learned these facts first hand, and, if sworn as a witness, I could and would testify competently and from personal knowledge as to these facts.

3. On January 15, 2008, our office received the Clerk's Notice of Continuance continuing the hearing dates for Plaintiff's Motion to Declare this Action the First-Filed and Defendant's Motion to Dismiss or Transfer to March 14, 2008.

4. Upon receipt of the Clerk's Notice of Continuance, I contacted Cathy Elledge at the law firm of Fliesler Meyer LLP to confirm the due dates for the Opposition to Halo's Motion to Declare this Action the First-Filed and the Reply in Further Support of Bel Fuse's Motion to Dismiss or Transfer. She indicated that the Opposition would be due 21 days preceding the new hearing date of March 14, 2008 pursuant to Northern District Local Rule 7-7(d). She also indicated that the Reply would be due 14 days preceding the new hearing date of March 14, 2008 also under L.R. 7-7(d). Based on that representation, I re-docketed the due dates for the Opposition and Reply to correspond to the due dates set forth in L.R. 7-7(d).

5. Late in the afternoon on Friday, February 1, 2008, I received Halo's Reply in Further Support of Halo's Motion which indicated that Bel Fuse did not file an Opposition to Halo's Motion on or before the January 25th deadline. This is when I was first made aware of the docketing error with respect to the due dates for both briefs.

6. It was always the intent of Bel Fuse to file an Opposition to Halo's Motion and a Reply in Further Support of Bel Fuse's Motion to Dismiss or Transfer, and the briefs would have been filed in a timely manner absent the docketing error.

7. Between January 25, 2008 through February 1, 2008, I did not receive any notification from Halo indicating that it had not received the Opposition from Bel Fuse as expected on January 25, 2008.

Fliesler Meyer, LLP

Declaration of Joshua L. Raskin in Support of Defendant Bel Fuse's *Ex Parte* Motion to File Late
Case No. 07-6222 RMW

-2-

8. On February 6, 2008, my partner, Kenneth G. Roberts, contacted counsel for Halo to obtain a stipulation as to the relief sought in the Motion to File Late the Opposition and Reply briefs. On February 7, 2008, counsel for Halo indicated that it would not enter into any such stipulation.

9. A proposed Reply in Further Support of Bel Fuse's Motion to Dismiss or Transfer will be filed on or before February 12, 2008.

10. Bel Fuse has not sought or obtained any previous extensions of time. The hearing dates for Halo's Motion to Declare as First Filed and Bel Fuse's Motion to Dismiss or Transfer will not be affected should the *Ex parte* Motion to File Late be granted.

I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, NY, on Februry 6, 2008.

By: /s/ Joshua L. Raskin
Joshua L. Raskin

**DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Joshua L. Raskin.

Dated February 7, 2008

FLIESLER MEYER, LLP

BY: /s/ Rex Hwang

Attorneys for Defendant
Bel Fuse, Inc.

Fliesler Meyer, LLP

Declaration of Joshua L. Raskin in Support of Defendant Bel Fuse's *Ex Parte* Motion to File Late
Case No. 07-6222 RMW

-3-