# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC., a Nevada Corporation,<br><br>　　　　　　Plaintiffs<br>vs.<br>BEL FUSE, INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., and XFMRS, INC.,<br><br>　　　　　　Defendants | Action No. 07-6222 - RMW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BEL FUSE INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE LATE AN OPPOSITION TO HALO'S MOTION TO DECLARE THIS ACTION THE FIRST-FILED AND A REPLY IN FURTHER SUPPORT OF BEL FUSE'S MOTION TO DISMISS OR TRANSFER**<br><br>Date:　　March 14, 2008<br>Time:　　9:00 a.m.<br>Location: Courtroom 6, 4th Floor<br>Judge:　　Honorable Ronald M. Whyte |

On this date, the court considered Defendant Bel Fuse, Inc.'s *Ex Parte* Motion for Leave to File Late an Opposition to Halo's Motion to Declare This Action the First-Filed and a Reply in Further Support of Bel Fuse's Motion to Dismiss or Transfer.

After careful consideration, the Court is of the opinion that a showing of good cause has been made by Defendant Bel Fuse to File Late its Opposition to Halo's Motion to Declare This Action the First-Filed and its Reply in Further Support of Bel Fuse's Motion to Dismiss or Transfer. Accordingly, Defendant Bel Fuse, Inc.'s *Ex Parte* Motion for Leave to File Late an

1  Opposition to Halo's Motion to Declare This Action the First-Filed and a Reply in Further Support
2  of Bel Fuse's Motion to Dismiss or Transfer is GRANTED.
3      Defendant Bel Fuse shall be given until February 12, 2008 to file its Reply in Further
4  Support of Bel Fuse's Motion to Dismiss or Transfer.  The Opposition to Halo's Motion to
5  Declare This Action the First-Filed shall be deemed to have been filed with this Court on the date
6  of this Order.  Plaintiff Halo Electronics, Inc. will have ___ days from the date of this Order to file
7  its Reply in Further Support of its Motion to Declare This Action the First-Filed.
8      IT IS SO ORDERED.

9
10  DATED:                                        _____
                                          HONORABLE RONALD M. WHYTE
11                                           UNITED STATES DISTRICT JUDGE

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Fliesler Meyer, LLP**

[PROPOSED] Order Granting Defendant's *Ex Parte* Motion
for Leave to File Late
Case No. 07-6222 RMW          -2-