## CERTIFICATE OF SERVICE

I, Cathy Akins Elledge, declare:

I am over the age of 18 years, am not a party to this Action, and a employed in the County of San Francisco. My business address is Fliesler Meyer, LLP, 650 California Street, 14th Floor, San Francisco, California 94108.

I am readily familiar with the business practice at Fliesler Meyer LLP for the collection and processing of mail for personal delivery, for depositing mail with the United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail or other overnight service.

On February 7, 2008, I caused to be served the following attached documents:

**DEFENDANT BEL FUSE, INC.'S *EX PARTE* MOTION TO FILE LATE AN OPPOSITION TO HALO'S MOTION TO DECLARE THIS ACTION THE FIRST FILED AND A REPLY IN FURTHER SUPPORT OF BEL FUSE'S MOTION TO DISMISS OR TRANSFER; DECLARATIONS OF JOSHUA L. RASKIN AND CATHY AKINS ELLEDGE IN SUPPORT AND [PROPOSED] ORDER ON DEFENDANT BEL FUSE, INC.'S *EX PARTE* MOTION TO FILE LATE**

to be filed using the U.S. District Court for the Northern District of California's ECF system. Additionally, I caused copies of the documents to be served on the following interested parties who have not yet appeared or registered to use the Court's ECF system, by placing true and correct copies of the same in a sealed envelope and addressing it as follows:

__X__  **BY U.S. MAIL.** I caused the above-identified document(s) to be deposited for collection at Fliesler Meyer LLP following the regular practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence is deposited with the United States Postal Service on this day.

Elec & Eltek (USA) Corporation
25255 Cabot Road, Suite 201
Laguna Hills, CA 92653

Shane Brun
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

I declare under penalty of perjury that the following is true and correct. Executed at San Francisco, California on February 7, 2008.

*Cathy Akins Elledge*

FLIESLER MEYER LLP

CERTIFICATE OF SERVICE FOR BEL FUSE, INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE LATE AN OPPOSITION TO HALO'S MOTION TO DECLARE THIS ACTION THE FIRST FILED AND REPLY IN FURTHER SUPPORT OF BEL FUSE'S MOTION TO DISMISS OR TRANSFER; DECLARATIONS OF JOSHUA L. RASKIN AND CATHY AKINS ELLEDGE IN SUPPORT AND [PROPOSED] ORDER
Case No. CV-07-6222 - RMW