**FILED**

FEB - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

2008 JAN 25 PM 3: 34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

|  |  |
|---|---|
| HALO ELECTRONICS, INC., | Civil Case No. 07-6222 RMW |
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION OF MICHAEL J. KANE FOR ADMISSION *PRO HAC VICE* |
| v. |  |
| ELEC & ELTEK ENGINEERING, INC., TDK ELECTRONICS CORPORATION, and XFMRS, INC., |  |
| Defendants, |  |

Michael J. Kane, an active member in good standing of the bar of the state of Minnesota, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff Halo Electronics, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/6/08

_Ronald M. Whyte_
The Hon. Ronald M. Whyte
United States District Court Judge

50461391.doc

1    [PROPOSED] ORDER GRANTING APPLICATION OF MICHAEL J.
KANE FOR ADMISSION PRO HAC VICE
Civil Case No. 07-6222 RMW