*E-FILED - 2/12/08*

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC., a Nevada Corporation,<br><br>　　　　　　Plaintiffs<br>vs.<br>BEL FUSE, INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., and XFMRS, INC.,<br><br>　　　　　　Defendants | Action No. 07-06222 - RMW<br><br>**[] ORDER GRANTING DEFENDANT BEL FUSE INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE LATE AN OPPOSITION TO HALO'S MOTION TO DECLARE THIS ACTION THE FIRST-FILED AND A REPLY IN FURTHER SUPPORT OF BEL FUSE'S MOTION TO DISMISS OR TRANSFER**<br><br>Date:　　March 14, 2008<br>Time:　　 9:00 a.m.<br>Location: Courtroom 6, 4th Floor<br>Judge:　　Honorable Ronald M. Whyte |

　　　On this date, the court considered Defendant Bel Fuse, Inc.'s *Ex Parte* Motion for Leave to File Late an Opposition to Halo's Motion to Declare This Action the First-Filed and a Reply in Further Support of Bel Fuse's Motion to Dismiss or Transfer.

　　　After careful consideration, the Court is of the opinion that a showing of good cause has been made by Defendant Bel Fuse to File Late its Opposition to Halo's Motion to Declare This Action the First-Filed and its Reply in Further Support of Bel Fuse's Motion to Dismiss or Transfer. Accordingly, Defendant Bel Fuse, Inc.'s *Ex Parte* Motion for Leave to File Late an

1  Opposition to Halo's Motion to Declare This Action the First-Filed and a Reply in Further Support
2  of Bel Fuse's Motion to Dismiss or Transfer is GRANTED.
3    Defendant Bel Fuse shall be given until February 12, 2008 to file its Reply in Further
4  Support of Bel Fuse's Motion to Dismiss or Transfer.  The Opposition to Halo's Motion to
5  Declare This Action the First-Filed shall be deemed to have been filed with this Court on the date
6  of this Order.  Plaintiff Halo Electronics, Inc. will have 7 days from the date of this Order to file
7  its Reply in Further Support of its Motion to Declare This Action the First-Filed.
8    IT IS SO ORDERED.

DATED:  2/12/08

*/s/ Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE