CRANSTON J. WILLIAMS, Bar No. 162714
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: cwilliams@bakerlaw.com

Attorneys for Defendant
WURTH ELEKTRONIK MIDCOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELEKTRONIK MIDCOM, INC., and XFMRS, INC.,<br><br>    Defendants. | Case No. CV 07-06222 JCS<br><br>**STIPULATION EXTENDING THE TIME FOR DEFENDANT WURTH ELEKTRONIK MIDCOM, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Judge: Hon. Joseph C. Spero |

Pursuant to Local Rule 6.1 (a) of the United States District Court for the Northern District of California, defendant Wurth Elektronik Midcom, Inc. ("Midcom"), by and through its counsel, and Plaintiff Halo Electronics, Inc. ("Halo"), by and through its counsel, hereby stipulate to extend the time in which defendant Midcom must answer or otherwise respond to plaintiff Halo's Complaint until, and including, February 27, 2008. The parties seek the requested enlargement of time to allow them to complete ongoing settlement discussions before defendant Midcom answers or otherwise responds to the complaint.

The parties previously stipulated to an extension request by Midcom through February 1, 2008. A copy of that stipulation was filed with this Court. The parties have also previously agreed to extend the time for Midcom to respond to the complaint through February 8, 2008.

The parties do not believe that the extension of time for defendant Midcom to answer or otherwise respond to the complaint will alter the date of any event or any deadline already fixed by Court order.

Dated: February 15, 2008

By: _____ [1]
Cranston J. Williams
(cwilliams@bakerlaw.com) (CA #162714)
Baker & Hostetler LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone: (310) 820-8800

*Attorney for Defendant, Wurth Elektronik Midcom, Inc*

By: /s/ (with permission)_____
Limin Zheng (zheng@fr.com) (CA #226875)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070

Juanita Brooks (brooks@fr.com) (CA #75934)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070

*Attorneys for Plaintiff, Halo Electronics, Inc.*

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.