AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BEL FUSE INC.,<br>ELEC & ELTEK (USA) CORPORATION,<br>WURTH ELECTRONICS MIDCOM, INC., and<br>XFMRS, INC.,<br><br>Defendants. | Civil Case No. _____<br><br><br>SUMMONS IN A CIVIL CASE<br><br>CV 07 6222<br><br>JCS |

TO:   Elec & Eltek (USA) Corporation        Registered Agent:
      25255 Cabot Road                       Mark Saxon
      Suite 201                              25255 Cabot Road
      Laguna Hills, CA 92653                 Suite 201
                                             Laguna Hills, CA 92653

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

   Limin Zheng
   FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
   Redwood City, CA 94063

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEC - 7 2007

Richard W. Wieking
Clerk                                         Date

_____/s/_____
(By) Deputy Clerk

MARY ANN BUCKLEY

1  Juanita Brooks (CSB No. 75934 / brooks@fr.com)
   FISH & RICHARDSON P.C.
2  12390 El Camino Real
   San Diego, CA 92130
3  Telephone: (858) 678-5070
   Facsimile: (858) 678-5099
4
   Limin Zheng (CSB No. 226875 / zheng@fr.com)
5  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
6  Redwood City, CA 94063
   Telephone: (650) 839-5070
7  Facsimile: (650) 839-5071

8  Michael J. Kane (Admission *pro hac vice* pending / Kane@fr.com)
   William R. Woodford (Admission *pro hac vice* pending / woodford@fr.com)
9  FISH & RICHARDSON P.C.
   3300 Dain Rauscher Plaza
10 60 South Sixth Street
   Minneapolis, MN 55402
11 Telephone: (612) 335-5070
   Facsimile: (612) 288-9696
12
   Attorneys for Plaintiff
13 Halo Electronics, Inc.

14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                        (SAN JOSE DIVISION)
17

18 | HALO ELECTRONICS, INC.,                          | Civil Case No. 07-6222 RMW
19 |         Plaintiff,                               | **NOTICE OF SERVICE BY MAIL**
20 |    v.                                            |
21 | BEL FUSE INC., ELEC & ELTEK (USA)                |
   | CORPORATION, WURTH ELEKTRONIK                    |
22 | MIDCOM, INC., and XFMRS, INC.,                   |
23 |         Defendants,                              |

24

25 TO ELEC & ELTEK (USA) CORPORATION

26     This summons is served pursuant to Federal Rules of Civil Procedure 4(h)(1)(A) and

27 4(e)(1), and Section 415.30 of the California Code of Civil Procedure. As provided by Section

28 415.30 of the California Code of Civil Procedure, failure to complete this form and return it to the

                                              1

1  sender within 20 days may subject you (or the party on whose behalf you are being served) to
2  liability for the payment of any expenses incurred in serving a summons upon you in any other
3  manner permitted by law.  If you are served on behalf of a corporation, unincorporated association
4  (including a partnership), or other entity, this form must be signed in the name of such entity by
5  you or by a person authorized to receive service of process on behalf of such entity.  In all other
6  cases, this form must be signed by you personally or by a person authorized by you to
7  acknowledge receipt of summons.  Section 415.30 provides that this summons is deemed served
8  on the date of execution of an acknowledgment of receipt of summons.

11  Dated:  January 30, 2008                FISH & RICHARDSON P.C.

                                            By: _____
                                                Limin Zheng

                                            Attorneys for Plaintiff
                                            HALO ELECTRONICS, INC.

ACKNOWLEDGMENT OF RECEIPT OF SUMMONS

This acknowledges receipt on  February 19, 2008  of a copy of the summons and of the
                                      (date)

complaint at :  425 Market Street  (Street Address)

San Francisco, CA 94105  (City, State, & Zip)

Date:  February 19, 2008
       (Date this acknowledgement is executed)

By: Shane Brun

_____
Signature of person acknowledging
receipt, with title if acknowledgment
is made on behalf of another person

3

NOTICE OF SERVICE BY MAIL
Civil Case No. 07-6222 RMW