| | |
|---|---|
| Juanita Brooks (CA#75934 / brooks@fr.com)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Limin Zheng (CA #226875 / zheng@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Michael J. Kane (Admitted pro hac vice / kane@fr.com)<br>William R. Woodford (Admitted pro hac vice / woodford@fr.com)<br>FISH & RICHARDSON P.C.<br>3300 Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br><br>Attorneys for Plaintiff<br>HALO ELECTRONICS, INC. | C. Todd Norris, SBN 181337<br>Bullivant Houser Bailey PC<br>601 California Street, Suite 1800<br>San Francisco, California 94108-2823<br>Telephone:  415.352.2700<br>Facsimile:   415.352.2701<br>Email:  todd.norris@bullivant.com<br><br>Attorneys for Defendant<br>XFMRS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELEKTRONIK MIDCOM, INC., and XFMRS, INC.,<br><br>        Defendants, | Civil Case No. 07-6222 RMW<br><br>**STIPULATED REQUEST FOR AN ORDER ENLARGING THE TIME FOR PLAINTIFF HALO ELECTRONICS, INC. TO RESPOND TO DEFENDANT XFMRS, INC.'S FIRST AMENDED ANSWER AND COUNTERCLAIM & [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 6-2, Plaintiff Halo Electronics, Inc. ("Halo") and Defendant XFMRS, Inc. ("XFMRS"), by and through their counsel, hereby respectfully submit their joint stipulation requesting an extension of the deadline by which Halo must respond to XFMRS's First Amended Answer and Counterclaim, from February 25, 2008 until March 6, 2008.

As set forth in the accompanying Declaration, the requested extension will allow Halo and XFMRS to further meet and confer with respect to the pleading of XFMRS's affirmative defense and counterclaim based on alleged patent unenforceability, and avoid unnecessary filings and use of the Court's and the parties' resources.

The only previous time modification in this case was by stipulation between Halo and XFMRS, for enlarging the time for XFMRS to file an answer to Halo's complaint.  (Doc. No. 32.)

The parties do not believe that the extension of time for Halo to respond to XFMRS's First Amended Answer and Counterclaim will alter the date of any event or any deadline already scheduled by the Court's order.

Respectfully submitted,

| | |
|---|---|
| Dated:  February 22, 2008 | Dated:  February 22, 2008 |
| By: _/s/__Limin Zheng_____ | By: _____/s/  C. Todd Norris _____ |
| Limin Zheng (CA #226875 / zheng@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071 | C. Todd Norris, (SBN #181337)<br>Bullivant Houser Bailey PC<br>601 California Street, Suite 1800<br>San Francisco, California  94108-2823<br>Telephone: 415.352.2700<br>Facsimile: 415.352.2701<br>Email:  todd.norris@bullivant.com<br>Attorneys for Defendant XFMRS, INC. |

2
STIPULATED REQUEST FOR AN ORDER ENLARGING THE TIME FOR PLAINTIFF HALO ELECTRONICS, INC. TO RESPOND TO DEFENDANT XFMRS, INC.'S FIRST AMENDED ANSWER AND COUNTERCLAIM & [PROPOSED] ORDER
Civil Case No. 07-6222 RMW

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, and for reasons set forth in the Stipulation Requesting an Order Enlarging the Time for Plaintiff Halo Electronics, Inc. to Respond to Defendant XFMRS, Inc.'s First Amended Answer and Counterclaim, it is hereby ordered that the deadline by which Plaintiff Halo Electronics, Inc. must respond to Defendant XFMRS, Inc.'s First Amended Answer and Counterclaim is extended until and including March 6, 2008.

IT IS SO ORDERED.

DATED: _____

RONALD M. WHYTE
United States District Judge

3

STIPULATED REQUEST FOR AN ORDER ENLARGING THE TIME FOR PLAINTIFF HALO ELECTRONICS, INC. TO RESPOND TO DEFENDANT XFMRS, INC.'S FIRST AMENDED ANSWER AND COUNTERCLAIM & [PROPOSED] ORDER
Civil Case No. 07-6222 RMW1

1  Concurrence in the filing of this document has been obtained from C. Todd Norris, counsel
2  for Defendant XFMRS, Inc. and the signatory listed above.

Dated: February 22, 2008                    FISH & RICHARDSON P.C.


                                            By:  /s/ Limin Zheng
                                                 Limin Zheng

                                            Attorneys for Plaintiff
                                            HALO ELECTRONICS, INC.

1

**PROOF OF SERVICE**

2

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

3

4

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

5

6

7

On February 22, 2008, I caused a copy of the following document(s):

8

STIPULATED REQUEST FOR AN ORDER ENLARGING THE TIME FOR PLAINTIFF HALO ELECTRONICS, INC. TO RESPOND TO DEFENDANT XFMRS, INC.'S FIRST AMENDED ANSWER AND COUNTERCLAIM & [PROPOSED] ORDER

9

10

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

11

Shane Brun                                  Attorneys for Defendant
Morrison & Foerster, LLP                    Elec & Eltek (USA) Corporation
425 Market Street
San Francisco, CA 94105-2482

12

13

14

__XX__  **MAIL:**     The envelope was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

15

16

17

I declare under penalty of perjury that the above is true and correct. Executed on February 22, 2008, at Redwood City, California.

18

19

/s/ *Limin Zheng*
Limin Zheng

20

50466633.doc

21

22

23

24

25

26

27

28

5

STIPULATED REQUEST FOR AN ORDER ENLARGING THE TIME
FOR PLAINTIFF HALO ELECTRONICS, INC. TO RESPOND TO
DEFENDANT XFMRS, INC.'S FIRST AMENDED ANSWER AND
COUNTERCLAIM & [PROPOSED] ORDER
Civil Case No. 07-6222 RMW1