Juanita Brooks (CA#75934 / brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Limin Zheng (CA #226875 / zheng@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Michael J. Kane (Admitted pro hac vice / kane@fr.com)
William R. Woodford (Admitted pro hac vice / woodford@fr.com)
FISH & RICHARDSON P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070

Attorneys for Plaintiff
HALO ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELEKTRONIK MIDCOM, INC., and XFMRS, INC., <br><br> Defendants, | Civil Case No. 07-6222 RMW <br><br> **DECLARATION OF LIMIN ZHENG IN SUPPORT OF STIPULATION REQUESTING AN ORDER ENLARGING THE TIME FOR PLAINTIFF HALO ELECTRONICS, INC. TO RESPOND TO DEFENDANT XFMRS, INC.'S FIRST AMENDED ANSWER AND COUNTERCLAIM** |

1

DECLARATION OF LIMIN ZHENG IN SUPPORT OF STIPULATION
REQUESTING AN ORDER ENLARGING THE TIME FOR PLAINTIFF
HALO ELECTRONICS, INC. TO RESPOND TO DEFENDANT XFMRS,
INC.'S FIRST AMENDED ANSWER AND COUNTERCLAIM
Civil Case No. 07-6222 RMW

I, Limin Zheng, declare as follows:

1. I am a member of the law firm of Fish & Richardson P.C., and counsel of record for Plaintiff Halo Electronics, Inc. ("Halo") in this action. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

2. On February 8, 2008, Defendant XFMRS, Inc. ("XFMRS") filed its First Amended Answer and Counterclaim. (Doc. No. 42)

3. Upon review of XFMRS's First Amended Answer and Counterclaim and applicable law and regulations, Halo concluded that the allegations in XFMRS's Frist Amended Answer and Counterclaim failed to state a claim of patent unenforceability based on alleged inequitable conduct before the United States Patent and Trademark Office. Accordingly, Halo prepared a motion to strike or dismiss XFMRS's Fourth Affirmative Defense and related Counterclaim of unenforceability.

4. On February 21, 2008, counsel for Halo advised counsel for XFMRS the basis of Halo's contemplated motion, and requested that XFMRS withdraw its affirmative defense and counterclaim based on alleged unenforceability. Counsel for XFMRS advised that he would confer with his client, and that XFMRS may amend the pleading to add additional allegations to support its inequitable conduct claim.

5. To avoid unnecessary filings, counsel for Halo requested that XFMRS stipulate to an extension of time until March 6, 2008 for Halo to respond to XFMRS's First Amended Answer and Counterclaim.

6. The parties believe that a 10-day extension will allow Halo and XFMRS to further meet and confer with respect to the pleading of XFMRS's affirmative defense and counterclaim, and avoid unnecessary filings and use of the Court's and the parties' resources.

7. The only previous time modification in this case was by stipulation between Halo and XFMRS, for enlarging the time for XFMRS to file an answer to Halo's complaint. (Doc. No. 32.)

2

DECLARATION OF LIMIN ZHENG IN SUPPORT OF STIPULATION
REQUESTING AN ORDER ENLARGING THE TIME FOR PLAINTIFF
HALO ELECTRONICS, INC. TO RESPOND TO DEFENDANT XFMRS,
INC.'S FIRST AMENDED ANSWER AND COUNTERCLAIM
Civil Case No. 07-6222 RMW1

8. The parties do not believe that the extension of time for Halo to respond to XFMRS's First Amended Answer and Counterclaim will alter the date of any event or any deadline already scheduled by the Court's order

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Redwood City, California on February 22, 2008.

                                          /s/ *Limin Zheng*
                                              Limin Zheng

# **PROOF OF SERVICE**

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On February 22, 2008, I caused a copy of the following document(s):

DECLARATION OF LIMIN ZHENG IN SUPPORT OF STIPULATION REQUESTING AN ORDER ENLARGING THE TIME FOR PLAINTIFF HALO ELECTRONICS, INC. TO RESPOND TO DEFENDANT XFMRS, INC.'S FIRST AMENDED ANSWER AND COUNTERCLAIM

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Shane Brun | Attorneys for Defendant |
| Morrison & Foerster, LLP | Elec & Eltek (USA) Corporation |
| 425 Market Street | |
| San Francisco, CA 94105-2482 | |

**XX** **MAIL:** The envelope was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

I declare under penalty of perjury that the above is true and correct. Executed on February 22, 2008, at Redwood City, California.

                                           /s/ Limin Zheng
                                           Limin Zheng

50466634.doc