CRANSTON J. WILLIAMS, Bar No. 162714
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:        cwilliams@bakerlaw.com

Attorneys for Defendant and Counterclaimant
WURTH ELEKTRONIK MIDCOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELEKTRONIK MIDCOM, INC., and XFMRS, INC.,<br><br>　　　　　Defendants. | Case No. CV 07-06222 JCS<br><br>**DEFENDANT AND COUNTERCLAIMANT WURTH ELEKTRONIK MIDCOM, INC.'S DISCLOSURE STATEMENT**<br><br>Judge: Hon. Joseph C. Spero |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3-13 of the Local Rules of Civil Proceedings before the United States District Court for the Northern District of California, Defendant and Counterclaimant Wurth Elektronik Midcom, Inc. ("Midcom"), by and though its undersigned counsel, hereby files this Disclosure Statement.

　　　1.　　Midcom is wholly owned by the Wurth Electronics eiSos Group; and

2. No publicly held corporation or its affiliate has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement or indemnity agreement.

Dated: February 27, 2008

Baker & Hostetler LLP
CRANSTON J. WILLIAMS

_____
Cranston J. Williams

Attorney for Defendant and Counterclaimant
Wurth Elektronik Midcom, Inc.

Baker & Hostetler LLP
Attorneys At Law
Los Angeles

- 2 -

DEFENDANT AND COUNTERCLAIMANT WURTH
ELEKTRONIK MIDCOM, INC.'S DISCLOSURE
STATEMENT;. CV 07-06222 JCS