David M. Lockman (Pro Hac Vice Applicant)
MAGINOT, MOORE & BECK LLP
Chase Tower
111 Monument Circle, Suite 3250
Indianapolis, Indiana 46204-5109
Telephone:    317.638.2922
Facsimile:    317.638.2139

Attorneys for Defendant XFMRS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., and XFMRS, INC.,<br><br>        Defendants. | Case No.: CV 07-06222 RMW ~~JCS~~<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

     Pursuant to Civil L.R. 11-3, David M. Lockman, an active member in good standing of the bar of the United States Courts of Appeals for the Seventh Circuit, the United States Courts of Appeals for the Federal Circuit, and the United States District Court for the Southern District of Ohio, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing defendant XFMRS, Inc. in the above-entitled action.

     In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct as set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing,

-- 1 --

1    and to become familiar with the Local Rules and the Alternative Dispute

2    Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who

4    maintains an office within the State of California has been designated as co-

5    counsel in the above-entitled action.  The name, address and telephone number of

6    that attorney is:  C.  Todd Norris, Bullivant Houser Bailey PC, 601 California

7    Street, Suite 1800, San Francisco, California 94108-2823, telephone (415) 352-

8    2700.

9    I declare under penalty of perjury that the foregoing is true and correct.

DATED:  2/7/2008

_David M. Lockman_

6092224.1

*****

―2―

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*