```
David R. Moorman (Pro Hac Vice Applicant)
MAGINOT, MOORE & BECK LLP
Chase Tower
111 Monument Circle, Suite 3250
Indianapolis, Indiana 46204-5109
Telephone:   317.638.2922
Facsimile:   317.638.2139

Attorneys for Defendant XFMRS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., and XFMRS, INC., <br><br> Defendants. | Case No.: CV 07-06222 RMW <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, David R. Moorman, an active member in good standing of the bar of the United States District Courts for the Southern and Northern Districts of Indiana, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing defendant XFMRS, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct as set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: C. Todd Norris, Bullivant Houser Bailey PC, 601 California Street, Suite 1800, San Francisco, California 94108-2823, telephone (415) 352-2700.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 2/7/08

_____
David R. Moorman

6092224.1

*****

- 2 -
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 34611015605
Cashier ID: almaceh
Transaction Date: 02/08/2008
Payer Name: BULLIVANT HOUSER BAILEY

PRO HAC VICE
 For: D R LOCKMAN
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:        $218.00

CHECK
 Check/Money Order Num: 2340
 Amt Tendered: $218.00

Total Due:       $218.00
Total Tendered:  $218.00
Change Amt:        $0.00

C07-6222 JCS
```

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 34611015606
Cashier ID: almaceh
Transaction Date: 02/08/2008
Payer Name: BULLIVANT HOUSER BAILEY

PRO HAC VICE
 For: D R NORMAN
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:        $218.00

CHECK
 Check/Money Order Num: 2342
 Amt Tendered: $218.00

Total Due:       $218.00
Total Tendered:  $218.00
Change Amt:        $0.00

C07-6222 JCS

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 34611015607
Cashier ID: almaceh
Transaction Date: 02/08/2008
Payer Name: BULLIVANT HOUSER BAILEY

PRO HAC VICE
 For: A C MOORE
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:        $218.00

CHECK
 Check/Money Order Num: 2341
 Amt Tendered: $218.00

Total Due:       $218.00
Total Tendered:  $218.00
Change Amt:        $0.00

C07-6222 JCS

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```