1   David M. Lockman (*Pro Hac Vice* Applicant)
    MAGINOT, MOORE & BECK LLP
2   Chase Tower
    111 Monument Circle, Suite 3250
3   Indianapolis, Indiana 46204-5109
    Telephone:    317.638.2922
4   Facsimile:    317.638.2139

5   Attorneys for Defendant XFMRS, INC.

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11  HALO ELECTRONICS, INC.,                Case No.: CV 07-06222 ~~JCS~~  RMW

12                  Plaintiff,             [~~PROPOSED~~] ORDER GRANTING
                                           APPLICATION FOR ADMISSION OF
13          v.                             ATTORNEY *PRO HAC VICE*

14  BEL FUSE INC., ELEC & ELTEK (USA)
    CORPORATION, WURTH ELECTRONICS
15  MIDCOM, INC., and XFMRS, INC.,

16                  Defendants.

17

18          David M. Lockman, an active member in good standing of the bar of the United States

19  Courts of Appeals for the Seventh Circuit, the United States Court of Appeals for the Federal

20  Circuit, and the United States District Court for the Southern District of Ohio, whose business

21  address and telephone number is Maginot, Moore & Beck LLP, Chase Tower, 111 Monument

22  Circle, Suite 3250, Indianapolis, Indiana 46204-5109, telephone (317) 638.2922, having applied

23  in the above-entitled action for admission to practice in the Northern District of California on a

24  *pro hac vice* basis, representing defendant XFMRS, Inc.

25          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

26  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac

27  vice*. Service of papers upon and communication with co-counsel designed in the application

28

                                        – 1 –

[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

FILED

FEB 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1    will constitute notice to the party. All future filings in this action are subject to the requirements

2    contained in General Order No. 45, *Electronic Case Filing.*

3    DATED: 2/28/08

4                                              Ronald M. Whyte

5                                              United States ~~Magistrate~~ Judge
                                                        DISTRICT

6    60929441

7                                              *****

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*