1  David R. Moorman (*Pro Hac Vice* Applicant)
   MAGINOT, MOORE & BECK LLP
2  Chase Tower
   111 Monument Circle, Suite 3250
3  Indianapolis, Indiana 46204-5109
   Telephone:  317.638.2922
4  Facsimile:  317.638.2139

5  Attorneys for Defendant XFMRS, INC.

FEB -8 PM 1:3_
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

FEB 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., and XFMRS, INC., <br><br> Defendants. | Case No.: CV 07-06222 ~~JCS~~ RMW <br><br> [~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

David R. Moorman, an active member in good standing of the bar of the United States District Courts for the Northern and Southern Districts of Indiana, whose business address and telephone number is Maginot, Moore & Beck LLP, Chase Tower, 111 Monument Circle, Suite 3250, Indianapolis, Indiana 46204-5109, telephone (317) 638.2922, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant XFMRS, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application

– 1 –
[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

1  will constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing*.
3  DATED: 2/28/08

                                                           *Ronald M. Whyte*
                                                          United States ~~Magistrate~~ District Judge

6092941.1

\*\*\*\*\*