Harold C. Moore, (Admitted Pro Hac Vice,
hcmoore@maginot.com)
David M. Lockman, (Admitted Pro Hac Vice,
dmlockman@maginot.com)
David R. Moorman, (Admitted Pro Hac Vice,
drmoorman@maginot.com)
Maginot, Moore & Beck, LLP
111 Monument Circle, Suite 3250
Indianapolis, IN 46204
Telephone: 317-638-2922
Facsimile: 317-638-2139

Attorneys for Defendant, XFMRS, INC.

Limin Zheng, (CA #226875)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: 650.839.5070
Email: zheng@fr.com

Juanita Brooks, (CA #75934)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: 858.678.5070
Email: brooks@fr.com

Attorneys for Plaintiff
HALO ELECTRONICS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC.,<br>            Plaintiff,<br>vs.<br><br>BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELEKTRONIK MIDCOM, INC., and XFMRS, INC.<br>            Defendants. | Case No.: CV 07-06222 JCS<br><br>**JOINT STIPULATION FOR DEFENDANT XFMRS, INC. TO FILE A SECOND AMENDED ANSWER AND COUNTERCLAIM TO PLAINTIFF HALO'S COMPLAINT** |

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff Halo Electronics, Inc. (hereinafter "Halo") and Defendant XFMRS, Inc. (hereinafter "XFMRS") hereby stipulate to XFMRS' filing of a Second Amended Answer and Counterclaim in response to Halo's complaint.

Halo is the only adverse party to XFMRS. By this stipulation, Halo provides its

written consent to the filing of the Second Amended Answer and Counterclaim.

| | |
|---|---|
| Dated: March 5, 2008 | Dated March 5, 2008 |
| By: /s/ with permission<br>Limin Zheng, (CA #226875)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: 650.839.5070<br>Email: zheng@fr.com<br>Attorneys for Plaintiff<br>HALO ELECTRONICS, INC | By: /s/<br>Harold C. Moore, (Admitted Pro Hac Vice, hcmoore@maginot.com)<br>MAGINOT, MOORE & BECK, LLP<br>111 Monument Circle, Suite 3250<br>Indianapolis, IN 46204<br>Telephone: 317-638-2922<br>Attorneys for Defendant,<br>XFMRS, Inc. |