1   Juanita Brooks (CA#75934 / brooks@fr.com)
    FISH & RICHARDSON P.C.
2   12390 El Camino Real
    San Diego, CA 92130
3   Telephone:  (858) 678-5070
    Facsimile:  (858) 678-5099
4
    Limin Zheng (CA #226875 / zheng@fr.com)
5   FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
6   Redwood City, CA 94063
    Telephone: (650) 839-5070
7   Facsimile: (650) 839-5071

8   Michael J. Kane (Admitted pro hac vice / kane@fr.com)
    William R. Woodford (Admitted pro hac vice / woodford@fr.com)
9   Sarah J. Bray (Admission pro hac vice pending / bray@fr.com)
    FISH & RICHARDSON P.C.
10  3300 Dain Rauscher Plaza
    60 South Sixth Street
11  Minneapolis, MN 55402
    Telephone:  (612) 335-5070
12  Facsimile:  (612) 288-9696

13  Attorneys for Plaintiff
    Halo Electronics, Inc.
14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                   (SAN JOSE DIVISION)

18
    HALO ELECTRONICS, INC.,                Civil Case No. 07-6222 RMW
19
              Plaintiff,                   **ANSWER TO COUNTERCLAIM OF**
20                                         **DEFENDANT XFMRS, INC.**
         v.
21
    BEL FUSE INC., ELEC & ELTEK (USA)
22  CORPORATION, WURTH ELEKTRONIK
    MIDCOM, INC., and XFMRS, INC.,
23
24            Defendants,

25

26       Plaintiff Halo, Inc., by its attorneys, Fish & Richardson P.C., replies to the Counterclaim of

27  Defendant XFMRS.  Except as expressly admitted below, Plaintiff denies each and every

28  allegation in Defendant's Counterclaim.  Specifically, Plaintiff replies as follows:

                                    1

**COUNTERCLAIM**

1.     Plaintiff admits that Defendant's Counterclaim purports to arise under 28 U.S.C. § 2201 and 28 U.S.C. § 1338(a).  However, Plaintiff denies that Defendant is entitled to any relief.

2.     Plaintiff denies that the '985, '720, '721, '489, '785, and '431 patents are invalid, void, or are not infringed.

3.     Denied.

**PRAYER FOR RELIEF**

WHEREFORE, Halo respectfully requests that this Court:

A.     Dismiss Defendant's Counterclaim in its entirety with prejudice;

B.     Enter judgment that Defendant is not entitled to any of the relief requested in its Answer and Counterclaim;

C.     Enter judgment that Defendants have infringed the '985, '720, '721, '489, '785, and '431 patents;

D.     Enter an order permanently enjoining Defendants and their officers, agents, employees, attorneys, and all persons in active concert or participation with any of them, from infringing the '985, '720, '721, '489, '785, and '431 patents;

E.     Award Halo damages in an amount sufficient to compensate it for Defendant's infringement of the '985, '720, '721, '489, '785, and '431 patents;

F.     Treble the damages awarded to Halo under 35 U.S.C. § 284 by reason of Defendant's willful infringement of the '985, '720, '721, '489, '785, and '431 patents;

G.     Declare this case to be "exceptional" under 35 U.S.C. § 285 and award Halo its attorney fees, expenses, and costs incurred in this action; and

H.     Award Halo such other and further relief as this Court deems just and proper.

Dated:  March 6, 2008                    FISH & RICHARDSON P.C.


                                         By:   /s/ Limin Zheng
                                               Limin Zheng
                                         Attorneys for Plaintiff
                                         HALO ELECTRONICS, INC.

2

ANSWER TO COUNTERCLAIM OF DEFENDANT XFMRS, INC.
**Civil Case No. 07-6222** RMW

**PROOF OF SERVICE**

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063.  I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On March 6, 2008, I caused a copy of the following document(s):

ANSWER TO COUNTERCLAIM OF DEFENDANT XFMRS, INC.

to be filed and served using the Court's ECF system.  Additionally, I caused a copy of the document to be served on the following interested party who has not yet registered to use the Court's ECF system by placing a true and correct copy thereof in a sealed envelope and addressing it as follows:

| | |
|---|---|
| Shane Brun | Attorneys for Defendant |
| Morrison & Foerster, LLP | Elec & Eltek (USA) Corporation |
| 425 Market Street | |
| San Francisco, CA 94105-2482 | |

**XX**  **MAIL:**    The envelope was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

I declare under penalty of perjury that the above is true and correct.  Executed on March 6, 2008, at Redwood City, California.

_/s/ Limin Zheng_
Limin Zheng

60485647.doc

3

ANSWER TO COUNTERCLAIM OF DEFENDANT XFMRS, INC.
**Civil Case No. 07-6222** RMW