1  Juanita Brooks (CA#75934 / brooks@fr.com)
   FISH & RICHARDSON P.C.
2  12390 El Camino Real
   San Diego, CA 92130
3  Telephone: (858) 678-5070
   Facsimile: (858) 678-5099
4
5  Limin Zheng (CA #226875 / zheng@fr.com)
   FISH & RICHARDSON P.C.
6  500 Arguello Street, Suite 500
   Redwood City, CA 94063
7  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
8
   Michael J. Kane (Admitted pro hac vice / kane@fr.com)
9  William R. Woodford (Admitted pro hac vice / woodford@fr.com)
   FISH & RICHARDSON P.C.
10 3300 Dain Rauscher Plaza
   60 South Sixth Street
11 Minneapolis, MN 55402
   Telephone: (612) 335-5070
12
13 Attorneys for Plaintiff
   HALO ELECTRONICS, INC.
14

*Filed*

MAR - 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                          (SAN JOSE DIVISION)

18 | HALO ELECTRONICS, INC.,        | Civil Case No. 07-6222 RMW |
19 |                                |                            |
   |            Plaintiff,          | **APPLICATION OF SARAH BRAY FOR** |
20 |                                | **ADMISSION *PRO HAC VICE*** |
   |        v.                      |                            |
21 |                                |                            |
22 | BEL FUSE INC., ELEC & ELTEK (USA) |                         |
   | CORPORATION, WURTH ELEKTRONIK  |                            |
23 | MIDCOM, INC., and XFMRS, INC., |                            |
   |                                |                            |
24 |            Defendants,         |                            |

25

26     Pursuant to Civil L.R. 11-3, Sarah Bray, an active member in good standing of the bar of

27 the state of Minnesota, hereby applies for admission to practice in the Northern District of

28

1

California on a *pro hac vice* basis representing Plaintiff and Halo Electronics, Inc. in the above-entitled action.

In support of this application, I certify under oath that:

1.     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and Alternative Dispute Resolution program of this Court; and,

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action.  The name, address and telephone number of that attorney is:

Limin Zheng (CSB No. 226875)
FISH & RICHARDSON, P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2008                           FISH & RICHARDSON P.C.


By:  _____
        Sarah Bray

Attorneys for Plaintiff
HALO ELECTRONICS, INC.

50467997.doc