RECEIVED

MAR - 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELEKTRONIK MIDCOM, INC., and XFMRS, INC., <br><br> Defendants, | Civil Case No. 07-6222 RMW <br><br> [PROPOSED] ORDER GRANTING APPLICATION OF SARAH BRAY FOR ADMISSION *PRO HAC VICE* |

Sarah Bray, an active member in good standing of the bar of the state of Minnesota, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff Halo Electronics, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
The Hon. Ronald M. Whyte
United States District Court Judge

50461391.doc

1

[PROPOSED] ORDER GRANTING APPLICATION OF SARAH BRAY
FOR ADMISSION PRO HAC VICE
Civil Case No. 07-6222 RMW