Juanita Brooks (CA#75934 / brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Limin Zheng (CA #226875 / zheng@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Michael J. Kane (Admitted *pro hac vice* / kane@fr.com)
William R. Woodford (Admitted *pro hac vice* / woodford@fr.com)
Sarah J. Bray (Admission *pro hac vice* pending / bray@fr.com)
FISH & RICHARDSON P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorneys for Plaintiff
Halo Electronics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELEKTRONIK MIDCOM, INC., and XFMRS, INC., <br><br> Defendants, | Civil Case No. 07-6222 RMW <br><br> **ANSWER TO COUNTERCLAIM OF DEFENDANT WURTH ELEKTRONIK MIDCOM, INC.** |

Plaintiff Halo, Inc., by its attorneys, Fish & Richardson P.C., replies to the Counterclaim of Defendant Wurth Elektronik Midcom, Inc. Except as expressly admitted below, Plaintiff denies each and every allegation in Defendant's Counterclaim. Specifically, Plaintiff replies as follows:

## COUNTERCLAIM

1. Plaintiff admits that Defendant's Counterclaim purports to arise under 28 U.S.C. § 2201 and 28 U.S.C. § 1338(a). However, Plaintiff denies that Defendant is entitled to any relief.

2. Plaintiff denies that the '985, '720, '721, '489, '785, and '431 patents are invalid, void, unenforceable, or are not infringed.

3. Denied.

## PRAYER FOR RELIEF

WHEREFORE, Halo respectfully requests that this Court:

A. Dismiss Defendant's Counterclaim in its entirety with prejudice;

B. Enter judgment that Defendant is not entitled to any of the relief requested in its Answer and Counterclaim;

C. Enter judgment that Defendants have infringed the '985, '720, '721, '489, '785, and '431 patents;

D. Enter an order permanently enjoining Defendants and their officers, agents, employees, attorneys, and all persons in active concert or participation with any of them, from infringing the '985, '720, '721, '489, '785, and '431 patents;

E. Award Halo damages in an amount sufficient to compensate it for Defendants' infringement of the '985, '720, '721, '489, '785, and '431 patents;

F. Treble the damages awarded to Halo under 35 U.S.C. § 284 by reason of Defendants' willful infringement of the '985, '720, '721, '489, '785, and '431 patents;

G. Declare this case to be "exceptional" under 35 U.S.C. § 285 and award Halo its attorney fees, expenses, and costs incurred in this action; and

H. Award Halo such other and further relief as this Court deems just and proper.

Dated: March 18, 2008                         FISH & RICHARDSON P.C.

                                              By:  /s/ Limin Zheng
                                                   Limin Zheng
                                              Attorneys for Plaintiff
                                              HALO ELECTRONICS, INC.

**PROOF OF SERVICE**

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On March 18, 2008, I caused a copy of the following document(s):

ANSWER TO COUNTERCLAIM OF DEFENDANT WURTH ELEKTRONIK MIDCOM, INC.

to be filed and served using the Court's ECF system. Additionally, I caused a copy of the document to be served on the following interested party who has not yet registered to use the Court's ECF system by placing a true and correct copy thereof in a sealed envelope and addressing it as follows:

| | |
|---|---|
| Shane Brun | Attorneys for Defendant |
| Morrison & Foerster, LLP | Elec & Eltek (USA) Corporation |
| 425 Market Street | |
| San Francisco, CA 94105-2482 | |

**XX**  **MAIL:**    The envelope was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

I declare under penalty of perjury that the above is true and correct. Executed on March 18, 2008, at Redwood City, California.

                                        /s/ Limin Zheng
                                        Limin Zheng

60485647.doc

3    ANSWER TO COUNTERCLAIM OF DEFENDANT WURTH ELEKTRONIK MIDCOM, INC.
**Civil Case No. 07-6222** RMW