RECEIVED
MAR - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED
MAR 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br>Plaintiff, <br><br>v. <br><br>BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELEKTRONIK MIDCOM, INC., and XFMRS, INC., <br><br>Defendants, | Civil Case No. 07-6222 RMW <br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION OF SARAH BRAY FOR ADMISSION *PRO HAC VICE* |

Sarah Bray, an active member in good standing of the bar of the state of Minnesota, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff Halo Electronics, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/12/08

_____
The Hon. Ronald M. Whyte
United States District Court Judge

50461391.doc

1

[~~PROPOSED~~] ORDER GRANTING APPLICATION OF SARAH BRAY
FOR ADMISSION PRO HAC VICE
Civil Case No. 07-6222 RMW