UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: March 14, 2008

Case No. C-07-06222-RMW    JUDGE: Ronald M. Whyte

HALO ELECTRONIC, INC.    -V- BEL FUSE, INC., et al.
Title

M. Kane    M. Fliesker & J. Raskin
Attorneys Present    Attorneys Present

COURT CLERK: Jackie Garcia    COURT REPORTER: Irene Rodriguez

PROCEEDINGS

**PLAINTIFF'S MOTION TO DECLARE THIS ACTION THE FIRST FILED AND TO ENJOIN DEFENDANT BEL FUSE FROM PROCEEDING WITH DUPLICATIVE LITIGATION IN THE DISTRICT OF NEW JERSEY; AND DEFENDANT'S MOTION TO DISMISS OR TRANSFER**

**ORDER AFTER HEARING**

Hearing Held. The Court heard oral argument from both sides and the Court tentative ruling is to deny the motion to transfer. The Northern District of California action is the first-filed with respect to the six Halo patents. The Court does not feel it is appropriate to enjoin a pending matter in the District of New Jersey. The Court took this matter under submission and will issue a ruling to the parties. The matter is deemed submitted.