1

2

3

4

5

6

7                     IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
                                              *E-FILED - 3/19/08*

10   HALO ELECTRONICS, INC.,
                                              CASE NO. C-07-06222-RMW
11                   Plaintiff,
                                              **CLERK'S NOTICE CONTINUING CASE**
12          v.                                **MANAGEMENT CONFERENCE**

13   BEL FUSE, INC., et al.,

14                   Defendant.

15

16
          PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled
17
     matter which was previously set for March 28, 2008 at 10:30 a.m.  before the Honorable Judge
18
     Ronald M. Whyte has been Rescheduled to **April 25, 2008 at 10:30 a.m** before the  Honorable
19
     Judge Ronald M. Whyte**.**   Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse,
20
     280 South First Street, San Jose, California.
21
          If the above-entitled matter settles counsel are required to notify the Court by contacting the
22
     Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.
23

24

25
     DATED:  March 19, 2008
26
                                                   /s/ Corinne Lew
27                                                 Courtroom Deputy

28

     Copy of Order E-Filed to Counsel of Record: