Kenneth Sheehan
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Ave., Wash. D.C. 20036
Phone: 202-861-1600

Clerk's Use Only
Initial for fee pd:

**FILED**

2008 MAR 21 P 2: 39

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HALO ELECTRONICS, INC.

Plaintiff(s),

v.

BEL FUSE, INC., et al.,

Defendant(s).

CASE NO. C-07-06222-RMW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Kenneth Sheehan, an active member in good standing of the bar of the U.S. District Court, Southern District of NY, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Wurth Elektronik Midcom, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Cranston J. Williams, Esq., Baker & Hostetler LLP, 12100 Wilshire Blvd., 15th Floor, Los Angeles, CA 90025; 310-442-8807

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 19 2008

Kenneth Sheehan