UNITED STATES DISTRICT COURT

Northern District of California

2008 MAR 21 PM 2: 20

RICHARD W. WILKING
CLERK
U.S. DISTRICT COURT
DIST. OF CA. S.J.

HALO ELECTRONICS, INC.,

                    Plaintiff(s),

    v.

BEI FUSE, INC et al.,

                    Defendant(s).

**CASE NO.  C-07-06222-RMW**

**(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Kenneth Sheehan ⊞ , an active member in good standing of the bar of

U.S. District Court, Southern District New York ⊞ whose business address and telephone number

(particular court to which applicant is admitted)

is

Baker & Hostetler LLP, Washington Square Suite 1100, 1050 Connecticut Avenue,
Washington, D.C. 20036-5304; 202-861-1500

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Wurth Elektronik Midcom, Inc. ⊞ ·

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                 United States District      Judge
**Ronald M. Whyte**

UNITED STATES DISTRICT COURT
For the Northern District of California