Martin C. Fliesler (SBN 073768) mcf@fdml.com
Rex Hwang (SBN 221079) rhwang@fdml.com
FLIESLER MEYER LLP
650 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 362-3800
Facsimile: (415) 362-2928

Joshue L. Raskin (Pro Hac Vice) jraskin@wolfblock.com
Kenneth G. Roberts (SBN 106945) kroberts@wolfblock.com
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
250 Park Avenue, 10th Floor
New York, NY 10177
Telephone: (212) 986-1116
Facsimile: (212) 986-0604

Attorneys for Defendants
Bel Fuse, Inc.

**UNITED STATE DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

HALO ELECTRONICS, INC., a Nevada Corporation,

Plaintiffs

vs.

BEL FUSE, INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., and XFMRS, INC.,

Defendants.

Action No. 07-6222 -RMW

**DEFENDANT BEL FUSE, INC.'S ADR CERTIFICATION**

**HONORABLE RONALD M. WHYTE**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov. *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 3, 2008

BEL FUSE, INC.

By: [signature]

Dated: april 3 2008

WOLF, BLOCK, SCHORR AND SOLIS-COHEN

By: [signature]
Martin G. Raskin

Dated: April 3, 2008

Respectfully Submitted,

By: /s/ Rex Hwang

FLIESLER MEYER LLP
Martin C. Fliesler (SBN 073768)
Rex Hwang (SBN 221079)
650 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 362-3800
Facsimile: (415) 362-2928

WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
Joshua L. Raskin (*Pro Hac Vice*)
Kenneth G. Roberts (SBN 106945)
250 Park Avenue, 10th Floor
New York, NY 10177
Telephone: (212) 986-1116
Facsimile: (212) 986-0604

Attorneys for Defendant
Bel Fuse, Inc.