1  Juanita Brooks (CA#75934 / brooks@fr.com)
   FISH & RICHARDSON P.C.
2  12390 El Camino Real
   San Diego, CA 92130
3  Telephone: (858) 678-5070
   Facsimile: (858) 678-5099
4
   Limin Zheng (CA #226875 / zheng@fr.com)
5  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
6  Redwood City, CA 94063
   Telephone: (650) 839-5070
7  Facsimile: (650) 839-5071

8  Michael J. Kane (Admitted pro hac vice / kane@fr.com)
   William R. Woodford (Admitted pro hac vice / woodford@fr.com)
9  Sarah J. Bray (Admitted pro hac vice / bray@fr.com)
   FISH & RICHARDSON P.C.
10 3300 RBC Plaza
   60 South Sixth Street
11 Minneapolis, MN 55402
   Telephone: (612) 335-5070
12 Facsimile: (612) 288-9696

13 Attorneys for Plaintiff
   Halo Electronics, Inc.
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          (SAN JOSE DIVISION)

18
   HALO ELECTRONICS, INC.,                    Civil Case No. 07-6222 RMW
19
              Plaintiff,                      **PLAINTIFF HALO ELECTRONICS,**
20                                            **INC.'S ADR CERTIFICATION**
        v.
21
   BEL FUSE INC., ELEC & ELTEK (USA)
22 CORPORATION, WURTH ELEKTRONIK
   MIDCOM, INC., and XFMRS, INC.,
23                                            **HONORABLE RONALD M. WHYTE**

24            Defendants,

25
        Pursuant to Civil L. R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that
26
   he or she has:
27

28

                                            1

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov. (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entitles; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/4/08

HALO ELECTRONICS, INC.

By: [signature]

Dated: 4/4/08

FISH & RICHARDSON P.C.

By: [signature]

Dated: April 4, 2008

FISH & RICHARDSON P.C.

By: /s/Sarah J. Bray
    Sarah J. Bray
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorneys for Plaintiff
HALO ELECTRONICS, INC.