1  Limin Zheng (zheng@fr.com) (CA #226875)
   FISH & RICHARDSON P.C.
2  500 Arguello Street, Suite 500
   Redwood City, CA  94063
3  Telephone:  (650) 839-5070
   Facsimile:  (650) 839-5071
4
   Juanita Brooks (brooks@fr.com) (CA#75934)
5  FISH & RICHARDSON P.C.
   12390 El Camino Real
6  San Diego, CA 92130
   Telephone:  (858) 678-5070
7  Facsimile:  (858) 678-5099

8  Michael J. Kane (*pro hac vice*) (kane@fr.com)
   William R. Woodford (*pro hac vice*) (woodford@fr.com)
9  Sarah J. Bray (*pro hac vice*) (bray@fr.com)
   FISH & RICHARDSON P.C.
10 3300 RBC Plaza
   60 South Sixth Street
11 Minneapolis, MN 55402
   Telephone:  (612) 335-5070
12 Facsimile:  (612) 288-9696

13 Attorneys for Plaintiff
   Halo Electronics, Inc.
14

15                          UNITED STATES DISTRICT COURT
                            NORTHERN DISTRICT OF CALIFORNIA
16                                  (SAN JOSE DIVISION)

17
   HALO ELECTRONICS, INC.,                    Civil Action No. C-07-06222-RMW
18
                  Plaintiff,
19
          v.
20
   BEL FUSE INC.,                             NOTICE OF NEED FOR ADR PHONE
21 ELEC & ELTEK (USA) CORPORATION,            CONFERENCE
   WURTH ELEKTRONIK MIDCOM, INC.,
22 and XFMRS, INC.,

23                Defendants.

24

25        Counsel report that they have met and conferred regarding ADR and that they:

26        ☐ have not yet reached an agreement to an ADR process

27        ☒ request an Early Settlement Conference with a Magistrate Judge

28        Date of Case Management Conference: April 25, 2008

                                                                        HALO v. BEL FUSE, et al.

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Michael J. Kane | Halo, Inc. | 612-337-2502 | kane@fr.com |
| Joshua L. Raskin | Bel Fuse, Inc. | 212-986-1116 | jraskin@wolfblock.com |
| Shane Brun | Elec & Eltek (USA) Corp. | 415-268-6872 | sbrun@mofo.com |
| Kenneth J. Sheehan | Wurth Elektronics Midcom, Inc. | 202-861-1500 | ksheehan@bakerlaw.com |
| Harold C. Moore | XFMRS, Inc. | 317-638-2922 | hcmoore@maginot.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: <u>April 4, 2008</u>        <u>*/s/ Sarah J. Bray*</u>
                                   Attorney for Plaintiff

Dated: <u>April 4, 2008</u>        <u>*/s/ Joshua L. Raskin*</u>
                                   Attorney for Defendant Bel Fuse, Inc.

Dated: <u>April 4, 2008</u>        <u>*/s/ Shane Brun*</u>
                                   Attorney for Defendant Elec & Eltek (USA) Corp.

Dated: <u>April 4, 2008</u>        <u>*/s/ Ken Sheehan*</u>
                                   Attorney for Defendant Wurth Elektronic Midcom, Inc.

Dated: <u>April 4, 2008</u>        <u>*/s/ Harold C. Moore*</u>
                                   Attorney for Defendant XFMRS, Inc.


Dated:  April 4, 2008              FISH & RICHARDSON P.C.


                                   By:  <u>*/s/ Sarah J. Bray*</u>

                                   Attorneys for Plaintiff
                                   HALO ELECTRONICS, INC.

| | |
|---|---|
| 1 | |
| 2 |     Concurrence in the filing of this document has been obtained from Joshua L. Raskin, Shane Brun, Ken Sheehan, and Harold C. Moore, counsel for Defendants Bel Fuse, Inc., Elec & Eltek (USA) Corp., Wurth Elektronic Midcom, Inc., and XFMRS, Inc., respectively, and the signatories listed above. |

Dated: April 4, 2008                                   FISH & RICHARDSON P.C.


                                                    By:  */s/ Sarah J. Bray*

                                                    Attorneys for Plaintiff
                                                    HALO ELECTRONICS, INC.

60472805.doc