CRANSTON J. WILLIAMS, Bar No. 162714
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: cwilliams@bakerlaw.com

KENNETH J. SHEEHAN (Pro Hac Vice)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue NW, Suite 1100
Washington, D.C. 20036
Telephone: 202.861.1500
Facsimile: 202.861.1783
Email: ksheehan@bakerlaw.com

Attorneys for Plaintiff
WURTH ELEKTRONIK MIDCOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELEKTRONIK MIDCOM, INC., and XFMRS, INC., <br><br> Defendant. | Case No. CV 07-06222 JCS <br><br> **DEFENDANT WURTH ELEKTRONIK MIDCOM, INC.'s ADR CERTIFICATION** <br><br> **HONORABLE RONALD M. WHYTE** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov. *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing Program (ECF) under General Order 45);*

1      (2) Discussed the available dispute resolution options provided by the Court and private
2  entities; and
3      (3) Considered whether this case might benefit from any of the available dispute
4  resolution options.

WURTH ELEKTRONIK MIDCOM, INC.

Dated: April 9, 2008

By: _____

BAKER & HOSTETLER LLP

Dated: April 4, 2008

By: _____

Dated:  April 4, 2008

Respectfully Submitted,

BY: _____

CRANSTON J. WILLIAMS, Bar No. 162714
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA  90025-7120
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:        cwilliams@bakerlaw.com

KENNETH J. SHEEHAN (Pro Hac Vice)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue NW, Suite 1100
Washington, D.C.  20036
Telephone:    202.861.1500
Facsimile:    202.861.1783
Email:        ksheehan@bakerlaw.com

Attorneys for Plaintiff
WURTH ELEKTRONIK MIDCOM, INC.

DEFENDANT WURTH ELEKTRONIK MIDCOM, INC'S
ADR CERTIFICATION 07-06222 JCS