Harold C. Moore, (Admitted Pro Hac Vice, hcmoore@maginot.com)
David R. Moorman, (Admitted Pro Hac Vice, drmoorman@maginot.com)
Maginot, Moore & Beck, LLP
111 Monument Circle, Suite 3250
Indianapolis, IN 46204
Telephone: 317-638-2922
Facsimile: 317-638-2139

Attorneys for Defendant XFMRS, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC., <br> Plaintiff, <br> vs. <br> BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELEKTRONIK MIDCOM, INC., and XFMRS, INC. <br> Defendants. | Case No.: CV 07-06222 JCS <br> **DEFENDANT XFMRS, INC.'S ADR CERTIFICATION** <br><br> **HONORABLE RONALD M. WHYTE** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov. *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether their case might benefit from any of the available dispute resolution options.

Dated: 4/7/08

XFMRS, INC.
By: /Randy Burkhart/

Dated: 4/7/08

Maginot, Moore & Beck
By: _____

Dated: April 4, 2008

By: /s/ David R. Moorman
Harold C. Moore, (Admitted Pro Hac Vice, hcmoore@maginot.com)
David R. Moorman, (Admitted Pro Hac Vice, drmoorman@maginot.com)
Maginot, Moore & Beck, LLP
111 Monument Circle, Suite 3250
Indianapolis, IN 46204
Telephone: 317-638-2922
Facsimile: 317-638-2139

Attorneys for Defendant XFMRS, INC.