SHANE BRUN (CA SBN 179079)
E-mail: sbrun@mofo.com
J. RYAN GILFOIL (CA SBN 246493)
E-mail: jgilfoil@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
ELEC & ELTEK (USA) CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC., | Case No.    5:07-CV-06222-RMW |
| Plaintiff, | **ELEC & ELTEK (USA) CORP.'S ADR CERTIFICATION** |
| v. | |
| BEL FUSE INC., ELEC & ELTEK (USA) CORP., WURTH ELECTRONICS MIDCOM, INC., and XFMRS, INC., | |
| Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site, www.adr.cand.uscourts.gov;

2) Discussed the available dispute resolution options provided by the Court and private entities; and

1        3)  Considered whether their case might benefit from any of the available dispute

2            resolution options.

3                                  ELEC & ELTEK (USA) CORP.

4     Dated:   4/10/08                 By:    /s/ Mark Saxon
5                                     Mark Saxon

6                                  MORRISON & FOERSTER LLP

7     Dated:   4/10/08                 By:    /s/ Shane Brun
                                     Shane Brun

8

9                      **GENERAL ORDER 45 ATTESTATION**

10        I, Shane Brun, am the ECF User whose ID and password are being used to file this ADR

11  Certification.  In compliance with General Order 45, X.B., I hereby attest that Mark Saxon has

12  concurred in this filing.

13

14  Dated: April 10, 2008           SHANE BRUN
                             J. RYAN GILFOIL
15                           MORRISON & FOERSTER LLP

16

17                     By:     /s/ Shane Brun
18                                Shane Brun

19                     Attorneys for Defendants &
                           Counterclaimants
20                     ELEC & ELTEK (USA) CORP.

21

22

23

24

25

26

27

28

ELEC & ELTEK (USA) CORP.'S ADR CERTIFICATION
Case No. 5:07-CV-06222-RMW
sf-2495253