1  SHANE BRUN (CA SBN 179079)
   E-mail: sbrun@mofo.com
2  J. RYAN GILFOIL (CA SBN 246493)
   E-mail: jgilfoil@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: (415) 268-7000
5  Facsimile: (415) 268-7522

6  Attorneys for Defendant
   ELEC & ELTEK (USA) CORP.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  HALO ELECTRONICS, INC.,                 Case No.   5:07-CV-06222-RMW

13              Plaintiff,                  **ELEC & ELTEK (USA) CORP.'S FRCP 7.1 AND LOCAL RULE 3-16 STATEMENT**

14       v.

15  BEL FUSE INC., ELEC & ELTEK (USA)
    CORP., WURTH ELECTRONICS MIDCOM,
16  INC., and XFMRS, INC.,

17              Defendants.

18       Pursuant to Fed. R. Civ. P. 7.1, defendant Elec & Eltek (USA) Corp. ("E&E") hereby

19  discloses that it is a wholly-owned subsidiary of E&E Magnetic Products Holdings (BVI) Ltd.,

20  which is a 91.5%-owned subsidiary of Elec & Eltek Electronics Components Ltd., which is a

21  wholly-owned subsidiary of Elec & Eltek International Holdings Ltd., which is a wholly-owned

22  subsidiary of Kingboard Chemical Holdings Ltd.  Kingboard Chemical Holdings Ltd. is publicly

23  traded on the Hong Kong stock exchange.  E&E states that there is no other publicly-held

24  corporation that owns 10% or more of its stock.

25       Pursuant to Civ. L.R. 3-16, the undersigned certifies that the following listed persons,

26  associations of persons, firms, partnerships, corporations (including parent corporations) or other

27  entities (i) have a financial interest in the subject matter in controversy or in a party to the

28

ELEC & ELTEK (USA) CORP.'S FRCP 7.1 AND LOCAL RULE 3-16 STATEMENT
Case No. 5:07-CV-06222-RMW
sf-2483233                                                                                   1

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Entity | Connection and Interest |
|---|---|
| E&E Magnetic Products Holdings (BVI) Ltd. | Parent with 100% ownership of E&E |
| Elec & Eltek Electronics Components Ltd. | Parent with 91.5% ownership of E&E Magnetic Products Holdings (BVI) Ltd. |
| Elec & Eltek International Holdings Ltd. | Parent with 100% ownership of Elec & Eltek Electronics Components Ltd. |
| Kingboard Chemical Holdings Ltd. | Parent with 100% ownership of Elec & Eltek International Holdings Ltd. |

Dated: April 10, 2008

SHANE BRUN
J. RYAN GILFOIL
MORRISON & FOERSTER LLP

By:   /s/ Shane Brun
           Shane Brun

Attorneys for Defendants & Counterclaimants
ELEC & ELTEK (USA) CORP.

ELEC & ELTEK (USA) CORP.'S FRCP 7.1 AND LOCAL RULE 3-16 STATEMENT
Case No. 5:07-CV-06222-RMW
sf-2483233

2