Martin C. Fliesler (SBN 073768) mcf@fdml.com
Rex Hwang (SBN 221079) rhwang@fdml.com
FLIESLER MEYER LLP
650 California Street, 14th Floor
San Francisco, CA 94108
Telephone:    (415) 362-3800
Facsimile:    (415) 362-2928

Joshue L. Raskin (Pro Hac Vice) jraskin@wolfblock.com
Kenneth G. Roberts (SBN 106945) kroberts@wolfblock.com
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
250 Park Avenue, 10th Floor
New York, NY 10177
Telephone:    (212) 986-1116
Facsimile:    (212) 986-0604

Attorneys for Defendants
Bel Fuse, Inc.

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC., a Nevada Corporation,<br><br>           Plaintiffs<br>vs.<br>BEL FUSE, INC.,  ELEC & ELTECK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., and XFMRS, INC.,<br><br>           Defendants. | Action No. 07-6222  RMW<br><br>**BEL FUSE, INC.'S UPDATED CERTIFICATE OF INTERESTED ENTITIES AND RULE 7.1 DISCLOSURE** |

## UPDATED CERTIFICATE OF INTERESTED ENTITIES AND RULE 7.1 DISCLOSURE STATEMENT

In accordance with Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of person, firms, partnership, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in

1  a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party
2  that could be substantially affected by the outcome of the proceeding:
3      Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than
4  the named parties, there is no such interest to report.
5      In accordance with Fed. R. Civ. P. 7.1, the undersigned counsel for Bel Fuse, Inc. states
6  that there is no parent corporation or any publicly held corporation owning 10% or more of its
7  stock.
8
9  Dated: April 15, 2008                                         Respectfully Submitted,

By:    /s/ Rex Hwang
     FLIESLER MEYER LLP
     Martin C. Fliesler (SBN 073768)
     Rex Hwang (SBN 221079)
     650 California Street, 14th Floor
     San Francisco, CA 94108
     Telephone:   (415) 362-3800
     Facsimile:    (415) 362-2928

     WOLF, BLOCK, SCHORR AND
       SOLIS-COHEN  LLP
     Joshua L. Raskin (*Pro Hac Vice*)
     Kenneth G. Roberts (SBN 106945)
     250 Park Avenue, 10th Floor
     New York, NY 10177
     Telephone:   (212) 986-1116
     Facsimile:    (212) 986-0604

     Attorneys for Defendant
     Bel Fuse, Inc.

**Fliesler Meyer, LLP**