

Clerk's Use Only
Initial for fee pd.:

A. Neal Seth
Baker Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Ave., Washington, DC 20036
Phone: 202-861-1500

**FILED**
2008 APR 18  A 10: 31
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

HALO ELECTRONICS, INC.

Plaintiff(s),

CASE NO. C-07-06222-RMW

v.

BEL FUSE, INC., et al.

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Defendant(s).  /

Pursuant to Civil L.R. 11-3,  A. Neal Seth , an active member in good standing of the bar of   District of Columbia  , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing  Wurth Elektronik Midcom, Inc.  in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Cranston J. Williams, Esq., Baker Hostetler LLP, 12100 Wilshire Blvd., 15th Floor, Los Angeles, CA 90025, 301-442-8807

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 17, 2008

_____
A. Neal Seth