RECEIVED
2008 APR 18 AM 10:31
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA

FILED
APR 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

HALO ELECTRONICS, INC.

CASE NO. C-07-06222-RMW

Plaintiff(s),

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

v.

BEL FUSE, INC., et al.

Defendant(s).

A. Neal Seth ☒, an active member in good standing of the bar of District of Columbia ☒ whose business address and telephone number (particular court to which applicant is admitted) is

Baker Hostetler LLP, Washington Square, Suite 1100, 1050 Connecticut Avenue, Washington, DC 20036-5304, 202-861-1500

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Wurth Elektronik Midcom, Inc. ☒·

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/18/08

*Ronald M. Whyte*

United States District Judge
Ronald M. Whyte