IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEL FUSE, INC., et al., <br><br> Defendant. | CASE NO.: C-07-06222 RMW <br><br> **CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for April 25, 2008 at 10:30 a.m. before the Honorable Judge Ronald M. Whyte has been Rescheduled to **May 9, 2008 at 10:30 a.m** before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: April 23, 2008

/s/ Corinne Lew
Courtroom Deputy

Copy of Order E-Filed to Counsel of Record: