UNITED STATES DISTRICT COURT

Northern District of California

HALO ELECTRONICS, INC.,

                   Plaintiff(s),

    v.

BEL FUSE, INC et al.,

                   Defendant(s).

CASE NO. C-07-06222-RMW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Kenneth Sheehan, an active member in good standing of the bar of U.S. District Court, Southern District New York whose business address and telephone number (particular court to which applicant is admitted) is

Baker & Hostetler LLP, Washington Square Suite 1100, 1050 Connecticut Avenue, Washington, D.C. 20036-5304; 202-861-1500

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Wurth Elektronik Midcom, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/24/08

                                                                  United States District Judge
                                                                  Ronald M. Whyte