1  Cranston J. Williams, Bar No. 162714
   BAKER & HOSTETLER LLP
2  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, CA  90025-7120
3  Telephone:     310.820.8800
   Facsimile:     310.820.8859
4  Email:         cwilliams@bakerlaw.com

5  Kenneth J. Sheehan
   A. Neal Seth
6  BAKER & HOSTETLER LLP
   1050 Connecticut Ave NW, Ste 1100
7  Washington DC, 20036
   Telephone:     202.861-1500
8  Facsimile:     202.861.1783
   Email:         ksheehan@bakerlaw.com
9  Email:         nseth@bakerlaw.com

10 Attorneys for Defendant and Counterclaimant
   WURTH ELECTRONICS MIDCOM, INC.
11

12                UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    SAN JOSE DIVISION

15

16 HALO ELECTRONICS, INC.,              Case No.  CV 07-06222 RMW

17          Plaintiff,                  **EXHIBITS IN SUPPORT OF MOTION OF
                                        DEFENDANT AND
18 v.                                   COUNTERCLAIMANT WURTH
                                        ELECTRONICS MIDCOM, INC. TO STAY
19 BEL FUSE INC., ELEC & ELTEK (USA)    THIS ACTION**
   CORPORATION, WURTH
20 ELECTRONICS MIDCOM, INC., and        Date:       June 20, 2008
   XFMRS, INC.,                         Time:       9:00 a.m.
21                                      Courtroom:  6 (Hon. Ronald M. Whyte)
          Defendants.
22

23      Defendant and Counterclaimant Wurth Electronics Midcom, Inc. submits the following

24 Exhibits, which are attached, in support of its motion to stay this action.

25      Exhibit A:  Request for Ex Parte Reexamination Patent No. 5,656,985;

26      Exhibit B:  Request for Ex Parte Reexamination Patent No. 6,297,720;

27      Exhibit C:  Request for Ex Parte Reexamination Patent No. 6,297,721;

28      Exhibit D:  Request for Ex Parte Reexamination Patent No. 6,320,489;

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1    Exhibit E:  Request for Ex Parte Reexamination Patent No. 6,344,785;

2    Exhibit F:  Request for Ex Parte Reexamination Patent No. 6,662,431;

3    Exhibit G:  United States Patent and Trademark Office filing data; and

4    Exhibit H:  KLA-Tencor Corporation v. Nanometrics, Inc., 2006 WL708661 (N.D.Cal.)

5

6    Dated:  May 6, 2008                    Respectfully submitted,

7                                           BAKER & HOSTETLER LLP
                                            CRANSTON J. WILLIAMS
8
                                            BAKER & HOSTETLER LLP
9                                           KENNETH J. SHEEHAN
                                            A. NEAL SETH
10
                                            _____
11
                                            Cranston J. Williams
12
                                            Attorneys for Defendant and Counterclaimant
13                                          WURTH ELECTRONICS MIDCOM, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

EXHIBITS IN SUPPORT OF MOTION OF WURTH
ELECTRONICS MIDCOM, INC. TO STAY ACTION;
CV 07-06222 RMW

EXHIBIT F

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Patent No.: | **6,662,431** | | |
| Issued: | December 16, 2003 | Reexamination Control No.: Not Yet Assigned | |
| Inventor: | Peter Lu et. al | Reexamination Filing Date: Herewith | |
| Serial No.: | 10/072,309 | Art Unit: Not Yet Assigned | |
| Filed: | February 5, 2002 | Examiner: Not Yet Assigned | |
| For: | ELECTRONIC SURFACE MOUNT PACKAGE | | |

**Mail Stop *Ex Parte* Reexam**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## REQUEST FOR *EX PARTE* REEXAMINATION

Dear Sir:

Pursuant to 35 U.S.C. §§ 301-307 and 37 C.F.R. § 1.510, the undersigned on behalf of Wurth

Electronics Midcom, Inc. ("Midcom") hereby requests an *ex parte* reexamination of U.S. Patent No.

6,662,431 ("the '431 patent"), a copy of which is attached as **Attachment A**, that issued from U.S.

Patent Application No. 10/072,309, filed on February 5, 2002.

The '431 patent, along with five other patents claiming priority back to the same parent

application, U.S. Application Serial No. 08/513,573, is currently the subject of litigation in the U.S.

District Court, Northern District of California, Case No. CV 07-06222 JCS ("the Halo Litigation").

That litigation was brought by Halo Electronics, Inc., the current owner of record of the '431 patent,

against Midcom and three other companies.  The other patents involved in the litigation are U.S. Patent

Nos. 5,656,985; 6,297,720; 6,297,721; 6,320,489; and 6,344,785, for which Midcom is separately

requesting *ex parte* reexamination.  A copy of Halo's complaint is appended hereto as **Attachment B**.

Midcom's Answer and Counterclaim as well as the Answer and Counterclaim of Elec & Eltek (USA)

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

Corporation are appended hereto as **Attachments C and D**, respectively.  The Answer and

Counterclaim, First Amended Answer and Counterclaim and Second Amended Answer and

Counterclaim of XFMRS, Inc. are appended hereto as **Attachments E, F and G**, respectively.  A copy

of the Civil Action Docket Sheet for the Halo Litigation (obtained April 21, 2008) is appended hereto

as **Attachment H**.

### *EX PARTE* REEXAMINATION REQUIREMENTS UNDER 37 C.F.R § 1.510(a)-(f)

#### 37 C.F.R. § 1.510(a) - Fee Payment

Payment for this reexamination request ($2,520, see 37 C.F.R. § 1.20(c)(1)) is enclosed.

#### 37 CFR § 1.510(b)(1) - A Statement Pointing Out Each Substantial New Question of Patentability Based on Prior Patents and Printed Publications

1.      Claims 1-5 of the '431 patent are rendered obvious under 35 U.S.C § 103(a) by U.S.

Patent No. 5,212,345 ("*Gutierrez*"), which issued on May 18, 1993, appended hereto as **Attachment I**,

in view of the knowledge of those of ordinary skill in the art prior to August 10, 1994, as shown in

such references as the article entitled "Mounting & Packaging Techniques For Toroidal Devices,"

authored by Harold Tischler, and published in the October 1993 *Proceedings: Electrical Electronics*

*Insulation Conference and Electrical Manufacturing & Coil Winding Conference* ("*Tischler*"),

appended hereto as **Attachment J**.

Gutierrez discloses a surface mount package for a toroidal transformer (or other circuit

element).  *Tischler* discloses mounting "one or several" (i.e., a plurality of) toroidal transformers

within a single package, as well as molded-in terminations for surface mount pins.

2.      Claims 1-5 of the '431 patent are rendered obvious under 35 U.S.C § 103(a) by the NPI

catalog page for the 10BaseT Ethernet Surface Mount Transformers ("*NPI 10BaseT Catalog Page*")

appended hereto as **Attachment K**, in view of the knowledge of those of ordinary skill in the art prior

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

to August 10, 1994, as shown by such references as the *Gongin H-16S* specification sheet, appended

hereto as **Attachment L**, and the *Gongin RH-16* specification sheet, appended hereto as **Attachment**

**M**.[1]

      The *NPI 10BaseT Catalog Page* shows a surface mount package with a plurality of

transformers.  The *NPI 10BaseT Catalog Page* was publicly available prior to August 10, 1994, as

confirmed by the NPI invoice to a customer, Xircom, appended hereto as **Attachment N**.  That invoice

shows that 10 of the 5366-30 devices included on the *NPI 10BaseT Catalog Page* were ordered and

scheduled for delivery January 31, 1992.   In addition, a later version of the *NPI 10BaseT Catalog*

*Page* showing a June 1994 version date in the lower right hand corner, appended hereto as

**Attachment O**,  also confirms the public availability of the *NPI 10BaseT Catalog Page* prior to

August 10, 1994.

      The Gongin specification sheets show associated electronic component packages provided in

surface mount and through-hole configurations that can be used in the manufacture of the products

depicted in the *NPI 10BaseT Catalog Page*.  The Gongin specification sheets also demonstrate that, by

at least as early as May of 1987, through-hole packaging and surface mount packaging were known

alternatives for electronic components.

      3.      Claims 1-5 of the '431 patent are rendered obvious under 35 U.S.C § 103(a) by the NPI

catalog page for the Ethernet Isolation Transformers ("*NPI Isolation Transformers Catalog Page*"),

appended hereto as **Attachment P**, in view of the knowledge of those of ordinary skill in the art prior

to August 10, 1994, as shown by the *Gongin H-16S* (Attachment N).

---

[1] Although the Gongin specification sheets bear dates of 76.5.12, because these specifications were published in Taiwan and dated according to the Taiwanese Calendar, they use the 1911 founding of the Republic of China as a reference point in establishing the date.  As measured against the '431 patent, the dates of these documents are  May 12, 1987.

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

The *NPI Isolation Transformers Catalog Page* depicts a through-hole package (Part Number NP5416) that includes a plurality of transformers. A copy of the *NPI Isolation Transformers Catalog Page* was publicly available prior to August 10, 1994, as demonstrated by the letter to NPI customer Interphase dated October 28, 1991, appended hereto as **Attachment Q**, providing materials information regarding the NPI part number 5416. It is noted that page 2 of Attachment Q indicates that the 5416 part utilized silicone mummy compound for encasing the transformers in the device.

