1  Cranston J. Williams, Bar No. 162714
   BAKER & HOSTETLER LLP
2  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, CA  90025-7120
3  Telephone:    310.820.8800
   Facsimile:    310.820.8859
4  Email:        cwilliams@bakerlaw.com

5  Kenneth J. Sheehan
   A. Neal Seth
6  BAKER & HOSTETLER LLP
   1050 Connecticut Ave NW, Ste 1100
7  Washington DC, 20036
   Telephone:    202.861-1500
8  Facsimile:    202.861.1783
   Email:        ksheehan@bakerlaw.com
9  Email:        nseth@bakerlaw.com

10  Attorneys for Defendant and Counterclaimant
    WURTH ELECTRONICS MIDCOM, INC.

11

12                    UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                        SAN JOSE DIVISION

15

16  HALO ELECTRONICS, INC.,              Case No.  CV 07-06222 RMW

17                 Plaintiff,            **[PROPOSED] ORDER GRANTING STAY
                                         OF ACTION**
18  v.
                                         Date:       June 20, 2008
19  BEL FUSE INC., ELEC & ELTEK (USA)    Time:       9:00 a.m.
    CORPORATION, WURTH                   Courtroom:  6 (Hon. Ronald M. Whyte)
20  ELECTRONICS MIDCOM, INC., and
    XFMRS, INC.,
21
                   Defendants.
22

23

24       The motion of Defendant and Counterclaimant Wurth Electronics Midcom, Inc.

25  ("Midcom") for an order staying this action came on for hearing on June 20, 2008, at 9:00 a.m. in

26  Courtroom 6 of the above-entitled Court, the Honorable Ronald M. Whyte presiding.

27       After consideration of the Motion and the memorandum of points and authorities in

28  support of the Motion, the opposition thereto, the reply in support thereof, oral argument by

                                         [PROPOSED] ORDER GRANTING STAY OF ACTION;
                                                                   CV 07-06222 RMW

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1  counsel, and the pleadings on file, this Court **FINDS** that good cause exists for granting the

2  Motion;

3         **WHEREFORE IT IS HEREBY ORDERED** that these proceedings are stayed until the

4  United States Patent and Trademark Office has completed its reexamination proceedings of the

5  patents in issue;

6         **IT IS FURTHER ORDERED** that counsel for Midcom shall notify the Court when the

7  reexamination proceedings have been completed.

8

9

10  Dated: _____          _____

11                                          United States District Court Judge
                                            Ronald M. Whyte

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Baker & Hostetler LLP
Attorneys At Law
Los Angeles

- 2 -          [PROPOSED] ORDER GRANTING STAY OF ACTION;
                CV 07-06222 RMW