SHANE BRUN (CA SBN 179079)
E-mail: sbrun@mofo.com
J. RYAN GILFOIL (CA SBN 246493)
E-mail: jgilfoil@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
ELEC & ELTEK (USA) CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>BEL FUSE INC., ELEC & ELTEK (USA) CORP., WURTH ELECTRONICS MIDCOM, INC., and XFMRS, INC.,<br><br>        Defendants. | Case No.   5:07-CV-06222-RMW<br><br>**DEFENDANTS ELEC & ELTEK (USA) CORP., BEL FUSE, INC., AND XFMRS, INC.'S NOTICE OF JOINDER IN MOTION TO STAY OF WURTH ELECTRONICS MIDCOM, INC.** |

PLEASE TAKE NOTICE that defendants Elec & Eltek (USA) Corp., Bel Fuse, Inc., and XFMRS, Inc. hereby join in defendant Wurth Electronics Midcom, Inc.'s motion to stay this action.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 15, 2008 | SHANE BRUN<br>J. RYAN GILFOIL<br>MORRISON & FOERSTER LLP |

By:  /s/ Shane Brun
Shane Brun

Attorneys for Defendant &
Counterclaimant
ELEC & ELTEK (USA) CORP.

Dated: May 15, 2008            JOSHUA L. RASKIN
KENNETH G. ROBERTS
WOLF, BLOCK, SCHORR AND SOLIS-
COHEN LLP

By:  /s/ Joshua L. Raskin
Joshua L. Raskin

Attorneys for Defendant
BEL FUSE, INC.

Dated: May 15, 2008            HAROLD C. MOORE
DAVID R. MOORMAN
MAGINOT, MOORE & BECK, LLP

By:  /s/ Harold C. Moore
Harold C. Moore

Attorneys for Defendant
XFMRS, INC.

**GENERAL ORDER 45 ATTESTATION**

I, Shane Brun, am the ECF User whose ID and password are being used to file this Notice of Joinder. In compliance with General Order 45, X.B., I hereby attest that Joshua L. Raskin and Harold C. Moore have concurred in this filing.

Dated: May 15, 2008

                                              /s/ Shane Brun  
                                                Shane Brun