| | |
|---|---|
| 1 | Cranston J. Williams, Bar No. 162714 |
| | BAKER & HOSTETLER LLP |
| 2 | 12100 Wilshire Boulevard, 15th Floor |
| | Los Angeles, CA 90025-7120 |
| 3 | Telephone: 310.820.8800 |
| | Facsimile: 310.820.8859 |
| 4 | Email: cwilliams@bakerlaw.com |
| | |
| 5 | Kenneth J. Sheehan |
| | A. Neal Seth |
| 6 | BAKER & HOSTETLER LLP |
| | 1050 Connecticut Ave NW, Ste 1100 |
| 7 | Washington DC, 20036 |
| | Telephone: 202.861-1500 |
| 8 | Facsimile: 202.861.1783 |
| | Email: ksheehan@bakerlaw.com |
| 9 | Email: nseth@bakerlaw.com |
| | |
| 10 | Attorneys for Defendant and Counterclaimant |
| | WURTH ELECTRONICS MIDCOM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC., | Case No. CV 07-06222 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE OF CLERK'S NOTICE** |
| v. | |
| BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., and XFMRS, INC., | Old Date: June 20, 2008 |
| | New Date: July 25, 2008 |
| | Time: 9:00 a.m. |
| Defendants. | Courtroom: 6 (Hon. Ronald M. Whyte) |

1
2
3                    IN THE UNITED STATES DISTRICT COURT
4                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6   HALO ELECTRONICS, INC.,                *E-FILED - 5/15/08*
7           Plaintiff,                     CASE NO.: C-07-06222-RMW
8       v.                                 **CLERK'S NOTICE**
9   BEL FUSE INC., et al.,                 NEW DATE: JULY 25, 2008
10          Defendant.                     TIME: 9:00 AM
11
12
13      PLEASE TAKE NOTICE that, on the court's own motion, **DEFENDANT WURTH ELECTRONICS' MOTION TO STAY,** noticed for June 20, 2008 has been continued to the date and time set forth above. The parties are to appear before the Honorable Ronald M. Whyte in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless notified that the matter will be submitted without argument.
17      If any hearing date is moved by the court's own motion, papers must still be filed in accordance with the originally noticed date and the Local Rules of this court absent a court order setting a new briefing schedule.
20      The moving party shall give written notice to counsel for all parties of the new date of the hearing after receipt of this notice. Following service, the moving party shall file a certificate of service with the Clerk of the Court.
24
    DATED: May 15, 2008
25
                          BY: /s/ Jackie Garcia
26                            JACKIE GARCIA
                              Courtroom Deputy for
27                            Honorable Ronald M. Whyte
28

# CERTIFICATE OF SERVICE

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025-7120. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On May 19, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**CLERK'S NOTICE**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Juanita R. Brooks, Esq.<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130-2081 | Limin Zheng, Esq.<br>Fish & Richardson P.C.<br>500 Arguello Street<br>Suite 500<br>Redwood City, CA 94063 |
| Michael J. Kane, Esq.<br>Fish & Richardson P.C.<br>3300 Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402 | Sarah Bray, Esq.<br>3300 RBC Plaza<br>60 S. 6th Street<br>Minneapolis, MN 55402 |
| William R. Woodford, Esq.<br>Fish & Richardson P.C.<br>60 South Sixth Street<br>Suite 3300<br>Minneapolis, MN 55402 | Joshua L. Raskin, Esq.<br>Wolf Block Schorr & Solis-Cohen LLP<br>250 Park Avenue, Suite 1000<br>New York, NY 10177 |
| Kenneth G. Roberts, Esq.<br>Wolf Block Schorr & Solis-Cohen LLP<br>250 Park Avenue, 10th Floor<br>New York, NY 10177-0030 | Martin C. Fliesler, Esq.<br>Fliesler Meyer LLP<br>650 California Street, 14th Floor<br>San Francisco, CA 94108 |
| Rex Hwang, Esq.<br>Fliesler Meyer LLP<br>650 California Street, 14th Floor<br>San Francisco, CA 94108 | David S. Brun, Esq.<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105 |

090724, 000002, 501892385.1

| | |
|---|---|
| A. Neal Seth, Esq.<br>Baker Hostetler LLP<br>1050 Connecticut Ave. NW<br>Washington, DC 20036 | Kenneth Sheehan, Esq.<br>Baker & Hostetler LLP<br>Washington Square<br>Suite 1100<br>1050 Connecticut Avenue<br>Washington, DC 20036-5304 |
| Harold C. Moore, Esq.<br>Maginot Moore & Beck LLP<br>Chase Tower<br>111 Monument Circle<br>Suite 3250<br>Indianapolis, IN 46204-5109 | Christopher Todd Norris, Esq.<br>Bullivant Houser Bailey PC<br>601 California Street<br>Suite 1800<br>San Francisco, CA 94108 |
| David Moorman, Esq.<br>111 Monument Circle<br>Suite 3250<br>Indianapolis, IN 46204 | |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 19, 2008, at Los Angeles, California.

*/s/ James A. Belton*
James A. Belton

090724, 000002, 501892385.1

- 2 -