UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: May 9, 2008

Case No. C-07-06222-RMW        JUDGE: Ronald M. Whyte

HALO ELECTRONICS, INC.        -V- BEL FUSE, INC., et al.
Title

M. Kane                                              J. Raskin, H. Moore, N. Seth, S. Brun
Attorneys Present (Plaintiff)                 Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia        COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The Court set the following schedule: Defendants filed a motion to stay. Initial disclosures are stayed. Interrogatories as to I.D. of products and sales figures for those products. No other discovery shall go forward. The Court set a Further Case Management Conference for 7/25/08 @ 10:30 AM to schedule the remainder of the case. Plaintiff to prepare order following the conference.