Limin Zheng (zheng@fr.com) (CA #226875)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Juanita Brooks (brooks@fr.com) (CA#75934)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Michael J. Kane ( kane@fr.com) (*pro hac vice*)
William R. Woodford (woodford@fr.com) (*pro hac vice*)
Sarah J. Bray (bray@fr.com) (*pro hac vice*)
FISH & RICHARDSON P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorneys for Plaintiff
HALO ELECTRONICS, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC., | Civil Case No. 07-6222 RMW |
| Plaintiff, | **PLAINTIFF HALO ELECTRONICS' STATEMENT OF NONOPPOSITION TO DEFENDANTS' MOTION TO STAY** |
| v. | |
| BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., and XFMRS, INC., | DATE: July 25, 2008<br>TIME: 10:30AM<br>PLACE: Courtroom 6, 4th Floor<br>JUDGE: Ronald M. Whyte |
| Defendants. | |

1   Halo files this statement pursuant to U.S. District Court, Local Civil Rules, Northern
2   District, Rule 7-3(b).  Halo does not oppose Defendants' combined Motion to Stay.

4   Dated:  May 30, 2008                                  FISH & RICHARDSON P.C.

5                                                                         By:  /s/ Michael J. Kane
                                                                                   Michael J. Kane

7                                                                         Attorneys for Plaintiff
                                                                          HALO ELECTRONICS, INC.

# CERTIFICATE OF SERVICE

I am employed in the County of Hennepin. My business address is Fish & Richardson P.C., 60 South Sixth Street, Suite 3300, Minneapolis, Minnesota 55402. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

I certify that on May 30, 2008, a true and correct copy of **PLAINTIFF HALO ELECTRONICS' STATEMENT OF NONOPPOSITION TO DEFENDANTS' MOTION TO STAY** was served as specified below:

D. Shane Brun
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482
**sbrun@mofo.com**
Attorneys for Defendant Elec Eltek (USA) Corporation
**(Via ECF and E-mail)**

A. Neal Seth
Kenneth Sheehan
Cranston John Williams
Baker & Hostetler LLP
1050 Connecticut Ave., N.W., Ste 1100
Washington, DC  20036-5304
**nseth@bakerlaw.com**
**ksheehan@baker.com**
**cwilliams@bakerlaw.com**
Attorneys for Defendant Wurth Electronics Midcom, Inc.
**(Via ECF and E-mail)**

Joshua L. Raskin
Kenneth G. Roberts
Wolf Block Schorr & Solis-Cohen LLP
250 Park Avenue, 10th Floor
New York, NY  10177
**jraskin@steinbergraskin.com**
Attorneys for Defendant Bel Fuse, Inc.
**(Via ECF and E-mail)**

Martin C. Fliesler
Rex Hwang
Fliesler Meyer LLP
650 California Street, 14th Floor
San Francisco, CA 94108
**mcf@fdml.com**
**rhwang@fdml.com**
Attorneys for Defendant Bel Fuse, Inc.
**(Via ECF and E-mail)**

| | |
|---|---|
| 1 | Harold C. Moore |
| | Maginot Moore & Beck LLP |
| 2 | Chase Tower |
| | 111 Monument Circle, Ste. 3250 |
| 3 | Indianapolis, IN 46204-5109 |
| | **hcmoore@maginot.com** |
| 4 | Attorneys for Defendant XMFRS, Inc. |
| | **(Via ECF and E-mail)** |
| 5 | |
| | Christopher Todd Norris |
| 6 | Bullivant Houser Bailey PC |
| | 601 California Street |
| 7 | Suite 1800 |
| | San Francisco, CA 94108 |
| 8 | **todd.norris@bullivant.com** |
| | Attorneys for Defendant XMFRS, Inc. |
| 9 | **(Via ECF and E-mail)** |
| 10 | David Moorman |
| | 111 Monument Circle |
| 11 | Suite 3250 |
| | Indianapolis, IN 46204 |
| 12 | Attorneys for Defendant XMFRS, Inc. |
| | **drmoorman@maginot.com** |
| 13 | **(Via ECF and E-mail)** |

    I declare under penalty of perjury that the above is true and correct. Executed on May 30, 2008 at Minneapolis, MN.

                    /s/ Michael J. Kane
                    Michael J. Kane

60504198.doc