Limin Zheng (zheng@fr.com) (CA #226875)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Juanita Brooks (brooks@fr.com) (CA #75934)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Michael J. Kane (kane@fr.com) (*pro hac vice*)
William R. Woodford (woodford@fr.com) (*pro hac vice*)
Sarah J. Bray (bray@fr.com) (*pro hac vice*)
FISH & RICHARDSON P.C.
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorneys for Plaintiff
Halo Electronics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONIC MIDCOM, INC., and XFMRS, INC.,<br><br>　　　　　Defendants, | Civil Case No. 07-6222 RMW<br><br>**ANSWER TO COUNTERCLAIMS OF DEFENDANT BEL FUSE INC.**<br><br>**DEMAND FOR JURY TRIAL** |

1    Plaintiff Halo, Inc. hereby answers the Counterclaims of Defendant Bel Fuse Inc. Except
2 as expressly admitted below, Plaintiff denies each and every allegation in Defendant's
3 Counterclaims. Specifically, Plaintiff answers as follows:

### PARTIES

4

5    1.   Plaintiff admits the allegations of paragraph 44.

6    2.   In response to paragraph 45, Plaintiff admits that it is corporation existing under the
7 laws of Nevada. Plaintiff admits that it maintains a place of business at 1861 Landings Drive,
8 Mountain View, California. Plaintiff denies any remaining allegations of paragraph 45.

### JURISDICTION & VENUE

10   3.   In response to paragraph 46, Plaintiff admits that Defendant's counterclaims are for
11 a declaratory judgment that the claims of the patents-in-suit are invalid and not infringed by
12 Defendant's making, using, selling, importing and/or offering for sale of its products. Plaintiff
13 denies that Defendant is entitled to any relief and any other allegations of paragraph 46.

14   4.   Plaintiff admits the allegations of paragraph 47.

15   5.   Plaintiff admits the allegations of paragraph 48.

16   6.   In response to paragraph 49, Plaintiff admits that an actual controversy exists
17 between Bel Fuse and Halo by virtue of Halo's Complaint and Bel Fuse's Answer.

### FIRST COUNTERCLAIM

19   7.   Plaintiff denies the allegations of paragraph 50.

20   8.   Plaintiff denies the allegations of paragraph 51.

### SECOND COUNTERCLAIM

22   9.   Plaintiff denies the allegations of paragraph 52.

23   10.  Plaintiff denies the allegations of paragraph 53.

### THIRD COUNTERCLAIM

25   11.  Plaintiff denies the allegations of paragraph 54.

26   12.  Plaintiff denies the allegations of paragraph 55.

### FOURTH COUNTERCLAIM

28   13.  Plaintiff denies the allegations of paragraph 56.

1  14.  Plaintiff denies the allegations of paragraph 57.

## FIFTH COUNTERCLAIM

3  15.  Plaintiff denies the allegations of paragraph 58.

4  16.  Plaintiff denies the allegations of paragraph 59.

## SIXTH COUNTERCLAIM

6  17.  Plaintiff denies the allegations of paragraph 60.

7  18.  Plaintiff denies the allegations of paragraph 61.

## PRAYER FOR RELIEF

WHEREFORE, Halo respectfully requests that this Court:

A.  Dismiss Defendant's Counterclaims in their entirety with prejudice;

B.  Enter judgment that Defendant is not entitled to any of the relief requested in its Answer and Counterclaims;

C.  Enter judgment that Defendant has infringed the '985, '720, '721, '489, '785, and '431 patents;

D.  Enter an order permanently enjoining Defendant and its officers, agents, employees, attorneys, and all persons in active concert or participation with any of them, from infringing the '985, '720, '721, '489, '785, and '431 patents;

E.  Award Halo damages in an amount sufficient to compensate it for Defendant's infringement of the '985, '720, '721, '489, '785, and '431 patents;

F.  Treble the damages awarded to Halo under 35 U.S.C. § 284 by reason of Defendant's willful infringement of the '985, '720, '721, '489, '785, and '431 patents;

G.  Declare this case to be "exceptional" under 35 U.S.C. § 285 and award Halo its attorney fees, expenses, and costs incurred in this action; and

H.  Award Halo such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Halo demands a jury trial on all issues so triable.

| | |
|---|---|
| Dated: June 9, 2008 | FISH & RICHARDSON P.C. |
| | By: /s/ *Sarah J. Bray* |
| |      Sarah J. Bray |
| | Attorneys for Plaintiff |
| | HALO ELECTRONICS, INC. |

**CERTIFICATE OF SERVICE**

I am employed in the County of Hennepin. My business address is Fish & Richardson P.C., 60 South Sixth Street, Suite 3300, Minneapolis, Minnesota 55402. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

I certify that on June 9, 2008, a true and correct copy of Plaintiff's **ANSWER TO COUNTERCLAIMS OF DEFENDANT BEL FUSE INC.** was served as specified below:

D. Shane Brun
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482
**sbrun@mofo.com**
Attorneys for Defendant Elec Eltek (USA) Corporation
**(Via ECF)**

A. Neal Seth
Kenneth Sheehan
Cranston John Williams
Baker & Hostetler LLP
1050 Connecticut Ave., N.W., Ste 1100
Washington, DC 20036-5304
**nseth@bakerlaw.com**
**ksheehan@baker.com**
**cwilliams@bakerlaw.com**
Attorneys for Defendant Wurth Electronics Midcom, Inc.
**(Via ECF)**

Joshua L. Raskin
Kenneth G. Roberts
Wolf Block Schorr & Solis-Cohen LLP
250 Park Avenue, 10th Floor
New York, NY 10177
**jraskin@steinbergraskin.com**
Attorneys for Defendant Bel Fuse, Inc.
**(Via ECF)**

Martin C. Fliesler
Rex Hwang
Fliesler Meyer LLP
650 California Street, 14th Floor
San Francisco, CA 94108
**mcf@fdml.com**
**rhwang@fdml.com**
Attorneys for Defendant Bel Fuse, Inc.
**(Via ECF)**

| | |
|---|---|
| 1 | Harold C. Moore |
| | Maginot Moore & Beck LLP |
| 2 | Chase Tower |
| | 111 Monument Circle, Ste. 3250 |
| 3 | Indianapolis, IN 46204-5109 |
| | **hcmoore@maginot.com** |
| 4 | Attorneys for Defendant XMFRS, Inc. |
| | **(Via ECF)** |
| 5 | |
| | Christopher Todd Norris |
| 6 | Bullivant Houser Bailey PC |
| | 601 California Street |
| 7 | Suite 1800 |
| | San Francisco, CA 94108 |
| 8 | **todd.norris@bullivant.com** |
| | Attorneys for Defendant XMFRS, Inc. |
| 9 | **(Via ECF)** |
| 10 | **David Moorman** |
| | 111 Monument Circle |
| 11 | Suite 3250 |
| | Indianapolis, IN 46204 |
| 12 | Attorneys for Defendant XMFRS, Inc. |
| | **drmoorman@maginot.com** |
| 13 | **(Via ECF)** |

14   I declare under penalty of perjury that the above is true and correct.  Executed on June 9, 2008 at Minneapolis, MN.

                                    /s/ Sarah J. Bray
                                    Sarah J. Bray