**E-FILED on      7/7/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEL FUSE INC.; ELEC & ELTEK (USA) CORPORATION; WURTH ELEKTRONICS MIDCOM, INC.; and XFMRS, INC., <br><br> Defendants. | No. C-07-06222 RMW <br><br> ORDER GRANTING WURTH'S UNOPPOSED MOTION TO STAY <br><br> **[Re Docket No. 90]** |

On May 6, 2008, Wurth Elektronics Midcom, Inc. ("Wurth") moved to stay this patent case pending an *ex parte* request for reexamination at the Patent Office. Wurth's co-defendants, Bel Fuse, Inc., Elec & Eltec (USA) Corp., and XFMRS, Inc., have all joined in the motion. *See* Docket No. 96, C-07-06222-RMW (N.D. Cal. May 15, 2008). The patent holder, Halo Electronics, Inc., has filed a statement of non-opposition to the motion to stay. *See* Docket No. 101, C-07-06222-RMW (N.D. Cal. May 30, 2008).

The court agrees that a stay is appropriate. While the Patent Act does not explicitly provide the district court the power to stay proceedings pending a reexamination, that is because the power to do so is inherent in the power of the district court. *Ethicon, Inc. v. Quigg*, 849 F.2d 1422, 1426-27 (Fed. Cir. 1988). Here, a stay will promote judicial economy and prevent inconsistent outcomes.

ORDER GRANTING WURTH'S UNOPPOSED MOTION TO STAY — No. C-07-06222 RMW
TSF

1   Accordingly, the court orders the proceedings stayed until the United States Patent and
2   Trademark Office has completed its reexamination proceedings of the patents in suit.  In the event
3   that the reexamination proceedings are completed, the parties shall notify the court within 30 days
4   by filing a joint case management statement addressing the status of this litigation, whether Halo has
5   filed a notice of appeal, and whether the stay should be lifted.  Otherwise, the court sets a case
6   management conference for March 13, 2009 at 10:30 a.m. to address the status of the reexamination
7   and this case.

DATED:      7/1/2008

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Halo:**

| | |
|---|---|
| Sarah Bray | bray@fr.com |
| Juanita Brooks | brooks@fr.com |
| Limin Zheng | zheng@fr.com |
| Michael Kane | kane@fr.com |
| William Woodford | woodford@fr.com |

**Counsel for Wurth:**

| | |
|---|---|
| A. Neal Seth | nseth@bakerlaw.com |
| Cranston John Williams | cwilliams@bakerlaw.com |

**Counsel for Elec & Eltec:**

David S. Brun            sbrun@mofo.com

**Counsel for Bel Fuse:**

| | |
|---|---|
| Joshua Raskin | JRaskin@WOLFBLOCK.com |
| Martin Fliesler | mcf@fdml.com |
| Rex Hwang | rhwang@fdml.com |

**Counsel for XFMRS:**

| | |
|---|---|
| David Moorman | drmoorman@maginot.com |
| Christopher Todd Norris | todd.norris@bullivant.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 7/7/2008

TSF
**Chambers of Judge Whyte**

ORDER GRANTING WURTH'S UNOPPOSED MOTION TO STAY — No. C-07-06222 RMW
TSF                                                              3