KENT A. LAMBERT (*Admitted Pro Hac Vice*)
E-mail: klambert@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 2600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

MICHAEL J. POWELL (*Admitted Pro Hac Vice*)
E-mail: mpowell@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, PC
Monarch Plaza
Suite 1600
3414 Peachtree Road
Atlanta, Georgia 30326-1164
Telephone: (404) 577-6000
Facsimile: (404) 221-6501

Attorneys for Defendant
ELEC & ELTEK (USA) CORP.

*E-FILED - 2/2/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BEL FUSE INC., ELEC & ELTEK (USA) CORP., WURTH ELECTRONICS MIDCOM, INC., and XFMRS, INC.,<br><br>　　　　Defendants. | Case No.　5:07-CV-06222-RMW<br><br>**ELEC & ELTEK (USA) CORP.'S NOTICE OF SUBSTITUTION OF ATTORNEY AND [] ORDER** |

NOTICE IS HEREBY GIVEN that Defendant Elec & Eltek (USA) Corp. ("E&E") substitutes the following counsel as local counsel of record in place and instead of Shane Brun and J. Ryan Gilfoil of Morrison & Foerster LLP, 425 Market St., 32d Floor, San Francisco, California 94105:

| | |
|---|---|
| 1 | Terry J. Mollica (SBN 139816) |
| 2 | Chiarelli & Mollica LLP |
| | 2121 North California Blvd., Suite 290 |
| 3 | Walnut Creek, California 94596 |
| | tjm@cmlawoffices.com |
| 4 | Telephone (925) 974-3325 |
| | Fax (925) 974-3506 |

Kent A Lambert and Michael J. Powell of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC continue as lead counsel for E&E. This constitutes the Notice of Appearance of Terry J. Mollica to appear as local counsel of record for E&E in this action.

I AGREE AND ACCEPT THIS SUBSTITUTION:

Dated: January 19, 2010                    ELEC & ELTEK (USA) CORP.


By:   /s/ Darren Simmons
      Vice President Sales and Marketing

Dated: January 19, 2010                    TERRY J. MOLLICA
                                           CHIARELLI & MOLLICA LLP


By:   /s/ Terry J. Mollica
      Terry J. Mollica

Dated: January 19, 2010                    SHANE BRUN
                                           J. RYAN GILFOIL
                                           MORRISON & FOERSTER LLP


By:   /s/ Shane Brun
      Shane Brun

Attorneys for Defendant Elec & Eltek (USA) Corp.

E&E'S NOTICE OF SUBSTITUTION OF ATTORNEY & [] ORDER
3:07-CV-06222-RMW
sf-2787732

2

| | |
|---|---|
| 1    Dated: January 19, 2010 | KENT A. LAMBERT |
| 2 | MICHAEL J. POWELL |
| | BAKER, DONELSON, BEARMAN, |
| 3 | CALDWELL & BERKOWITZ, PC |

Dated: January 19, 2010

KENT A. LAMBERT
MICHAEL J. POWELL
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: /s/ Kent A. Lambert
     Kent A. Lambert

Attorneys for Defendant Elec & Eltek (USA) Corp.

E&E'S NOTICE OF SUBSTITUTION OF ATTORNEY & [ ORDER
3:07-CV-06222-RMW
sf-2787732

3

**GENERAL ORDER 45 ATTESTATION**

I, Kent A. Lambert, am the ECF User whose ID and password are being used to file Elec & Eltek (USA) Corp.'s Notice of Substitution of Attorney and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Darren Simmons of Elec & Eltek (USA) Corp., Terry J. Mollica of Chiarelli & Mollica LLP, and Shane Brun of Morrison & Foerster LLP have concurred in this filing.

Dated: January 19, 2010

KENT A. LAMBERT
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC


By:   /s/ Kent A. Lambert
      Kent A. Lambert

**[] ORDER:**

Good cause appearing,

IT IS HEREBY ORDERED that Terry J. Mollica of Chiarelli & Mollica LLP be substituted for Shane Brun and J. Ryan Gilfoil of Morrison & Foerster LLP as local counsel of record for Defendant Elec & Eltek (USA) Corp.

Dated: 2/2/10

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Judge