**E-FILED on** 3/19/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., XFMRS, INC., <br><br> Defendants. | No. C-07-06222 RMW <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT <br><br> **[Re Docket No. 147]** |

Plaintiff Halo Electronics, Inc.'s motion for leave to amend its complaint is granted. The First Amended Complaint is deemed filed as of March 19, 2010. The court anticipates that the parties will meet and confer in good faith concerning service and appearance of the new parties, whether claim construction issues will be raised by the new parties, and narrowing the number of claims and terms at issue.

DATED: 3/19/10

_/s/ Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT—No. C-07-06222 RMW
CCL

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Juanita R. Brooks | brooks@fr.com |
| Limin Zheng | zheng@fr.com |
| John Cameron Adkisson | jca@fr.com |
| Michael J Kane | kane@fr.com |
| Michael J. Pape | pape@fr.com |
| Sarah Bray | bray@fr.com |
| William R. Woodford | woodford@fr.com |

**Counsel for Defendants:**

| | |
|---|---|
| Joshua L. Raskin | jraskin@wolfblock.com |
| Andrew P. Nemiroff | anemiroff@cozen.com |
| Martin C. Fliesler | mcf@fdml.com |
| Martin G. Raskin | mraskin@cozen.com |
| Rex Hwang | rhwang@fdml.com |
| Kent Andrew Lambert | klambert@bakerdonelson.com |
| Michael Joseph Powell | mpowell@bakerdonelson.com |
| Samuel F Miller | smiller@bakerdonelson.com |
| Sarah Katherine Casey | skcasey@bakerdonelson.com |
| Terry John Mollica | tjm@cmlawoffices.com |
| A. Neal Seth | nseth@bakerlaw.com |
| Emily Rita Frank | efrank@bakerlaw.com |
| Harold C. Moore | hcmoore@maginot.com |
| Christopher Todd Norris | todd.norris@bullivant.com |
| David Moorman | drmoorman@maginot.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 3/19/10            CCL
**Chambers of Judge Whyte**