1  Juanita Brooks (CA#75934 / brooks@fr.com)
   FISH & RICHARDSON P.C.
2  12390 El Camino Real
   San Diego, CA 92130
3  Telephone: (858) 678-5070
   Facsimile: (858) 678-5099
4
   Limin Zheng (CA #226875 / zheng@fr.com)
5  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
6  Redwood City, CA 94063
   Telephone: (650) 839-5070
7  Facsimile: (650) 839-5071

8  Michael J. Kane (Admitted pro hac vice / kane@fr.com)
   William R. Woodford (Admitted pro hac vice / woodford@fr.com)
9  Michael J. Pape (Admitted pro hac vice / pape@fr.com)
   John C. Adkisson (Admitted pro hac vice / adkisson@fr.com)
10 FISH & RICHARDSON P.C.
   3200 RBC Plaza
11 60 South Sixth Street
   Minneapolis, MN 55402
12 Telephone: (612) 335-5070
   Facsimile: (612) 288-9696
13
   Attorneys for Plaintiff
14 HALO ELECTRONICS, INC.

*E-FILED - 4/21/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEL FUSE INC., E & E MAGNETIC PRODUCTS LIMITED, ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., WURTH ELEKTRONIK GMBH & CO. KG, and XFMRS, INC., <br><br> Defendants | Civil Case No. 07-6222 RMW <br><br> STIPULATION AND [] ORDER EXTENDING TIME FOR HALO ELECTRONICS, INC. TO RESPOND TO ELEC & ELTEK (USA) CORPORATION AND WURTH ELECTRONICS MIDCOM, INC.'S ANSWER AND COUNTERCLAIM TO HALO'S FIRST AMENDED COMPLAINT (DOC. NOS. 168, 170) |

STIPULATION AND [] ORDER EXTENDING TIME FOR
HALO ELECTRONICS, INC. TO RESPOND TO ELEC & ELTEK (USA)
CORPORATION AND WURTH ELECTRONICS MIDCOM, INC.'S
ANSWER AND COUNTERCLAIM TO HALO'S FIRST AMENDED
COMPLAINT (DOC. NOS. 168, 170)
Case No. 07-6222 RMW

Pursuant to Civil Local Rule 6.1(a), Plaintiff Halo Electronics, Inc. ("Halo") and Defendants Elec & Eltek (USA) Corporation ("E&E (USA)") and Wurth Electronics Midcom, Inc. ("Wurth"), by and through their counsel, hereby stipulate to extend the time for Halo to respond to E&E (USA) and Wurth's respective Answers and Counterclaims to Halo's First Amended Complaint (Doc Nos. 168 and 170, respectively) from April 19, 2010 until, and including May 3, 2010. Such extension will provide the parties an opportunity to meet and confer on Halo's motion to strike the inequitable conduct allegations in E&E (USA) and Wurth's Answers, which Halo currently intends to file with its Answers to E&E (USA) and Wurth's Counterclaims.

Halo and Defendant E&E Magnetic Products Limited ("EEMPL"), by and through their counsel, further stipulate that EEMPL will have until and including May 7, 2010 to file answer or otherwise respond to Halo's First Amended Complaint.

The parties do not believe that the proposed extension of time will alter the date of any event or deadline already fixed by Court Order.

Respectfully submitted,

Dated: April 19, 2010  FISH & RICHARDSON P.C.


By: /s/ Michael J. Kane
  Michael J. Kane

Attorneys for Plaintiff
HALO ELECTRONICS, INC.

1  STIPULATION AND [] ORDER EXTENDING TIME FOR HALO ELECTRONICS, INC. TO RESPOND TO ELEC & ELTEK (USA) CORPORATION AND WURTH ELECTRONICS MIDCOM, INC.'S ANSWER AND COUNTERCLAIM TO HALO'S FIRST AMENDED COMPLAINT (DOC. NOS. 168, 170)
Case No. 07-6222 RMW

| | |
|---|---|
| Dated: April 19, 2010 | BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.<br><br>By: /s/ Michael J. Powell<br>   Michael J. Powell<br><br>Attorneys for Defendant<br>ELEC & ELTEK (USA) CORPORATION |
| Dated: April 19, 2010 | BAKER & HOSTETLER LLP<br><br>By: /s/ Emily R. Frank<br>   Emily R. Frank<br><br>Attorneys for Defendant<br>WURTH ELECTRONICS MIDCOM, INC. |

IT IS SO ORDERED.

Dated: 4/21/10

*Ronald M. Whyte* (signature)

HONORABLE RONALD M. WHYTE
United States District Judge

2
STIPULATION AND [] ORDER EXTENDING TIME
FOR HALO ELECTRONICS, INC. TO RESPOND TO ELEC &
ELTEK (USA) CORPORATION AND WURTH ELECTRONICS
MIDCOM, INC.'S ANSWER AND COUNTERCLAIM TO HALO'S
FIRST AMENDED COMPLAINT (DOC. NOS. 168, 170)
Case No. 07-6222 RMW

1  Pursuant to the Northern District of California Electronic Filing Procedures and General
2  Order No. 45, I attest that concurrence in the filing of this document has been obtained from the
3  signatories listed above.

5  Dated: __April 19, 2010__                    FISH & RICHARDSON P.C.

6                                               By: /s/ Limin Zheng_____
7                                                   Limin Zheng
                                                    Attorney for Plaintiff
8                                                   HALO, INC.

3
STIPULATION AND [] ORDER EXTENDING TIME
FOR HALO ELECTRONICS, INC. TO RESPOND TO ELEC &
ELTEK (USA) CORPORATION AND WURTH ELECTRONICS
MIDCOM, INC.'S ANSWER AND COUNTERCLAIM TO HALO'S
FIRST AMENDED COMPLAINT (DOC. NOS. 168, 170)
Case No. 07-6222 RMW