1  Juanita Brooks (CA#75934 / brooks@fr.com)
   FISH & RICHARDSON P.C.
2  12390 El Camino Real
   San Diego, CA 92130
3  Telephone: (858) 678-5070
   Facsimile: (858) 678-5099
4
   Limin Zheng (CA #226875 / zheng@fr.com)
5  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
6  Redwood City, CA 94063
   Telephone: (650) 839-5070
7  Facsimile: (650) 839-5071

8  Michael J. Kane (Admitted *pro hac vice* / kane@fr.com)
   William R. Woodford (Admitted *pro hac vice* / woodford@fr.com)
9  Michael J. Pape (Admitted *pro hac vice* / pape@fr.com)
   John C. Adkisson (Admitted pro hac vice / adkisson@fr.com)
10 FISH & RICHARDSON P.C.
   3200 RBC Plaza
11 60 South Sixth Street
   Minneapolis, MN 55402
12 Telephone: (612) 335-5070
   Facsimile: (612) 288-9696
13
   Attorneys for Plaintiff
14 HALO ELECTRONICS, INC.

*E-FILED - 5/6/10*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEL FUSE INC., E & E MAGNETIC PRODUCTS LIMITED, ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., WURTH ELEKTRONIK GMBH & CO. KG, and XFMRS, INC., <br><br> Defendants | Civil Case No. 07-6222 RMW <br><br> **STIPULATION AND [] ORDER EXTENDING TIME FOR HALO ELECTRONICS, INC. TO RESPOND TO ELEC & ELTEK (USA) CORPORATION AND WURTH ELECTRONICS MIDCOM, INC.'S ANSWER AND COUNTERCLAIM TO HALO'S FIRST AMENDED COMPLAINT (DOC. NOS. 168, 170)** |

STIPULATION AND [ ORDER EXTENDING TIME FOR
HALO ELECTRONICS, INC. TO RESPOND TO ELEC & ELTEK (USA)
CORPORATION AND WURTH ELECTRONICS MIDCOM, INC.'S
ANSWER AND COUNTERCLAIM TO HALO'S FIRST AMENDED
COMPLAINT (DOC. NOS. 168, 170)
Case No. 07-6222 RMW

1   On April 21, 2010, the Court granted Plaintiff Halo Electronics, Inc. ("Halo") and Defendants Elec & Eltek (USA) Corporation ("E&E (USA)") and Wurth Electronics Midcom, Inc. ("Midcom")'s stipulation and request to extend the time for Halo to respond to E&E (USA) and Midcom's respective Answers and Counterclaims to Halo's First Amended Complaint (Doc. Nos. 168 and 170, respectively) from April 19, 2010 until, and including May 3, 2010, to provide the parties an opportunity to meet and confer on Halo's motion to strike the inequitable conduct allegations in E&E (USA) and Midcom's Answers, which Halo currently intends to file with its Answers to E&E (USA) and Midcom's Counterclaims.  (Doc. No. 179)

The parties met and conferred telephonically on April 23, 2010.  Following the meet and confer, counsel for E&E (USA) advised that although E&E (USA) disagrees that the affirmative defenses were deficient, it was willing to amend, and would be able to send counsel for Halo a proposed amended answer by May 11, 2010.

To allow the parties sufficient time to further meet and confer, Halo, E&E (USA), and Midcom, by and through their counsel, hereby stipulate and respectfully propose the following:

1. E&E (USA) and Midcom shall provide to Halo a copy of proposed Amended Answers no later than May 11, 2010;

2. The parties shall meet and confer regarding E&E (USA) and Midcom's proposed amendment no later than May 13, 2010;

3. E&E (USA) and Midcom shall advise Halo of their decision as to whether they will amend their Answers no later than May 14, 2010;

4. If E&E (USA) and Midcom intend to amend their Answers, they shall do so no later than May 17, 2010;

5. Otherwise, Halo shall file its response to E&E (USA) and Midcom's respective Answers and Counterclaims to Halo's First Amended Complaint (Doc. Nos. 168 and 170) no later than May 17, 2010.

| | | |
|---|---|---|
| 1 | The parties do not believe that the proposed extension of time will alter the date of any | |
| 2 | event or deadline already fixed by Court Order. | |
| 3 | | Respectfully submitted, |
| 4 | | |
| 5 | Dated: May 3, 2010 | FISH & RICHARDSON P.C. |
| 6 | | |
| 7 | | By: */s/ Michael J. Kane* |
| 8 | | Michael J. Kane |
| 9 | | Attorneys for Plaintiff<br>HALO ELECTRONICS, INC. |
| 10 | | |
| 11 | Dated: May 3, 2010 | BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C. |
| 12 | | |
| 13 | | |
| 14 | | By: */s/ Michael J. Powell*<br>Michael J. Powell |
| 15 | | Attorneys for Defendant<br>ELEC & ELTEK (USA) CORPORATION |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Dated: May 3, 2010 | BAKER & HOSTETLER LLP |
| 20 | | |
| 21 | | By: */s/ Neal Seth*<br>Neal Seth |
| 22 | | |
| 23 | | Attorneys for Defendant<br>WURTH ELECTRONICS MIDCOM, INC. |

2
STIPULATION AND [] ORDER EXTENDING TIME
FOR HALO ELECTRONICS, INC. TO RESPOND TO ELEC &
ELTEK (USA) CORPORATION AND WURTH ELECTRONICS
MIDCOM, INC.'S ANSWER AND COUNTERCLAIM TO HALO'S
FIRST AMENDED COMPLAINT (DOC. NOS. 168, 170)
Case No. 07-6222 RMW

1 | IT IS SO ORDERED.
2 |
3 | Dated: 5/6/10 _____  _Ronald M. Whyte_____
4 | HONORABLE RONALD M. WHYTE
  | United States District Judge

3
STIPULATION AND [] ORDER EXTENDING TIME
FOR HALO ELECTRONICS, INC. TO RESPOND TO ELEC &
ELTEK (USA) CORPORATION AND WURTH ELECTRONICS
MIDCOM, INC.'S ANSWER AND COUNTERCLAIM TO HALO'S
FIRST AMENDED COMPLAINT (DOC. NOS. 168, 170)
Case No. 07-6222 RMW

Pursuant to the Northern District of California Electronic Filing Procedures and General Order No. 45, I attest that concurrence in the filing of this document has been obtained from the signatories listed above.

Dated: May 3, 2010         FISH & RICHARDSON P.C.

By: */s/ Limin Zheng*
    Limin Zheng
    Attorney for Plaintiff
    HALO, INC.

4
STIPULATION AND [] ORDER EXTENDING TIME
FOR HALO ELECTRONICS, INC. TO RESPOND TO ELEC &
ELTEK (USA) CORPORATION AND WURTH ELECTRONICS
MIDCOM, INC.'S ANSWER AND COUNTERCLAIM TO HALO'S
FIRST AMENDED COMPLAINT (DOC. NOS. 168, 170)
Case No. 07-6222 RMW