*E-FILED 05-14-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC., | No. C07-06222 RMW (HRL) |
| Plaintiff,<br>v. | **ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER SHORTENING TIME** |
| BEL FUSE INC., E & E MAGNETIC PRODUCTS LIMITED, ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., WURTH ELEKTRONIK GMBH & CO. KG, and XFMRS, INC., | [Re: Docket No. 195] |
| Defendants. | |

Plaintiff Halo Electronics, Inc. ("Halo") moves for an order setting a dramatically truncated briefing schedule and May 18, 2010 hearing date on its motion to compel discovery. The subject discovery is sought in connection with a motion to dismiss filed by defendant E&E Magnetic Products Limited ("EEMPL"). Specifically, plaintiff seeks an order compelling (a) the depositions of two individuals who have submitted declarations in support of EEMPL's motion to dismiss and (b) the production of documents responsive to requests that Halo says were served on defendant E&E (USA) over two years ago. Halo says that its opposition to EEMPL's motion to dismiss is due by May 21, 2010. According to plaintiff, this court must therefore immediately set a hearing so that the requested discovery can be obtained in time for Halo to use in support of its opposition papers.

Although this case was stayed for a period of time, that stay was lifted six months ago. And, the record presented indicates that issues as to E&E (USA)'s responses to Halo's document requests were percolating at least as early as January 2010. More to the point, Halo's proposed expedited briefing and hearing schedule seeks a benefit that is not feasible. That is, even if this court were to immediately set a hearing and issue a positive ruling[1] on Halo's discovery motion, there would be no time to reasonably expect compliance with any such order under existing deadlines. Plaintiff may find itself needing to seek appropriate relief from Judge Whyte with respect to EEMPL's motion to dismiss.

Halo's motion for an order shortening time therefore is denied, and its motion to compel (Docket No. 196) is set for hearing on June 22, 2010, 10:00 a.m. in Courtroom 2. Briefing shall proceed in accordance with a normal 35-day calendar under Civil Local Rule 7.

SO ORDERED.

Dated: May 14, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] The court does not intend for its remarks to be construed as observations on the merits of Halo's underlying discovery motion.

2

1  5:07-cv-06222-RMW Notice has been electronically mailed to:

2  A. Neal Seth    nseth@bakerlaw.com, nseth@bakerlaw.com

3  Andrew P. Nemiroff    anemiroff@cozen.com, jcipriani@cozen.com, rbrenner@cozen.com

4  Christopher Todd Norris    todd.norris@bullivant.com, sanfranciscodocketing@bullivant.com

5  David Moorman    drmoorman@maginot.com

6  Emily Rita Frank    efrank@bakerlaw.com

7  Harold C. Moore    hcmoore@maginot.com

8  John Cameron Adkisson    jca@fr.com, mla@fr.com

9  Joshua L. Raskin    JRaskin@WOLFBLOCK.com

10 Juanita R. Brooks    brooks@fr.com, gonzales@fr.com, srodriguez@fr.com

11 Kent Andrew Lambert    klambert@bakerdonelson.com, lhunter@bakerdonelson.com, psigmon@bakerdonelson.com

12 Limin Zheng    zheng@fr.com, horsley@fr.com

13 Martin C. Fliesler    mcf@fdml.com, cakinselledge@fdml.com, etf@fdml.com, jgeringson@fdml.com, mme@fdml.com

15 Martin G. Raskin    mraskin@cozen.com, jcipriani@cozen.com, rbrenner@cozen.com

16 Michael J Kane    kane@fr.com, skarboe@fr.com, stenen@fr.com

17 Michael J. Pape    pape@fr.com, mla@fr.com

18 Michael Joseph Powell    mpowell@bakerdonelson.com, pburks@bakerdonelson.com

19 Rex Hwang    rhwang@fdml.com, cakinselledge@fdml.com

20 Samuel F Miller    smiller@bakerdonelson.com

21 Sarah Katherine Casey    skcasey@bakerdonelson.com

22 Terry John Mollica    tjm@cmlawoffices.com

23 William R. Woodford    woodford@fr.com, skarboe@fr.com, stenen@fr.com

24 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.