| | |
|---|---|
| 1 | Juanita Brooks (CA#75934 / brooks@fr.com) |
| | FISH & RICHARDSON P.C. |
| 2 | 12390 El Camino Real |
| | San Diego, CA 92130 |
| 3 | Telephone: (858) 678-5070 |
| | Facsimile: (858) 678-5099 |
| 4 | |
| | Limin Zheng (CA #226875 / zheng@fr.com) |
| 5 | FISH & RICHARDSON P.C. |
| | 500 Arguello Street, Suite 500 |
| 6 | Redwood City, CA 94063 |
| | Telephone: (650) 839-5070 |
| 7 | Facsimile: (650) 839-5071 |
| 8 | Michael J. Kane (Admitted *pro hac vice* / kane@fr.com) |
| | William R. Woodford (Admitted *pro hac vice* / woodford@fr.com) |
| 9 | Michael J. Pape (Admitted *pro hac vice* / pape@fr.com) |
| | John C. Adkisson (Admitted pro hac vice / adkisson@fr.com) |
| 10 | FISH & RICHARDSON P.C. |
| | 3200 RBC Plaza |
| 11 | 60 South Sixth Street |
| | Minneapolis, MN 55402 |
| 12 | Telephone: (612) 335-5070 |
| | Facsimile: (612) 288-9696 |
| 13 | |
| | Attorneys for Plaintiff |
| 14 | HALO ELECTRONICS, INC. |

***E-FILED - 5/20/10***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC., | Civil Case No. 07-6222 RMW |
| Plaintiff, | **STIPULATION AND []** |
| v. | **ORDER EXTENDING TIME FOR HALO ELECTRONICS, INC. TO RESPOND TO WURTH ELECTRONICS MIDCOM,** |
| BEL FUSE INC., E & E MAGNETIC PRODUCTS LIMITED, ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., WURTH ELEKTRONIK GMBH & CO. KG, and XFMRS, INC., | **INC.'S ANSWER AND COUNTERCLAIM TO HALO'S FIRST AMENDED COMPLAINT (DOC. NO. 170)** |
| Defendants | |

| | |
|---|---|
| 1 | On April 21, 2010, the Court granted Plaintiff Halo Electronics, Inc. ("Halo") and |
| 2 | Defendants Elec & Eltek (USA) Corporation ("E&E (USA)") and Wurth Electronics Midcom, Inc. |
| 3 | ("Midcom")'s stipulation and request to extend the time for Halo to respond to E&E (USA) and |
| 4 | Midcom's respective Answers and Counterclaims to Halo's First Amended Complaint (Doc. Nos. |
| 5 | 168 and 170, respectively) from April 19, 2010 until, and including May 3, 2010, to provide the |
| 6 | parties an opportunity to meet and confer on Halo's motion to strike the inequitable conduct |
| 7 | allegations in E&E (USA) and Midcom's Answers, which Halo currently intends to file with its |
| 8 | Answers to E&E (USA) and Midcom's Counterclaims.  (Doc. No. 179) |
| 9 | On May 6, 2010, the Court granted Halo, E&E (USA) and Midcom's stipulation and |
| 10 | request to further extend the time for Halo to respond to E&E (USA) and Midcom's respective |
| 11 | Answers and Counterclaims to Halo's Amended Complaint (Doc. Nos. 168 and 170, respectively) |
| 12 | from May 3, 2010 until, and including May 17, 2010 to further meet and confer on the above |
| 13 | identified issues and potential amended answers by E&E (USA) and Midcom to Halo's First |
| 14 | Amended Complaint.  (Doc. No. 189)  E&E (USA) has advised Halo that it intends to file an |
| 15 | amended answer to Halo's First Amended Complaint on May 17, 2010. |
| 16 | Halo and Midcom have reached a settlement and are in the process of memorializing the |
| 17 | agreement.  In order to allow Halo and Midcom sufficient time to finalize a resolution of this |
| 18 | matter, Halo and Midcom, by and through their counsel, hereby stipulate and respectfully propose |
| 19 | an extension for Halo to file its response to Midcom's Answer and Counterclaims to Halo's First |
| 20 | Amended Complaint (Doc. No. 170), until and including June 7, 2010. |
| 21 | The parties do not believe that the proposed extension of time will alter the date of any |
| 22 | event or deadline already fixed by Court Order. |

1    STIPULATION AND [] ORDER
EXTENDING TIME FOR HALO ELECTRONICS, INC.
TO RESPOND TO WURTH ELECTRONICS MIDCOM,
INC.'S ANSWER AND COUNTERCLAIM TO HALO'S
FIRST AMENDED COMPLAINT (DOC. NO. 170)
Case No. 07-6222 RMW

|     |                        |                                              |
| --- | ---------------------- | -------------------------------------------- |
| 1   |                        |                                              |
| 2   |                        | Respectfully submitted,                      |
| 3   | Dated: May 17, 2010    | FISH & RICHARDSON P.C.                       |
| 4   |                        |                                              |
| 5   |                        | By: */s/ Michael J. Kane*                    |
| 6   |                        |     Michael J. Kane                          |
| 7   |                        | Attorneys for Plaintiff                      |
|     |                        | HALO ELECTRONICS, INC.                       |
| 8   |                        |                                              |
| 9   | Dated: May 17, 2010    | BAKER & HOSTETLER LLP                        |

By: */s/ Neal Seth*
    Neal Seth

Attorneys for Defendant
WURTH ELECTRONICS MIDCOM, INC.

IT IS SO ORDERED.

Dated: 5/20/10

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Judge

2
STIPULATION AND [] ORDER EXTENDING TIME
FOR HALO ELECTRONICS, INC. TO RESPOND TO WURTH
ELECTRONICS MIDCOM, INC.'S ANSWER AND
COUNTERCLAIM TO HALO'S FIRST AMENDED COMPLAINT
(DOC. NO. 170)
Case No. 07-6222 RMW

Pursuant to the Northern District of California Electronic Filing Procedures and General Order No. 45, I attest that concurrence in the filing of this document has been obtained from the signatories listed above.

Dated: May 17, 2010　　　　　　　　　　　　FISH & RICHARDSON P.C.


By: */s/ Michael J. Pape*
　　　Michael J. Pape

Attorneys for Plaintiff
HALO ELECTRONICS, INC.

3
STIPULATION AND [] ORDER EXTENDING TIME
FOR HALO ELECTRONICS, INC. TO RESPOND TO WURTH
ELECTRONICS MIDCOM, INC.'S ANSWER AND
COUNTERCLAIM TO HALO'S FIRST AMENDED COMPLAINT
(DOC. NO. 170)
Case No. 07-6222 RMW