| | |
|---|---|
| Michael J. Kane (*pro hac vice* / kane@fr.com)<br>FISH & RICHARDSON P.C.<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile: (612) 288-9696<br><br>Attorneys for Plaintiff<br>**HALO ELECTRONICS, INC.**<br><br>Martin G. Raskin (*pro hac vice* / mraskin@cozen.com)<br>Andrew P. Nemiroff (*pro hac vice* / anemiroff@cozen.com)<br>COZEN O'CONNOR<br>277 Park Avenue<br>New York, NY 10172<br>Telephone: (212) 986-1116<br>Facsimile: (212) 509-9492<br><br>Attorneys for Defendant/Counterclaim-Plaintiff<br>**BEL FUSE, INC.**<br><br>Kenneth J. Sheehan (*pro hac vice* / ksheehan@bakerlaw.com)<br>A. Neal Seth (*pro hac vice* / nseth@bakerlaw.com)<br>BAKER & HOSTETLER LLP<br>1050 Connecticut Ave. NW<br>Washington DC 20036<br><br>Attorneys for Defendant<br>**WURTH ELECTRONICS MIDCOM, INC.** | Michael J. Powell (*pro hac vice* / mpowell@bakerdonelson.com)<br>Kent A. Lambert (*pro hac vice* / klambert@bakerdonelson.com)<br>BAKER DONELSON BEARMAN CALDWELL<br>& BERKOWITZ, P.C.<br>Monarch Plaza, Suite 1600<br>3414 Peachtree Road, NE<br>Atlanta, Georgia 30326<br>Telephone: (678) 406-8707<br>Facsimile: (678) 406-8807<br><br>Attorneys for Defendants<br>**ELEC & ELTEK (USA) CORPORATION**<br>**E & E MAGNETIC PRODUCTS LIMITED**<br><br>Harold C. Moore (*pro hac vice* / hcmoore@maginot.com)<br>David M. Lockman (*pro hac vice* / dmlockman@maginot.com)<br>MAGINOT, MOORE & BECK LLP<br>Chase Tower<br>111 Monument Circle, Suite 3250<br>Indianapolis IN 46204<br>Telephone: (317) 638-2922<br>Facsimile (317) 638-2139<br><br>Attorneys for Defendant<br>**XFMRS, INC**<br><br>*Additional counsel listed on the signature page* |

UNITED STATES DISTRICT COURT   *E-FILED - 5/20/10*

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BEL FUSE INC., E & E MAGNETIC PRODUCTS LIMITED, ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., WURTH ELEKTRONIK GMBH & CO. KG, and XFMRS, INC.,<br><br>Defendants | Civil Case No. 07-6222 RMW<br><br>**STIPULATION AND []**<br>**ORDER RE CASE SCHEDULE** |

On May 7, 2010, the Court held a Claim Construction Prehearing Conference. Pursuant to the Court's Order at the Prehearing Conference, the February 2, 2010 Case Management Order (Dkt. No. 142) is vacated. Further, the parties hereby stipulate and jointly propose the following case schedule for the Court's consideration:[1]

| PARTY | EVENT | DATE |
| --- | --- | --- |
| Defendants | Defendants are to identify all their products that have been sold that (1) are related to Halo's patents and (2) are understood by Defendants to be accused of infringement. If not already provided, Defendants shall provide Halo information sufficient to identify and analyze those products for purposes of proposing representative products. | No later than May 28, 2010 |
| Halo | Halo is to identify deficiencies, if any, in Defendants' identification of products and/or production of information related to those products. | No later than June 4, 2010 |
| All | The parties are to meet and confer regarding any alleged deficiencies identified by Halo. | No later than June 11, 2010 |
| Halo | For each asserted claim, Halo is to provide each Defendant with an identification of a proposed representative product that allegedly infringes that claim and the family of products that the representative product represents. | No later than June 18, 2010 |
| All | The parties are to meet and confer to reach agreement as to appropriate representative products and families represented as well as to reducing the number of claims in dispute. | No later than June 25, 2010 |
| All | The parties are to exchange an amended list of proposed claim terms for construction. Except for good cause, other than the allegedly indefinite claim terms previously identified by Defendants under Patent L.R. 4-1, no additional claim term | No later than July 7, 2010 |

---

[1] Defendant E & E Magnetic Products Limited has filed a motion to dismiss this case pursuant to Fed. R. Civ. P. 12(b)(2) and (6) and is not participating in this submission. Nevertheless, to the extent product identifications and information identified in this submission are in the possession, custody and control of Defendant Elec & Eltek (USA) Corporation ("E&E USA"), E&E USA will provide such product identifications and information.

