UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BEL FUSE INC., E & E MAGNETIC PRODUCTS LIMITED, ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., WURTH ELEKTRONIK GMBH & CO. KG, and XFMRS, INC.,<br><br>　　　　Defendants. | Civil Case No. 07-6222 RMW (HRL)<br><br>**ORDER GRANTING HALO'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL** |

Plaintiff Halo Electronics, Inc. filed a Motion for Administrative Relief pursuant to Civil Local Rules 7-11 and 79-5 and General Order No. 62 for permission to file certain documents under seal.

Good cause having been shown, the Court GRANTS Plaintiff's request.

IT IS HEREBY ORDERED that the clerk's office shall accept for filing under seal the previously-lodged sealed copies of the following documents:

- **HALO'S OPPOSITION TO DEFENDANT E & E MAGNETIC PRODUCTS LIMITED'S RULE 12(B) MOTION TO DISMISS**

- **EXHIBITS 6 AND 21 TO THE DECLARATION OF LIMIN ZHENG IN SUPPORT OF HALO'S OPPOSITION TO DEFENDANT E & E MAGNETIC PRODUCTS LIMITED'S RULE 12(B) MOTION TO DISMISS**

IT IS SO ORDERED.

DATED: 5/25/10

The Hon. Ronald M. Whyte
United States District Court Judge