4.    Claims 1-5 of the '431 patent are rendered obvious under 35 U.S.C § 103(a) by U.S. Patent No. 3,721,747 ("*Renskers*"), which issued on March 20, 1973, appended hereto as **Attachment R**, in view of the knowledge of those of ordinary skill in the art prior to August 10, 1994, as shown by such references as *Tischler*. Although *Renskers* was considered during prosecution of the '431 patent, it was not considered in view of the *Tischler* reference as cited herein.

5.    Claims 1-5 of the '431 patent are rendered obvious under 35 U.S.C § 103(a) by the article entitled "Surface Mount Transformers: A New Packaging Approach," authored by Brad J. McCormick et al., and published in the February 1993 issue of Surface Mount Technology ("*McCormick*"), appended hereto as **Attachment S**, in view of the knowledge of those of ordinary skill in the art prior to August 10, 1994, as shown by such references as *Gutierrez* as cited herein.

6.    Claims 1-5 of the '431 patent are rendered obvious under 35 U.S.C § 103(a) by JP 7161535 ("*Yuichi*") authored by Saito Yuichi, which published on June 23, 1995, appended hereto as **Attachment T** (including translation), in view of the knowledge of those of ordinary skill in the art prior to August 10, 1994, as shown by such references as *Tischler*, *Renskers* or *McCormick*.

It is noted that during prosecution of the parent '985 patent the applicant argued that "the present invention is directed toward applications for packages mounted on a printed circuit board in an electronic device, which requires very low current and voltages, and is for DC voltages only." *See*,

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

Amendment, filed August 2, 1996 (Page 5). Because all of the foregoing references fall within the scope of the invention as defined by the applicant, they are clearly "analogous prior art" for the purpose of analyzing the obviousness of the subject matter at issue. "Under the correct analysis, any need or problem known in the field of endeavor at the time of the invention and addressed by the patent can provide a reason for combining the elements in the manner claimed." *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. ___, 82 USPQ2d 1385, 1397 (2007).

**37 C.F.R. § 1.510(b)(2) - Claims for Which Reexamination is Requested and Detailed Explanation of Pertinency and Manner of Applying the Cited Prior Art to Every Claim for Which Reexamination is Requested.**

Reexamination is requested of claims 1-5 of the '431 patent, i.e., all claims. A statement of the substantial new questions of patentability presented by this request for reexamination is provided below along with a detailed explanation of the pertinency and manner of applying the aforementioned references to each claim for which reexamination is requested.

**1.    Claims 1-5 Are Invalid Under 35 U.S. C §103 Over *Gutierrez* in View of the Knowledge of Those of Ordinary Skill in the Art**

Claim 1

| | |
|---|---|
| 1. A method of making an electronic surface mount package, the method comprising the steps for: | *Gutierrez Patent*: *Gutierrez* discloses a method of making an electronic surface mount component package. (Col. 1, lines 5-9) |
| forming a package having a side wall with a bottom end; | *Gutierrez Patent*: *Gutierrez* discloses a one piece construction package having a side wall with a bottom end. (Col. 2, lines 37-47, Fig. 1) |
| encapsulating a plurality of toroid transformers within the package with a resilient material; | *Gutierrez Patent*: *Gutierrez* discloses a cavity filled with a plastic material, covering and encapsulating windings and a toroidal core, and forming a box-like package (Col. 3, lines 19-28). While *Gutierrez's* exemplary package includes a single toroidal transformer, it would have been obvious to include a plurality of toroidal transformers within *Gutierrez's* package, as suggested within the Background |

5

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

| | section of the '431 patent itself ("Electronic surface mount packages are utilized in applications in which one or more individual toroid transformers are embodied within the surface mount package" Col. 1, lines 9-11).<br><br>Numerous examples can also be found in the prior art, such as *Tischler*, which discloses mounting "one or several" (i.e., a plurality of) toroidal transformers in a single package (Page 262, Top), *Renskers*, which discloses four (i.e., a plurality of) wire-wrapped toroid transformers (Fig. 2; Col. 3, lines 6-15), or *McCormick*, which discloses two (i.e., a plurality of) fully molded and potted toroids (Illustration, Page 27). |
|---|---|
| molding a plurality of terminal pins within the side wall, each of the pins extending through the side wall and having a solder post end, each of the post ends extending beyond the bottom end of the side wall; | ***Gutierrez Patent****: Gutierrez* discloses a molded package ("body") having a plurality of pins (i.e., lead termination blocks or support members 18, 20, 22, 24, 26, 28, 30, 32) extending laterally outward from the bottom ("base") of the body. These lead termination blocks or support members have notches in the form of a spool configuration, with opposed shoulders for retaining wound leads. A lead from one end of each coil on a core extends to and terminates as a winding on each support member. (Col. 2, lines 53-62; Fig. 2) |
| and wrapping and soldering the wires from the transformers to the solder post ends for each of the pins. | ***Gutierrez Patent****: Gutierrez* discloses a lead from one end of each coil on a core extends to and terminates as a winding on each support member. (Col. 2, lines 53-62; Fig. 2) |

Claim 2

| 2. The method of claim 1 wherein the resilient material is a soft silicone material. | ***Gutierrez Patent****: Gutierrez* discloses a cavity filled with a resilient plastic material, covering and encapsulating windings and a toroidal core, and forming a box-like package (Col. 3, lines 19-28). *See*, also, *Renskers*, which discloses four (i.e., a plurality of) wire wrapped toroids in a highly yieldable material (Fig. 2; Col. 3, line 60), or *Yuichi*, which discloses a wire wrapped toroid carried within a silicone or urethane material (Section 0013). |
|---|---|

Claim 3

| 3. A method of making an electronic surface mount package, the method comprising the steps for: | ***Gutierrez Patent****: Gutierrez* discloses the method of making an electronic surface mount component package. (Col. 1, lines 5-9) |
|---|---|
| molding a one piece construction package having | ***Gutierrez Patent****: Gutierrez* discloses a one piece molded construction package ("body") having a sidewall with a bottom end and a plurality |

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

| a side wall with a bottom end and a plurality of terminal pins within and extending from the bottom of the package; | of pins (i.e., lead termination blocks or support members 18, 20, 22, 24, 26, 28, 30, 32) extending laterally outward from the bottom ("base") of the body. |
|---|---|
| encapsulating and carrying a plurality of toroid transformers within the package; | ***Gutierrez Patent***: *Gutierrez* discloses a cavity filled with a plastic material, covering and encapsulating windings and a toroidal core, and forming a box-like package (Col. 3, lines 19-28).  While *Gutierrez's* exemplary package includes a single toroidal transformer, it would have been obvious to include a plurality of toroidal transformers within *Gutierrez's* package, as suggested within the Background section of the '431 patent itself ("Electronic surface mount packages are utilized in applications in which one or more individual toroid transformers are embodied within the surface mount package" Col. 1, lines 9-11). <br><br> Numerous examples can also be found in the prior art, such as *Tischler*, which discloses mounting "one or several" (i.e., a plurality of) toroidal transformers in a single package (Page 262, Top), *Renskers*, which discloses four (i.e., a plurality of) wire-wrapped toroid transformers (Fig. 2; Col. 3, lines 6-15), or *McCormick*, which discloses two (i.e., a plurality of) fully molded and potted toroids (Illustration, Page 27). |
| and wrapping and soldering the wires from the transformers to an end of a solder post for each of the pins. | ***Gutierrez Patent***: *Gutierrez* discloses a lead from one end of each coil on a core extends to and terminates as a winding on each support member. (Col. 2, lines 53-62, Fig. 2) |

Claim 4

| 4. The method of claim 3 wherein the step for encapsulating and carrying the plurality of toroid transformers pours a resilient material into the package and subsequently sets the resilient material. | ***Gutierrez Patent***: *Gutierrez* discloses a cavity filled with a resilient plastic material, covering and encapsulating windings and a toroidal core, and forming a box-like package. (Col. 3, lines 19-28) |
|---|---|

Claim 5

| 5. The method of claim 3 wherein the resilient material is a soft silicone | ***Gutierrez Patent***: *Gutierrez* discloses a cavity filled with a resilient plastic material, covering and encapsulating windings and a toroidal |
|---|---|

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

| material. | core, and forming a box-like package. (Col. 3, lines 19-28) |
|---|---|

**2.    Claims 1-5 Are Invalid Under 35 U.S.C § 103 Over the *NPI 10BaseT Catalog Page* in View of the Knowledge of Those of Ordinary Skill in the Art**