1     STIPULATION AND [] ORDER RE CASE SCHEDULE
Case No. 07-6222 RMW

| PARTY | EVENT | DATE |
|---|---|---|
| | shall be added to the terms identified in the parties' Joint Claim Construction and Prehearing Statement filed on April 5, 2010 (Dkt. No. 169). | |
| Defendants | Defendants are to provide Halo with proposed alternative constructions, if any, for allegedly indefinite terms, and to identify both extrinsic and intrinsic evidence supporting the proposed alternative constructions. | No later than July 12, 2010 |
| Halo | Halo is to provide to Defendants a draft Amended Joint Claim Construction and Prehearing Statement. | No later than July 15, 2010 |
| Defendants | Defendants are to provide to Halo any revisions to the draft Amended Joint Claim Construction and Prehearing Statement. | No later than July 19, 2010 |
| All | The parties are to meet and confer to finalize the Amended Joint Claim Construction and Prehearing Statement. | No later than July 22, 2010 |
| All | The parties are to submit to the Court an Amended Joint Claim Construction and Prehearing Statement including an identification of: 1) the asserted claims; 2) for each asserted claim, a proposed representative product of each Defendant that allegedly infringes that claim and the family of products that the representative product represents; 3) the claim terms proposed for construction including an identification of the 10 most significant terms as per Pat. L. R. 4-3(c); and 4) summary judgment motions each party intends to file which turn on the claim construction issues, and a proposed briefing schedule. | No later than July 28, 2010 |
| All | Status conference with the Court to set briefing schedule for claim construction and summary judgment motions and to set date for *Markman*/summary judgment hearing. | August 6, 2010, subject to the Court's availability |

Nothing in this stipulation shall be deemed to preclude any party from seeking additional discovery by motion or otherwise nor be deemed to preclude any objection by any party to producing additional discovery.

Respectfully submitted,

Dated: 5/14/2010

By: *Michael J. Kane*
Michael J. Kane (*pro hac vice* / kane@fr.com)
William R. Woodford (*pro hac vice* / woodford@fr.com)
FISH & RICHARDSON P.C.
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Limin Zheng (CA #226875 / zheng@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
HALO ELECTRONICS, INC.

Dated: 5/14/2010

By: *Michael J. Powell*
Michael J. Powell (*pro hac vice* / mpowell@bakerdonelson.com)
Kent A. Lambert (*pro hac vice* / klambert@bakerdonelson.com)
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
Monarch Plaza, Suite 1600
3414 Peachtree Road, NE
Atlanta, Georgia 30326
Telephone: (678) 406-8707
Facsimile: (678) 406-8807

Terry J. Mollica (SBN 139816 / tjm@cmlawoffices.com)
CHIARELLI & MOLLICA LLP
2121 North California Blvd., Suite 290
Walnut Creek, California 94596
Telephone: (925) 974-3325
Facsimile: (925) 974-3506

Attorneys for Defendant
ELEC & ELTEK (USA) CORPORATION
E & E MAGNETIC PRODUCTS LIMITED

Dated: 5/14/2010

By: *Andrew P. Nemiroff*
Martin C. Fliesler (SBN 073768 mcf@fdml.com)
FLIESLER MEYER LLP
650 California St., 14th Floor
San Francisco, CA 94108
Telephone: (415) 362-2800
Facsimile: (415) 362-2928

Martin G. Raskin (*pro hac vice* / mraskin@cozen.com)
Andrew P. Nemiroff (*pro hac vice* / anemiroff@cozen.com)
COZEN O'CONNOR
277 Park Avenue

Dated: 5/14/2010

By: *A. Neal Seth*
Emily R. Frank (SBN 232939 / efrank@bakerlaw.com
BAKER & HOSTETLER LLP
600 Anton Blvd., Suite 900
Costa Mesa, CA 92626-7221
Telephone: (714) 754-6600
Facsimile: (714) 754-6611

Kenneth J. Sheehan (*pro hac vice* / ksheehan@bakerlaw.com)
A. Neal Seth (*pro hac vice* / nseth@bakerlaw.com)

| | | |
|---|---|---|
| 1 | New York, NY 10172<br>Telephone: (212) 986-1116<br>Facsimile: (212) 509-9492 | BAKER & HOSTETLER LLP<br>1050 Connecticut Ave. NW<br>Washington DC 20036 |
| 2 | | Telephone: (202) 861-1500 |
| 3 | Attorneys for Defendant/Counterclaim-Plaintiff<br>BEL FUSE, INC. | Facsimile: (202) 861-1783 |
| 4 | | Attorneys for Defendant<br>WURTH ELECTRONICS MIDCOM, INC. |

1  New York, NY 10172
   Telephone: (212) 986-1116
   Facsimile: (212) 509-9492

2  BAKER & HOSTETLER LLP
   1050 Connecticut Ave. NW
   Washington DC 20036
   Telephone: (202) 861-1500
   Facsimile: (202) 861-1783

3  Attorneys for Defendant/Counterclaim-Plaintiff
   BEL FUSE, INC.

4  Attorneys for Defendant
   WURTH ELECTRONICS MIDCOM, INC.

6  Dated: ___5/14/2010_____

7  By: ___*Harold C. Moore*_____

8  Harold C. Moore (*pro hac vice* / hcmoore@maginot.com)

9  David M. Lockman (*pro hac vice* / dmlockman@maginot.com)

10 MAGINOT, MOORE & BECK LLP
   Chase Tower

11 111 Monument Circle, Suite 3250
   Indianapolis IN 46204

12 Telephone: (317) 638-2922
   Facsimile (317) 638-2139

14 Attorneys for Defendant
   XFMRS, INC

17 IT IS SO ORDERED.

19 Dated: __5/20/10_____

   /s/ Ronald M. Whyte
   _____
   HONORABLE RONALD M. WHYTE
   United States District Judge

| | |
|---|---|
| 1 | Pursuant to the Northern District of California Electronic Filing Procedures and General |
| 2 | Order No. 45, I attest that concurrence in the filing of this document has been obtained from the |
| 3 | signatories listed above. |

Dated: May 14, 2010         FISH & RICHARDSON P.C.

By: */s/ Limin Zheng*
    Limin Zheng
    Attorney for Plaintiff
    HALO ELECTRONICS, INC.