Claim 1

| 1. A method of making an electronic surface mount package, the method comprising the steps for: | *NPI 10BaseT Catalog Page*: The *NPI 10BaseT Catalog Page* discloses an electronic surface mount package configuration. |
|---|---|
| forming a package having a side wall with a bottom end; | *NPI 10BaseT Catalog Page*: The *NPI 10BaseT Catalog Page* drawings disclose a package having a side wall with a bottom end. |
| encapsulating a plurality of toroid transformers within the package with a resilient material; | *NPI 10BaseT Catalog Page*: The *NPI 10BaseT Catalog Page* discloses a plurality of transformers carried within a package. By the early 1990's, it was known in this art to package a plurality of wire wrapped toroidal transformers in a single device in soft silicone material. |
| | Numerous examples can be found in the prior art, such as *Renskers*, which discloses four (i.e., a plurality of) wire wrapped toroids in a highly yieldable material (Fig. 2; Col. 3, line 60), *Yuichi*, which discloses a wire wrapped toroid carried within a silicone or urethane material (Section 0013), *Tischler*, which discloses mounting "one or several" (i.e., a plurality of) wrapped toroidal transformers in a single package in epoxy (Page 261-2), or *McCormick*, which discloses two (i.e., a plurality of) fully molded and potted toroids in epoxy or similar material (Text and Illustration, Page 27). |
| molding a plurality of terminal pins within the side wall, each of the pins extending through the side wall and having a solder post end, each of the post ends extending beyond the bottom end of the side wall; | *NPI 10BaseT Catalog Page*: The *NPI 10BaseT Catalog Page* discloses a plurality of terminal pins. It was known in this art to have molded in pins extending from the bottom of a side wall. For example, the *Gongin H-16S Reference* discloses molded in terminations that extend through the bottom once the leads are inverted. |
| and wrapping and soldering the wires from the transformers to the solder post ends for each of the pins. | Prior to August 10, 1994, it was already known in this art to utilize posts upon which to wrap and solder the wire, and it would have been obvious to one of ordinary skill in the art to wrap and solder the wires from the transformers to the solder post ends for each of the pins. |
| | Numerous examples can be found in the prior art, such as *Renskers*, which discloses terminal lugs 32 with lead legs 42 that have notches |

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

|  | 50 upon which the wires from the transformers are wrapped and soldered (Fig. 2), or *Gutierrez*, which discloses a plurality of pins (lead termination blocks or support members 18, 20, 22, 24, 26, 28, 30, 32) extending laterally outward from the bottom ("base") of the body having notches in the form of a spool configuration, with opposed shoulders for retaining wound leads (Fig. 2; Col. 2, lines 53-62). |

Claim 2

| 2. The method of claim 1 wherein the resilient material is a soft silicone material. | By the early 1990's, it was known in this art to package a plurality of toroids in a single device in soft silicone. Numerous examples can be found in the prior art, such as *Renskers*, which discloses four (i.e., a plurality of) wire wrapped toroids in a highly yieldable material (Fig. 2; Col. 3, line 60), or *Yuichi*, which discloses a wire wrapped toroid carried within a silicone or urethane material (Section 0013). |

Claim 3

| 3. A method of making an electronic surface mount package, the method comprising the steps for: | *NPI 10BaseT Catalog Page*: The *NPI 10BaseT Catalog Page* discloses an electronic surface mount package configuration. |
| molding a one piece construction package having a side wall with a bottom end and a plurality of terminal pins within and extending from the bottom of the package; | *NPI 10BaseT Catalog Page*: The *NPI 10BaseT Catalog Page* drawings disclose a one piece construction package having a side wall with a bottom end and discloses a plurality of terminal pins, as well as the pins to be molded within and extending from the bottom of the package. |
| encapsulating and carrying a plurality of toroid transformers within the package; | *NPI 10BaseT Catalog Page*: The *NPI 10BaseT Catalog Page* discloses a plurality of transformers carried within a package. By the early 1990's, it was known in this art to package a plurality of wire wrapped toroidal transformers in a single device in soft silicone material. Numerous examples can be found in the prior art, such as *Renskers*, which discloses four (i.e., a plurality of) wire wrapped toroids in a highly yieldable material (Fig. 2; Col. 3, line 60), *Yuichi*, which discloses a wire wrapped toroid carried within a silicone or urethane material (Section 0013), *Tischler*, which discloses mounting "one or several" (i.e., a plurality of) wrapped toroidal transformers in a single package in epoxy (Page 261-2), or *McCormick*, which discloses two |

9

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

| | |
|---|---|
| | (i.e., a plurality of) fully molded and potted toroids in epoxy or similar material (Text and Illustration, Page 27). |
| and wrapping and soldering the wires from the transformers to an end of a solder post for each of the pins. | Prior to August 10, 1994, it was already known in this art to utilize posts upon which to wrap and solder the wire, and it would have been obvious to one of ordinary skill in the art to wrap and solder the wires from the transformers to the solder post ends for each of the pins. |
| | Numerous examples can be found in the prior art, such as *Renskers*, which discloses terminal lugs 32 with lead legs 42 that have notches 50 upon which the wires from the transformers are wrapped and soldered (Fig. 2), or *Gutierrez*, which discloses a plurality of pins (lead termination blocks or support members 18, 20, 22, 24, 26, 28, 30, 32) extending laterally outward from the bottom ("base") of the body having notches in the form of a spool configuration, with opposed shoulders for retaining wound leads (Fig. 2; Col. 2, lines 53-62). |

Claim 4

| | |
|---|---|
| 4. The method of claim 3 wherein the step for encapsulating and carrying the plurality of toroid transformers pours a resilient material into the package and subsequently sets the resilient material. | ***NPI 10BaseT Catalog Page***: The *NPI 10BaseT Catalog Page* discloses a plurality of wound toroid transformers carried within a package. (Center Drawing Between Package A and Package B).  By the early 1990's, it was known in this art to package a plurality of toroids in a single device in a resilient material such as soft silicone. |
| | Numerous examples can be found in the prior art, such as *Renskers*, which discloses four (i.e., a plurality of) wire wrapped toroids in a highly yieldable material (Fig. 2; Col. 3, line 60), *Yuichi*, which discloses a wire wrapped toroid carried within a silicone or urethane material (Section 0013), *Tischler*, which discloses mounting "one or several" (i.e., a plurality of) wrapped toroidal transformers in a single package in epoxy (Page 261-2), or *McCormick*, which discloses two (i.e., a plurality of) fully molded and potted toroids in epoxy or similar material (Text and Illustration, Page 27). |

Claim 5

| | |
|---|---|
| 5. The method of claim 3 wherein the resilient material is a soft silicone material. | ***NPI 10BaseT Catalog Page***: The *NPI 10BaseT Catalog Page* discloses a plurality of wound toroid transformers carried within a package. (Center Drawing Between Package A and Package B) By the early 1990's, it was known in this art to package a plurality of toroids in a single device in a resilient material such as soft silicone. |
| | Numerous examples can be found in the prior art, such as *Renskers*, which discloses four wire wrapped toroids in a highly yieldable material (Fig. 2; Col. 3, line 60), or *Yuichi*, which discloses a wire wrapped toroid carried within a silicone or urethane material (Section |

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

| | 0013). |
|---|---|

**3.    Claims 1-5 Are Invalid Under 35 U.S.C § 103 Over the *NPI Isolation Transformers Catalog Page* in View of the Knowledge of Those of Ordinary Skill in the Art**

Claim 1

| 1. A method of making an electronic surface mount package, the method comprising the steps for: | ***NPI Isolation Transformers Catalog Page***: The *NPI Isolation Transformers Catalog Page* discloses an electronic through-hole mount package configuration.  It would have been obvious to one skilled in the art prior to August 10, 1994, to configure the device of the *NPI Isolation Transformers Catalog Page* as a surface mount device as demonstrated by the *Gongin RH-16 and H-16S* references, which depict associated through-hole and surface mount variations of the packages.<br><br>Moreover, language in a preamble is regarded as limiting if it recites essential structure that is important to the invention or necessary to give meaning to the claim.  *NTP, Inc. v. Research In Motion, Ltd.*, 418 F.3d 1282, 1305-06 (Fed. Cir. 2005).  Nowhere in the specification or claims of the '431 patent is surface mount technology disclosed or identified as an "essential structure" that is important to the invention.  Moreover, there are no limitations in the claims which cannot be understood without reference to the preamble and thus the preamble is not necessary to give meaning to the claim. |
|---|---|
| forming a package having a side wall with a bottom end; | ***NPI Isolation Transformers Catalog Page***: The *NPI Isolation Transformers Catalog Page* drawings disclose a package having a side wall with a bottom end. |
| encapsulating a plurality of toroid transformers within the package with a resilient material; | ***NPI Isolation Transformers Catalog Page***: The *NPI Isolation Transformers Catalog Page* discloses a plurality of transformers carried within a package (Center Drawing Between Package A and Package B).[2]  Furthermore, by the early 1990's, it was known in this art to package a plurality of wire wrapped toroidal transformers in a single device in soft silicone material.<br><br>Numerous examples can be found in the prior art, such as *Renskers*, which discloses four (i.e., a plurality of) wire wrapped toroids in a highly yieldable material (Fig. 2; Col. 3, line 60), *Yuichi*, which discloses a wire wrapped toroid carried within a silicone or urethane |

[2] Although not identified as such in the NPI Isolation Transformers Catalog Page, the transformers used in this device were indeed toroid transformers as shown in the April 28, 1994 Bill of Materials for the NP5417 part, appended hereto as **Attachment U**.  As also shown in this Bill of Materials, a silicone paste was being used in construction of the device as was the Gongin RH-16 header.  The NP5417 Bill of Materials was publicly available at least as early as September 15, 1994 when it was forwarded to Chris Nixon at 3Com Limited with the letter of **Attachment V**.

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

| | material (Section 0013), *Tischler*, which discloses mounting "one or several" (i.e., a plurality of) wrapped toroidal transformers in a single package in epoxy (Page 261-2), or *McCormick*, which discloses two (i.e., a plurality of) fully molded and potted toroids in epoxy or similar material (Text and Illustration, Page 27). |
|---|---|
| molding a plurality of terminal pins within the side wall, each of the pins extending through the side wall and having a solder post end, each of the post ends extending beyond the bottom end of the side wall; | ***NPI Isolation Transformers Catalog Page***: The *NPI Isolation Transformers Catalog Page* discloses a plurality of terminal pins molded within, and extending from, the bottom of the package (Package B).  It would have been obvious to one skilled in the art in view of the *Gongin H-16S Reference* to reverse the lead bending of the gull-wings, thereby having the ends of the terminal pins forming solder posts that extend through and below the bottom of the sidewall. |
| and wrapping and soldering the wires from the transformers to the solder post ends for each of the pins. | Prior to August 10, 1994, it was already known in this art to utilize posts upon which to wrap and solder the wire, and it would have been obvious to one of ordinary skill in the art to wrap and solder the wires from the transformers to the solder post ends for each of the pins. |
| | Numerous examples can be found in the prior art, such as *Renskers*, which discloses terminal lugs 32 with lead legs 42 that have notches 50 upon which the wires from the transformers are wrapped and soldered (Fig. 2), or *Gutierrez*, which discloses a plurality of pins (lead termination blocks or support members 18, 20, 22, 24, 26, 28, 30, 32) extending laterally outward from the bottom ("base") of the body having notches in the form of a spool configuration, with opposed shoulders for retaining wound leads (Fig. 2; Col. 2, lines 53-62). |

Claim 2

| 2. The method of claim 1 wherein the resilient material is a soft silicone material. | By the early 1990's, it was known in this art to package a plurality of toroids in a single device in soft silicone. |
|---|---|
| | Numerous examples can be found in the prior art, such as *Renskers*, which discloses four (i.e., a plurality of) wire wrapped toroids in a highly yieldable material (Fig. 2; Col. 3, line 60), or *Yuichi*, which discloses a wire wrapped toroid carried within a silicone or urethane material (Section 0013). |

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

Claim 3

| 3. A method of making an electronic surface mount package, the method comprising the steps for: | **NPI Isolation Transformers Catalog Page**: The *NPI Isolation Transformers Catalog Page* discloses an electronic through-hole mount package configuration. It would have been obvious to one skilled in the art prior to August 10, 1994, to configure the device of the *NPI Isolation Transformers Catalog Page* as a surface mount device as demonstrated by the *Gongin RH-16 and H-16S* references, which depict associated through-hole and surface mount variations of the packages. |
|---|---|
| | Moreover, language in a preamble is regarded as limiting if it recites essential structure that is important to the invention or necessary to give meaning to the claim. *NTP, Inc. v. Research In Motion, Ltd.*, 418 F.3d 1282, 1305-06 (Fed. Cir. 2005). Nowhere in the specification or claims of the '431 patent is surface mount technology disclosed or identified as an "essential structure" that is important to the invention. Moreover, there are no limitations in the claims which cannot be understood without reference to the preamble and thus the preamble is not necessary to give meaning to the claim. |
| molding a one piece construction package having a side wall with a bottom end and a plurality of terminal pins within and extending from the bottom of the package; | **NPI Isolation Transformers Catalog Page**: The *NPI Isolation Transformers Catalog Page* drawings disclose a one piece construction package that has a side wall and a bottom end, as well as a plurality of molded terminal pins that extend from the bottom of the package (Package B). |
| encapsulating and carrying a plurality of toroid transformers within the package; | **NPI Isolation Transformers Catalog Page**: The *NPI Isolation Transformers Catalog Page* discloses a plurality of transformers carried within a package.[2] Furthermore, by the early 1990's, it was known in this art to package a plurality of wire wrapped toroidal transformers in a single device in soft silicone material. |
| | Numerous examples can be found in the prior art, such as *Renskers*, which discloses four (i.e., a plurality of) wire wrapped toroids in a highly yieldable material (Fig. 2; Col. 3, line 60), *Yuichi*, which discloses a wire wrapped toroid carried within a silicone or urethane material (Section 0013), *Tischler*, which discloses mounting "one or several" (i.e., a plurality of) wrapped toroidal transformers in a single package in epoxy (Page 261-2), or *McCormick*, which discloses two (i.e., a plurality of) fully molded and potted toroids in epoxy or similar material (Text and Illustration, Page 27). |
| and wrapping and soldering the wires from the transformers to an end of a | Prior to August 10, 1994, it was already known in this art to utilize posts upon which to wrap and solder the wire, and it would have been obvious to one of ordinary skill in the art to wrap and solder the wires |

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

| solder post for each of the pins. | from the transformers to the solder post ends for each of the pins. |
|---|---|
| | Numerous examples can be found in the prior art, such as *Renskers*, which discloses terminal lugs 32 with lead legs 42 that have notches 50 upon which the wires from the transformers are wrapped and soldered (Fig. 2), or *Gutierrez*, which discloses a plurality of pins (lead termination blocks or support members 18, 20, 22, 24, 26, 28, 30, 32) extending laterally outward from the bottom ("base") of the body having notches in the form of a spool configuration, with opposed shoulders for retaining wound leads (Fig. 2; Col. 2, lines 53-62). |

Claim 4

| 4. The method of claim 3 wherein the step for encapsulating and carrying the plurality of toroid transformers pours a resilient material into the package and subsequently sets the resilient material. | ***NPI Isolation Transformers Catalog Page***: The *NPI Isolation Transformers Catalog Page* discloses a plurality of wound toroid transformers carried within a package. (Center Drawing Between Package A and Package B).  By the early 1990's, it was known in this art to package a plurality of toroids in a single device in a resilient material such as soft silicone. |
|---|---|
| | Numerous examples can be found in the prior art, such as *Renskers*, which discloses four (i.e., a plurality of) wire wrapped toroids in a highly yieldable material (Fig. 2; Col. 3, line 60), *Yuichi*, which discloses a wire wrapped toroid carried within a silicone or urethane material (Section 0013), *Tischler*, which discloses mounting "one or several" (i.e., a plurality of) wrapped toroidal transformers in a single package in epoxy (Page 261-2), or *McCormick*, which discloses two (i.e., a plurality of) fully molded and potted toroids in epoxy or similar material (Text and Illustration, Page 27). |

Claim 5

| 5. The method of claim 3 wherein the resilient material is a soft silicone material. | ***NPI Isolation Transformers Catalog Page***: The *NPI Isolation Transformers Catalog Page* discloses a plurality of wound toroid transformers carried within a package. (Center Drawing Between Package A and Package B).  By the early 1990's, it was known in this art to package a plurality of toroids in a single device in a resilient material such as soft silicone. |
|---|---|
| | Numerous examples can be found in the prior art, such as *Renskers*, which discloses four wire wrapped toroids in a highly yieldable material (Fig. 2; Col. 3, line 60), or *Yuichi*, which discloses a wire wrapped toroid carried within a silicone or urethane material (Section 0013). |

4.    **Claims 1-5 Are Invalid Under 35 U.S.C § 103 Over *Renskers* in View of the Knowledge of Those of Ordinary Skill in the Art**

Claim 1

| 1. A method of making an electronic surface mount package, the method comprising the steps for: | *Renskers Patent*: *Renskers* discloses a dual in-line package, for mounting on a circuit board, that has a body with a cavity for housing four toroidal transformers (or other circuit elements) (Figs. 1, 2; Col. 2, line 57 to Col. 3, line 55). It would have been obvious to one skilled in the art prior to August 10, 1994 to configure *Renskers'* device as a surface mount package, as demonstrated by the *Gongin RH-16 and H-16S* references, which depict associated through-hole and surface mount package variations.<br><br>Moreover, language in a preamble is regarded as limiting if it recites essential structure that is important to the invention or necessary to give meaning to the claim. *NTP, Inc. v. Research In Motion, Ltd.*, 418 F.3d 1282, 1305-06 (Fed. Cir. 2005). Nowhere in the specification or claims of the '431 patent is surface mount technology disclosed or identified as an "essential structure" that is important to the invention. Moreover, there are no limitations in the claims which cannot be understood without reference to the preamble and thus the preamble is not necessary to give meaning to the claim.[3] |
|---|---|
| forming a package having a side wall with a bottom end; | *Renskers Patent*: *Renskers* discloses a package having a side wall and a bottom end (Figs. 2, 3, 5; Col. 3, lines 63-66). |
| encapsulating a plurality of toroid transformers within the package with a resilient material; | *Renskers Patent*: *Renskers* discloses a plurality (i.e., four) wire-wrapped toroid transformers (Fig. 2; Col. 3, lines 6-15) mounted in the cavity of the box containing a "highly yieldable material" (Figs. 2, 5; Col. 3, line 60). |
| molding a plurality of terminal pins within the side wall, each of the pins extending through the side wall and having a solder post end, each of the post ends extending beyond the bottom end of the side wall; | *Renskers Patent*: *Renskers* discloses eight terminal lugs 32 (i.e., pins) that connect the four toroidal transformers 30 to the circuit board (Figs. 1-3, 5, 6). Each terminal lug 30 includes a narrow point 36 adapted for circuit board insertion, a short mounting leg 40, and a lead leg 42 to which the transformer leads are connected (Col. 3, lines 17-23). Lugs 32 extend from, and through, the bottom of the side walls 12, while lead legs 42 include notches 50 which provide a point of wrap for the transformer leads (Col. 3, lines 30-44). |

---

[3] It is noted that the '431 patent recites that "**special design consideration** has been applied to thermal expansion of materials to ensure that the package will stand all normal reflow processes with low cost, easy manufacturing, and high reliability." Column 3, lines 7-11 (emphasis added). No detailed specifications regarding these "special design considerations" have been disclosed in the specification and thus, in addition to the issue regarding compliance with 35 U.S.C § 112, Paragraph 1, there is no support in the specification for distinguishing surface mount technology from other technologies such as through-hole mounting. In fact, twice in the specification the inventors specifically state that the invention is not limited to the disclosed embodiment. See Col. 2, line 4-7 and Col 3, lines 22-35.

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

| | |
|---|---|
| | Although *Renskers* does not explicitly disclose molding the pins into the package, it would have been obvious to one skilled in the art prior to August 10, 1994, to utilize pins molded within the package and extending through the bottom of the side wall, as was widely known. *See*, e.g., *Tischler*, which discloses surface mount platforms with molded-in terminations (Page 261). |
| and wrapping and soldering the wires from the transformers to the solder post ends for each of the pins. | ***Renskers Patent***: *Renskers's* lead legs 42 include notches 50 which provide a point of wrap and solder for the transformer leads (Col. 3, lines 30-44). |

Claim 2

| | |
|---|---|
| 2. The method of claim 1 wherein the resilient material is a soft silicone material. | ***Renskers Patent***: *Renskers* discloses a cavity of a box containing a "highly yieldable material" (Figs. 2, 5; Col. 3, line 60). Prior to August 10, 1994, it would be obvious to one skilled in the art to utilize a resilient material such as soft silicone. *See*, e.g., *Yuichi*, which discloses a wire wrapped toroid carried within a silicone or urethane material (Section 0013). |

Claim 3

| | |
|---|---|
| 3. A method of making an electronic surface mount package, the method comprising the steps for: | ***Renskers Patent***: *Renskers* discloses a dual in-line package, for mounting on a circuit board, that has a body with a cavity for housing four toroidal transformers (or other circuit elements) (Figs. 1, 2; Col. 2, line 57 to Col. 3, line 55). It would have been obvious to one skilled in the art prior to August 10, 1994, to configure the device of *Renskers* as a surface mount device as demonstrated by the *Gongin RH-16 and H-16S* references, which depict associated through-hole and surface mount variations of the packages.

Moreover, language in a preamble is regarded as limiting if it recites essential structure that is important to the invention or necessary to give meaning to the claim. *NTP, Inc. v. Research In Motion, Ltd.*, 418 F.3d 1282, 1305-06 (Fed. Cir. 2005). Nowhere in the specification or claims of the '431 patent is surface mount technology disclosed or identified as an "essential structure" that is important to the invention. Moreover, there are no limitations in the claims which cannot be understood without reference to the preamble and thus the preamble is not necessary to give meaning to the claim. |
| molding a one piece construction package having a side wall with a bottom | ***Renskers Patent***: *Renskers* discloses eight terminal lugs 32 (i.e., pins) that connect the four toroidal transformers 30 to the circuit board (Figs. 1-3, 5, 6). Each terminal lug 30 includes a narrow point 36 |

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

| | |
|---|---|
| end and a plurality of terminal pins within and extending from the bottom of the package; | adapted for circuit board insertion, a short mounting leg 40, and a lead leg 42 to which the transformer leads are connected (Col. 3, lines 17-23). Lugs 32 extend from, and through, the bottom of the side walls 12, while lead legs 42 include notches 50 which provide a point of wrap for the transformer leads (Col. 3, lines 30-44).<br><br>Although *Renskers* does not explicitly disclose molding the pins into the package, it would have been obvious to one skilled in the art prior to August 10, 1994, to utilize pins molded within the package and extending through the bottom of the side wall, as was widely known. *See*, e.g., *Tischler*, which discloses surface mount platforms with molded-in terminations (Page 261). |
| encapsulating and carrying a plurality of toroid transformers within the package; | ***Renskers Patent***: Renskers discloses a plurality (i.e., four) wire-wrapped toroid transformers (Fig. 2; Col. 3, lines 6-15) mounted in the cavity of the box containing a "highly yieldable material" (Figs. 2, 5; Col. 3, line 60). |
| and wrapping and soldering the wires from the transformers to an end of a solder post for each of the pins. | ***Renskers Patent***: Renskers's lead legs 42 include notches 50 which provide a point of wrap and solder for the transformer leads (Col. 3, lines 30-44). |

Claim 4

| | |
|---|---|
| 4. The method of claim 3 wherein the step for encapsulating and carrying the plurality of toroid transformers pours a resilient material into the package and subsequently sets the resilient material. | ***Renskers Patent***: Renskers discloses filling the "boxes" with encapsulant so as to embed, at least, the solder joints of the lead-lead leg connection and the then curing of the encapsulant (Col 4, lines 20-27). |

Claim 5

| | |
|---|---|
| 5. The method of claim 3 wherein the resilient material is a soft silicone material. | ***Renskers Patent***: Renskers discloses a cavity of a box containing a "highly yieldable material" (Col. 3, line 60; Figs. 2, 5). Prior to August 10, 1994, it would be obvious to one skilled in the art to utilize a resilient material such as soft silicone. *See*, e.g., *Yuichi*, which discloses a wire wrapped toroid carried within a silicone or urethane material (Section 0013). |

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

**5.    Claims 1-5 Are Invalid Under 35 U.S.C §103 Over *McCormick* in View of the Knowledge of Those of Ordinary Skill in the Art**

Claim 1

| | |
|---|---|
| 1. A method of making an electronic surface mount package, the method comprising the steps for: | ***McCormick Reference***: *McCormick* discloses an electronic surface mount package (Page 27). |
| forming a package having a side wall with a bottom end; | ***McCormick Reference***: *McCormick* discloses a package with a side wall with a bottom end (Illustration, Page 27). |
| encapsulating a plurality of toroid transformers within the package with a resilient material; | ***McCormick Reference***: *McCormick* discloses a plurality of fully molded and potted toroids (Illustration, Page 27). *McCormick* discloses a molding cup which holds the completed transformer assembly, which is filled with an epoxy or similar material to encapsulate the entire unit (Page 27). The cup is formed from molded thermoset, epoxy/glass thermoplastic, or machined material depending on thermal and other considerations. *McCormick* also shows wire wrapping multiple toroids (Page 27). |
| molding a plurality of terminal pins within the side wall, each of the pins extending through the side wall and having a solder post end, each of the post ends extending beyond the bottom end of the side wall; | ***McCormick Reference***: *McCormick* discloses magnet wire that forms the windings in a transformer and pins that act as an intermediate connection between the magnet wire and the traces on the printed circuit board (Page 27). |
| and wrapping and soldering the wires from the transformers to the solder post ends for each of the pins. | Prior to August 10, 1994, it was already known in this art to utilize posts to wrap and solder the wire. Numerous examples can be found in the prior art, such as *Gutierrez*, which discloses lead termination blocks or support members 18, etc., that have notches in the form of spools with opposed shoulders for retaining wound leads (Col. 2, lines 53-62, Fig. 2), or *Renskers*, which discloses terminal lugs 32 that include lead legs 42 with notches 50 that provide a point of wrap for the transformer leads (Col. 3, lines 30-44). |

Claim 2

| | |
|---|---|
| 2. The method of claim 1 wherein the resilient material is a soft silicone material. | ***McCormick Reference***: *McCormick* discloses a molding cup which holds the completed transformer assembly, which is filled with an epoxy or similar material to encapsulate the entire unit (Page 27). |

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

Claim 3

| 3. A method of making an electronic surface mount package, the method comprising the steps for: | *McCormick Reference*: McCormick discloses an electronic surface mount package (Page 27). |
|---|---|
| molding a one piece construction package having a side wall with a bottom end and a plurality of terminal pins within and extending from the bottom of the package; | *McCormick Reference*: McCormick discloses a package with a side wall with a bottom end (Illustration, Page 27), magnet wire that forms the windings in the transformer, and pins that act as an intermediate connection between the magnet wire and the traces on the printed circuit board (Page 27). |
| encapsulating and carrying a plurality of toroid transformers within the package; | *McCormick Reference*: McCormick discloses a plurality of fully molded and potted toroids (Illustration, Page 27). *McCormick* discloses a molding cup which holds the completed transformer assembly, which is filled with an epoxy or similar material to encapsulate the entire unit (Page 27). The cup is formed from molded thermoset, epoxy/glass thermoplastic, or machined material depending on thermal and other considerations. *McCormick* also shows wire wrapping multiple toroids (Page 27). |
| and wrapping and soldering the wires from the transformers to an end of a solder post for each of the pins. | Prior to August 10, 1994, it was already known in this art to utilize posts to wrap and solder the wire. Numerous examples can be found in the prior art, such as *Gutierrez*, which discloses lead termination blocks or support members 18, etc., that have notches in the form of spools with opposed shoulders for retaining wound leads (Col. 2, lines 53-62, Fig. 2), or *Renskers*, which discloses terminal lugs 32 that include lead legs 42 with notches 50 that provide a point of wrap for the transformer leads (Col. 3, lines 30-44). |

Claim 4

| 4. The method of claim 3 wherein the step for encapsulating and carrying the plurality of toroid transformers pours a resilient material into the package and subsequently sets the resilient material. | *McCormick Reference*: McCormick discloses a plurality of fully molded and potted toroids (Illustration, Page 27). *McCormick* discloses a molding cup which holds the completed transformer assembly, which is filled with an epoxy or similar material to encapsulate the entire unit (Page 27). The cup is formed from molded thermoset, epoxy/glass thermoplastic, or machined material depending on thermal and other considerations. *McCormick* also shows wire wrapping multiple toroids (Page 27). |

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

Claim 5

| 5. The method of claim 3 wherein the resilient material is a soft silicone material. | ***McCormick Reference***: *McCormick* discloses a molding cup which holds the completed transformer assembly, which is filled with an epoxy or similar material to encapsulate the entire unit (Page 27, 31). |
| --- | --- |

**6.    Claims 1-5 Are Invalid Under 35 U.S.C § 103 Over *Yuichi* in View of the Knowledge of Those of Ordinary Skill in the Art**

Claim 1

| 1. A method of making an electronic surface mount package, the method comprising the steps for: | ***Yuichi Patent***: *Yuichi* discloses a surface mounting transformer with a recess open to the mounting face side of the package (Section [0003]). |
| --- | --- |
| forming a package having a side wall with a bottom end; | ***Yuichi Patent***: *Yuichi* depicts a one piece construction package 2 that has a side wall and an open bottom (Figs. 1, 4). |
| encapsulating a plurality of toroid transformers within the package with a resilient material; | ***Yuichi Patent***: *Yuichi* discloses a package containing a toroidal transformer (Figs. 1, 4; Section [0003]). *Yuichi* discloses adhesives of a silicone system or a urethane system formed between the wall of the package and the peripheries of the winding member (Section [0021]). While *Yuichi's* exemplary package includes a single toroidal transformer, it would have been obvious to include a plurality of toroidal transformers within *Yuichi's* package, as suggested within the Background section of the '431 patent itself ("Electronic surface mount packages are utilized in applications in which one or more individual toroid transformers are embodied within the surface mount package" Col. 1, lines 6-9). Numerous examples can also be found in the prior art, such as *Tischler*, which discloses mounting "one or several" (i.e., a plurality of) toroidal transformers in a single package (Page 262, Top), *Renskers*, which discloses four (i.e., a plurality of) wire-wrapped toroid transformers (Fig. 2; Col. 3, lines 6-15), or *McCormick*, which discloses two (i.e., a plurality of) fully molded and potted toroids (Illustration, Page 27). |
| molding a plurality of terminal pins within the side wall, each of the pins extending through the side wall and having a solder post end, each of the post ends extending beyond the | ***Yuichi Patent:*** *Yuichi* depicts molded, lead terminals 7 extending laterally from, and through, the bottom of the package side wall (Fig. 2). |

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

| | |
|---|---|
| bottom end of the side wall; | |
| and wrapping and soldering the wires from the transformers to the solder post ends for each of the pins. | *Yuichi Patent: Yuichi* discloses a wire 10 that has a wire tip lead section 10a that is wrapped around terminal 7 and soldered (Section 0021; Fig. 4). |

Claim 2

| | |
|---|---|
| 2. The method of claim 1 wherein the resilient material is a soft silicone material. | *Yuichi Patent*: *Yuichi* discloses adhesives of a silicone system or a urethane system formed between the wall of the package and the peripheries of the winding member. (Section [0021]) |

Claim 3

| | |
|---|---|
| 3. A method of making an electronic surface mount package, the method comprising the steps for: | *Yuichi Patent*: *Yuichi* discloses a surface mounting transformer with a recess open to the mounting face side of the package (Section [0003]). |
| molding a one piece construction package having a side wall with a bottom end and a plurality of terminal pins within and extending from the bottom of the package; | *Yuichi Patent*: *Yuichi* depicts a one piece construction package 2 that has a side wall and an open bottom (Figs. 1, 4), as well as molded, lead terminals 7 extending laterally from, and through, the bottom of the package side wall (Fig. 2). |
| encapsulating and carrying a plurality of toroid transformers within the package; | *Yuichi Patent*: *Yuichi* discloses a package containing a toroidal transformer (Figs. 1, 4; Section [0003]). While *Yuichi's* exemplary package includes a single toroidal transformer, it would have been obvious to include a plurality of toroidal transformers within *Yuichi's* package, as suggested within the Background section of the '431 patent itself ("Electronic surface mount packages are utilized in applications in which one or more individual toroid transformers are embodied within the surface mount package" Col. 1, lines 6-9). Numerous examples can also be found in the prior art, such as *Tischler*, which discloses mounting "one or several" (i.e., a plurality of) toroidal transformers in a single package (Page 262, Top), *Renskers*, which discloses four (i.e., a plurality of) wire-wrapped toroid transformers (Fig. 2; Col. 3, lines 6-15), or *McCormick*, which discloses two (i.e., a plurality of) fully molded and potted toroids (Illustration, Page 27). |

21

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

| and wrapping and soldering the wires from the transformers to an end of a solder post for each of the pins. | *Yuichi Patent:* Yuichi discloses a wire 10 that has a wire tip lead section 10a that is wrapped around terminal 7 and soldered (Section 0021; Fig. 4). |
|---|---|

Claim 4

| 4. The method of claim 3 wherein the step for encapsulating and carrying the plurality of toroid transformers pours a resilient material into the package and subsequently sets the resilient material. | *Yuichi Patent:* Yuichi discloses resilient material, i.e., "adhesives of a silicone system or a urethane system formed between the wall of the package and the peripheries of the winding member" (Section [0021]). |
|---|---|

Claim 5

| 5. The method of claim 3 wherein the resilient material is a soft silicone material. | *Yuichi Patent:* Yuichi discloses "adhesives of a silicone system … formed between the wall of the package and the peripheries of the winding member" (Section [0021]). |
|---|---|

## 37 CFR § 1.510(b)(3) - A Copy of Every Patent or Printed Publication Relied Upon or Referred to in Paragraph (b)(1) and (2)

Copies of every patent or printed publication relied upon or referred to in Paragraph (b)(1) and (2) are attached as Attachments I-V.

## 37 C.F.R. § 1.510(b)(4) - Copy of the '431 Patent

A double-column copy of the subject '431 patent is enclosed as **Attachment A** to this Request for Reexamination.

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

**37 C.F.R § 1.510(b)(5)** - **A Certification That a Copy of the Request Filed by a Person Other Than the Patent Owner Has Been Served in its Entirety on the Patent Owner at the Address as Provided for in § 1.33(c)**

A certification that a copy of the request filed has been served to the patent owner at the address as provided for in § 1.33(c) is attached.

**37 C.F.R. § 1.510(f)** - **Statement of Representative Capacity**

This request for *ex parte* reexamination is made on behalf of Midcom pursuant to 37 C.F.R. § 1.510(a). The undersigned attorney, Adam M. Treiber (Reg. No. 48,000) hereby confirms that he is acting in a representative capacity for Midcom in this matter pursuant to 37 C.F.R. § 1.34.

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

## CONCLUSION

The patents and references cited in this request for reexamination present a substantial new question of patentability with respect to claims 1-5 of the '431 patent. Therefore, *ex parte* reexamination of the '431 patent is respectfully requested pursuant to 35 U.S.C. §§ 301-307 and 37 C.F.R. § 1.510.

Respectfully submitted,

Date:  May 5, 2008                    By: _____

Adam M. Treiber
Registration No. 48,000
Attorney for Requestor

#102246843_2

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

## INDEX OF "ATTACHMENTS" TO REQUEST FOR REEXAMINATION

**Attachment A:**    U.S. Patent Number 6,662,431 (Lu et al.)

**Attachment B:**    Plaintiff Halo's Complaint

**Attachment C:**    Defendant Midcom's Answer and Counterclaim

**Attachment D:**    Defendant Elec & Eltek (USA) Corporation Answer and Counterclaim

**Attachment E:**    Defendant XFMRS, Inc.'s Answer and Counterclaim

**Attachment F:**    Defendant XFMRS, Inc.'s First Amended Answer and Counterclaim

**Attachment G:**    Defendant XFMRS, Inc.'s Second Amended Answer and Counterclaim

**Attachment H:**    Civil Action Docket Sheet

**Attachment I:**    U.S. Patent Number 5,212,345 (*Gutierrez*)

**Attachment J:**    *Tischler* Reference

**Attachment K:**    *NPI 10BaseT Catalog Page*

**Attachment L:**    *Gongin H-16S* Specification Sheet

**Attachment M:**    *Gongin RH-16* Specification Sheet

**Attachment N:**    NPI/Xircom Invoice

**Attachment O:**    NPI 10BaseT June 1996 Catalog Page

**Attachment P:**    *NPI Isolation Transformers Catalog Page*

**Attachment Q:**    NPI/Interphase October 28, 1991 Letter

**Attachment R:**    U.S. Patent Number 3,721,747 (*Renskers*)

**Attachment S:**    *McCormick* Reference

**Attachment T:**    *Yuichi* Patent – JP7161535

**Attachment U:**    NP5417 Bill of Materials

**Attachment V:**    September 15, 1995 Letter to Chris Nixon of 3Com Limited

Request for *Ex Parte* Reexamination of Patent No. 6,662,431

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Request for *Ex Parte*

Reexamination was concurrently served by first-class mail on Halo Electronics, Inc., at the address

provided for under 37 C.F.R. § 1.33(c):

> Haynes, Mark (30846)
> Beffel, Ernest Jr (43489)
> Wolfeld, Warren (31454)
> Haynes Beffel & Wolfeld LLP
> P.O. Box 366
> Half Moon Bay, CA   94019

Adam M. Treiber
Registration No. 48,000

**EXHIBIT G**



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

_Ex Parte_ Reexamination Filing Data  - September 30, 2007

1.   Total requests filed since start of ex parte reexam on 07/01/81 . . . . . . . . . . . . . . . . . 8895[1]

    a.   By patent owner                      3472    39%
    b.   By other member of public            5258    59%
    c.   By order of Commissioner              165     2%

2.   Number of filings by discipline

    a.   Chemical Operation                   2671    30%
    b.   Electrical Operation                 2958    33%
    c.   Mechanical Operation                 3266    37%

3.   Annual Ex Parte Reexam Filings

| Fiscal Yr. | No.         | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|------------|-------------|------------|-----|------------|-----|------------|-----|
| 1981       | 78 (3 mos.) | 1989       | 243 | 1997       | 376 | 2005       | 524 |
| 1982       | 187         | 1990       | 297 | 1998       | 350 | 2006       | 511 |
| 1983       | 186         | 1991       | 307 | 1999       | 385 | 2007       | 643 |
| 1984       | 189         | 1992       | 392 | 2000       | 318 |            |     |
| 1985       | 230         | 1993       | 359 | 2001       | 296 |            |     |
| 1986       | 232         | 1994       | 379 | 2002       | 272 |            |     |
| 1987       | 240         | 1995       | 392 | 2003       | 392 |            |     |
| 1988       | 268         | 1996       | 418 | 2004       | 441 |            |     |

4.   Number known to be in litigation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2303    26%

5.   Determinations on requests  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8557

    a.   No. granted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7845 . . . . . . . . . 92%

        (1)   By examiner                        7732
        (2)   By Director (on petition)           113

    b.   No. denied . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 712 . . . . . . . . . . 8%

        (1)   By examiner                         677
        (2)   Order vacated                        35

---

[1]Of the requests received in FY 2007, 23 requests have not yet been accorded a filing date, and preprocessing of 36 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for _Ex Parte_ and _Inter Partes_ Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

1

6.  Total examiner denials (includes denials reversed by Director)  . . . . . . . . . . . . . . . . . . . 790

    a.  Patent owner requester                          439        56%
    b.  Third party requester                            351        44%

7.  Overall reexamination pendency  (Filing date to certificate issue date)

    a.  Average pendency                              23.7 (mos.)
    b.  Median pendency                               18.4 (mos.)

8.  Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a.  All claims confirmed | 23% | 29% | 12% | 26% |
| b.  All claims cancelled | 7% | 12% | 21% | 10% |
| c.  Claims changes | 70% | 59% | 67% | 64% |

9.  Total ex parte reexamination certificates issued (1981 - present)  . . . . . . . . . . . . . . . . . 5902

    a.  Certificates with all claims confirmed              1527   26%
    b.  Certificates with all claims canceled                613   10%
    c.  Certificates with claims changes                  3762   64%

10.  Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a.  Certificates - PATENT OWNER REQUESTER . . . . . . . . . . . . . . . . . . . . . . . . . . . 2545

        (1)  All claims confirmed                     581   23%
        (2)  All claims canceled                      187    7%
        (3)  Claim changes                          1777   70%

    b.  Certificates - 3rd PARTY REQUESTER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3211

        (1)  All claims confirmed                     928   29%
        (2)  All claims canceled                      397   12%
        (3)  Claim changes                          1886   59%

    c.  Certificates - COMM'R INITIATED REEXAM . . . . . . . . . . . . . . . . . . . . . . . . . . . 146

        (1)  All claims confirmed                      18   12%
        (2)  All claims canceled                      30   21%
        (3)  Claim changes                          98   67%

**EXHIBIT H**

Westlaw.

Not Reported in F.Supp.2d

Not Reported in F.Supp.2d, 2006 WL 708661 (N.D.Cal.)

**(Cite as: 2006 WL 708661 (N.D.Cal.))**

Page 1

▷

Only the Westlaw citation is currently available.

United States District Court,
N.D. California.
KLA-TENCOR CORPORATION, a Delaware corporation, Plaintiff,
v.
NANOMETRICS, INC., a California corporation,
Defendant.
**No. C 05-03116 JSW.**

March 16, 2006.

Michael N. Edelman, Michael H. Kalkstein, Ben S. Bedi, Daniel T. McCloskey, Dechert, LLP, Palo Alto, CA, for Plaintiff.

Peter H. Kang, Matthew Laurence McCarthy, Teague I. Donahey, Sidley Austin LLP, San Francisco, CA, for Defendant.

ORDER GRANTING DEFENDANT'S MOTION
TO STAY ALL PROCEEDINGS PENDING
REEXAMINATION
OF PATENTS-IN-SUIT
JEFFREY S. WHITE, J.

**\*1** Now before the Court is Defendant Nanometrics, Inc.'s ("Nanometrics") Motion to Stay Proceedings Pending Reexamination of Patents-in-Suit. Having considered the parties' pleadings, relevant legal authority, and the parties' arguments at the hearing on this matter, the Court HEREBY GRANTS Defendant's motion and STAYS ALL PROCEEDINGS with respect to all patents-in-suit.

FACTUAL AND PROCEDURAL BACK-
GROUND
Plaintiff KLA-Tencor Corporation ("KLA-Tencor"), the assignee of United States Patents Nos. 6,483,580 ("the '580 patent") and 6,590,656 ("the '656 patent"), brought this action claiming that Nanometrics had infringed these patents by manufacturing, offering for sale and/or selling six devices, including but not limited to the Atlas metrology system and/or other metrology systems. (Declaration of Michael N. Edelman in Support of KLA-Tencor's Opposition to Stay ("Edelman Decl."), Ex. A at 2-3; Declaration of Edward V. Anderson in Support of Motion to Stay Pending Reexamination ("Anderson Decl. 1"), Ex. A at 1.) KLA-Tencor then filed a first amended complaint adding a cause of action for infringement of United States Patent No. 6,611,330 ("the '330 patent"). (Edelman Decl., Ex. H.)

This litigation is in the early stages. Both parties have propounded, and one has responded to, their first set of requests for production of documents. (*See* Declaration of Edward V. Anderson in Support of Motion to Stay and *Ex Parte* Motion to Shorten Time ("Anderson Decl. 2"), Ex. 4; *see also* Edelman Decl., Exs. L-N.) The tutorial has been set for August 22, 2006, but no trial date has yet been set. Magistrate Judge Spero has established a schedule for an exchange of discovery plans and a date and time for a discovery conference. Neither claim construction briefing nor discovery has occurred on the '330 patent infringement cause of action that KLA-Tencor has recently added.

On December 21, 2005, the United States Patent & Trademark Office ("PTO") granted Nanometrics's requests for reexamination of the '580 patent and the '656 patent. (Anderson Decl. 2, Exs. 1, 2.) On February 21, 2006, Nanometrics filed a request for reexamination of the '330 patent with the PTO. (Nanometrics's Notice of New Authorities, Ex. A.)

On January 6, 2006, Nanometrics filed the instant motion. Nanometrics moves the Court for a stay of all proceedings, including the litigation as to the '330 patent infringement cause of action, pending the reexamination of the '580 and '656 patents. (Mot. at 2.) KLA-Tencor urges this Court to deny Nanometrics's motion on the following grounds: (1) a stay should not be entered where the reexamination does not implicate all patents-in-suit; (2) considerations of judicial efficiency militate in favor of

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Not Reported in F.Supp.2d
Not Reported in F.Supp.2d, 2006 WL 708661 (N.D.Cal.)
**(Cite as: 2006 WL 708661 (N.D.Cal.))**

permitting discovery on the infringement of all patents-in-suit; (3) a stay would substantially prejudice KLA-Tencor and unnecessarily delay the action given the slow pace of PTO reexamination proceedings; and (4) a stay would put KLA-Tencor at a clear tactical disadvantage.

ANALYSIS

A. Legal Standards Applicable to a Motion to Stay Proceedings Pending Reexamination.

**\*2** The patent reexamination statute provides in pertinent part that "[a]ny person at any time may file a request for reexamination by the [PTO] of any claim of a patent on the basis of any prior art cited under the provisions of section 301." 35 U.S.C. § 302. The PTO must "determine whether a substantial new question of patentability affecting any claim of the patent concerned is raised by the request...." 35 U.S.C. § 303(a). The reexamination statute further provides that "[a]ll reexamination proceedings ... including any appeal to the Board of Patent Appeals and Interferences, will be conducted with special dispatch." 35 U.S.C. § 305.

The determination of whether to grant a stay pending the outcome of the PTO's reexamination is soundly within the Court's discretion. *See Tap Pharm. Prods. Inc. v. Atrix Labs. Inc.,* 70 U.S.P.Q.2d 1319, 1320 (N.D.Ill.2004) (citing *Gould v. Control Laser Corp.,* 705 F.2d 1340, 1341 (Fed.Cir.1983)). When ruling on such a stay, courts consider several factors: (1) the stage of the litigation, including whether discovery is or will be almost completed and whether the matter has been marked for trial; (2) whether a stay will unduly prejudice or tactically disadvantage the nonmoving party; and (3) whether a stay will simplify the issues in question and streamline the trial, thereby reducing the burden of litigation on the parties and on the court. *Id.; Methode Elecs., Inc. v. Infineon Techs. Corp.,* No. 99-21142, 2000 U.S. Dist. LEXIS 20689, at \*5-6 (N.D.Cal. Aug. 7, 2000). There is a "liberal policy in favor of granting motions to stay proceedings pending the outcome of USPTO reexamination or reissuance proceedings." *ASCII Corp.*

*v. STD Entertainment,* 844 F.Supp. 1378, 1381 (N.D.Cal.1994).

B. The Early Stage of the Litigation Weighs in Favor of Granting a Stay.

The early stage of a litigation weighs in favor of granting a stay pending reexamination. *See Target Therapeutics, Inc. v. SciMed Life Sys., Inc.,* 33 U.S.P.Q.2d 2022, 2023 (N.D.Cal.1995) (holding that the absence of "significant discovery" or "substantial expense and time ... invested" in the litigation weighed in favor of staying the litigation); *see also ASCII Corp.,* 844 F.Supp. at 1381 (granting stay where parties had undertaken little or no discovery and the case had not yet been set for trial). Here, discovery has just begun. Nanometrics and KLA-Tencor have each propounded their first set of requests for the production of documents, and Nanometrics has responded to KLA-Tencor's first set of requests. (*See* Anderson Decl. 2, Ex. 4; Edelman Decl., Exs. L-N.) Magistrate Judge Spero just recently laid out a schedule for an exchange of discovery plans. Neither party has conducted any discovery with respect to the '330 patent-in-suit. The tutorial has been set for August 22, 2006, but no trial date has been set. Therefore, the fact that this case is still in the early stages and the parties have not yet conducted "significant discovery" or invested "substantial expense" into the litigation weighs in favor of granting a stay. *See Target Therapeutics,* 33 U.S.P.Q.2d at 2023.

C. A Stay Will Not Unduly Prejudice KLA-Tencor.

**\*3** In determining whether to grant a stay, courts also consider any resulting undue prejudice on the nonmoving party. *See Methode Elecs.,* 2000 U.S. Dist. LEXIS 20689, at \*7. Granting a stay does not cause the nonmoving party undue prejudice when that party has not invested substantial expense and time in the litigation. *Id.* KLA-Tencor correctly notes that "the average time for the completion of a reexamination is approximately 18.2 months," excluding appeals. *Rohm and Haas Co. v. Brotech Corp.,* 24 U.S.P.Q.2d 1369, 1372 (D.Del.1992).

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

However, parties having protection under the patent statutory framework may not **"complain of the rights afforded to others by that same statutory framework."** *Pegasus Dev. Corp. v. DirecTV, Inc.,* **2003 WL 21105073, at \*2 (D.Del. May 14, 2003).** Nanometrics "is legally entitled to invoke the reexamination process," and the PTO has already determined to reexamine two of the three patents-in-suit. *See id.* Moreover, if after reexamination the PTO again upholds KLA-Tencor's patents, this will only strengthen KLA-Tencor's rights because Nanometrics's burden of proof becomes more onerous. *See id.* Under such circumstances, the delay inherent to the reexamination process does not constitute, by itself, undue prejudice. *See id.*

As a result, courts also consider evidence of dilatory motives or tactics, such as when a party unduly delays in seeking reexamination of a patent. *Methode Elecs.,* 2000 U.S. Dist. LEXIS 20689, at \*7. KLA-Tencor has failed to show, beyond the delay implicit in the reexamination process, how it would be unduly prejudiced or tactically disadvantaged if this Court were to grant a stay. In particular, the Court finds no evidence of dilatory tactics on Nanometrics's part in seeking reexamination at this early stage of the litigation. This is not a case where reexamination is sought on the eve of trial or after protracted discovery. *Cf. Agar Corp., Inc. v. Multi-Fluid, Inc.,* 983 F.Supp. 1126, 1128 (S.D.Tex.1997) (finding that "courts are inclined to deny a stay when the case is set for trial and the discovery phase has almost been completed"). Rather, KLA-Tencor filed its complaint on August 1, 2005, the PTO granted Nanometrics's requests to reexamine the '580 and '656 patents on December 21, 2005, and Nanometrics filed its motion to stay proceedings on January 6, 2006. (Edelman Decl., Ex. A at 4; Anderson Decl. 2, Exs. 1, 2.) In addition, KLA-Tencor filed a stipulation and proposed order seeking to add the '330 patent on January 26, 2006, and Nanometrics filed a request for reexamination of the '330 patent on February 21, 2006. (Nanometrics, Inc.'s Notice of New Authorities, Ex. A.) This does not evince dilatory motives. Further-

more, KLA-Tencor will be fully compensated for delays if it prevails at reexamination and trial. *See Brown v. Shimano Am. Corp.,* 18 U.S.P.Q.2d 1496, 1496 (C.D.Cal.1991). Thus, because a stay will not unduly prejudice KLA-Tencor, this factor also weighs in favor of granting a stay.

D. A Stay Will Simplify the Issues, Streamline the Trial, and Reduce the Burden of Litigation on Both the Parties and the Court.

\*4 The PTO is currently reexamining two of the three patents-in-suit and reviewing Nanometrics's request for reexamination of the third patent-in-suit. (Anderson Decl. 2, Exs. 1, 2; Nanometrics's Notice of New Authorities, Ex. A.) Statistical information regarding reexamination indicates that the PTO confirms all claims in approximately 24% of the cases, cancels all claims in approximately 12% of the cases, and changes some claims in approximately 64% of the cases. *Rohm and Haas,* 24 U.S.P.Q.2d at 1372. These statistics "suggest that in a typical case there is a substantial probability a reexamination will have a major impact on the issues to be resolved in the litigation." *Id.* This is because "waiting for the outcome of the reexamination could eliminate the need for trial if the claims are cancelled or, if the claims survive, facilitate the trial by providing the court with the opinion of the PTO and clarifying the scope of the claims." *Target Therapeutics,* 33 U.S.P.Q.2d at 2023; *see also Pegasus,* 2003 WL 21105073, at \* 1-2 (noting the benefits of granting a stay pending reexamination include potentially narrowing the issues, reducing the complexity and length of trial, alleviating discovery problems relating to prior art, and encouraging settlement or even dismissal if the patent is declared invalid).

When there are overlapping issues between the reexamined patents and other patents in suit, courts have found staying the entire case to be warranted. In *Methode,* for example, the court stayed the litigation of both the reexamined and non-reexamined patents because the issues regarding the non-reexamined patent "may be narrowed or amended

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Not Reported in F.Supp.2d
Not Reported in F.Supp.2d, 2006 WL 708661 (N.D.Cal.)
(Cite as: 2006 WL 708661 (N.D.Cal.))

Page 4

as a result of the PTO's decision." *Id.* Moreover, the *Methode* court stayed the litigation of both the reexamined and non-reexamined patents because "it appears that there are overlapping issues" in the infringement action of the two patents. *Id.* If the court stayed the litigation with respect to the reexamined patents-in-suit only, duplicative discovery could have resulted because there were likely to be common documents and witnesses in the infringement litigation of the two patents. *Id.*

Similarly, here, even though the PTO has not determined yet whether it will reexamine the '330 patent, a stay of the entire suit is warranted because the reexamination of the '580 and '656 patents may significantly affect the litigation of the '330 patent. First, at the hearing on the instant motion, KLA-Tencor conceded that it accuses the same Nanometrics products of infringement of all three patents-in-suit. Second, Nanometrics argued at the hearing on this matter, and KLA-Tencor did not dispute, that the only real difference in discovery would involve the deposition of the different inventor of the '330 patent. Otherwise, as Nanometrics argued, the engineering and sales personnel deposed would be the same for all three patents-in-suit. Third, KLA-Tencor conceded at the hearing that there are overlapping issues between all three patents-in-suit. For example, the "first optics focusing a polarized sample beam of broadband radiation onto the surface of the sample" language of claim 28 of the '330 patent overlaps with the "optics providing a sampling beam of polarized broadband radiation and directing the beam towards the structure at an oblique angle" language of claim 111 of the '580 patent. Therefore, a stay will simplify the issues and streamline the trial, thereby reducing the burden on, and preserving the resources of both the parties and the Court.

*5 Finally, in determining whether to grant a stay of an entire case, courts consider whether there would remain, after the PTO reexamination, issues "completely unrelated to patent infringement" for which a stay would not reduce the burden of litiga-

tion on both the parties and the court. *Imax Corp. v. In-Three, Inc.,* 385 F.Supp.2d 1030, 1033 (C.D.Cal.2005). If such matters "would continue to be an issue ... a stay would not preserve many resources." *Id.* at 6.

Here, the only claims in the case are for patent infringement. Therefore, the Court finds that there are no issues in the case unrelated to patent infringement for which the PTO's expertise resulting from the reexamination process would not be helpful. Accordingly, the Court finds that a stay of the entire case pending reexamination of the '580 and '656 is warranted.

Therefore, having considered the factors relevant in determining whether to grant a stay pending reexamination, the Court hereby GRANTS Nanometrics's motion to stay all proceedings pending reexamination of the '580 and '656 patents.

CONCLUSION
For the foregoing reasons, the Court GRANTS Nanometrics's motion to stay pending reexamination of the '580 and '656 patents. The proceedings are stayed from the date of this Order until further notice. The Court HEREBY ORDERS the parties to submit a joint status report regarding the status of the reexamination proceedings every 120 days, or sooner if the PTO issues a final decision with respect to any of the patents-in-suit, until the stay in this case is lifted.

If the PTO grants Nanometric's application to reexamine the '330 patent and the reexamination proceedings for the '330 patent extend beyond those for the '580 and '656 patents, the Court will entertain a motion extend the stay at that time.

IT IS SO ORDERED.

Not Reported in F.Supp.2d, 2006 WL 708661 (N.D.Cal.)

END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.