**E-FILED on** 6/3/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., XFMRS, INC., <br><br> Defendants. | No. C-07-06222 RMW <br><br> ORDER REGARDING MOTION TO SEAL <br><br> **[Re Docket No. 220]** |

A request to seal must establish that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law. Civ. L. R. 79-5(a). The request must be narrowly tailored to seek sealing of only sealable material. *Id.*

Defendant E&E Magnetic Products Limited ("E&E Magnetic") moves to file under seal a portion of its reply brief for its motion to dismiss as well as Exhibit A to the reply. E&E Magnetic has represented that it seeks to file this material under seal because it has been designated "Confidential Attorneys' Eyes Only" by Eltec & Eltek (USA) Corporation ("E&E USA"). Having reviewed the material that E&E Magnetic seeks to file under seal, the court is unable to ascertain the reason why E&E USA believes the information is confidential. The court therefore requests that E&E USA submit within 5 days an identification of the portions of material that it feels is

1 confidential and an explanation for why it is confidential. Absent a satisfactory explanation, the
2 court will deny the motion to seal.

DATED: 6/3/10

RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Juanita R. Brooks | brooks@fr.com |
| Limin Zheng | zheng@fr.com |
| John Cameron Adkisson | jca@fr.com |
| Michael J Kane | kane@fr.com |
| Michael J. Pape | pape@fr.com |
| William R. Woodford | woodford@fr.com |

**Counsel for Defendants:**

| | |
|---|---|
| Joshua L. Raskin | jraskin@wolfblock.com |
| Andrew P. Nemiroff | anemiroff@cozen.com |
| Martin C. Fliesler | mcf@fdml.com |
| Martin G. Raskin | mraskin@cozen.com |
| Rex Hwang | rhwang@fdml.com |
| Kent Andrew Lambert | klambert@bakerdonelson.com |
| Michael Joseph Powell | mpowell@bakerdonelson.com |
| Samuel F Miller | smiller@bakerdonelson.com |
| Sarah Katherine Casey | skcasey@bakerdonelson.com |
| Terry John Mollica | tjm@cmlawoffices.com |
| Harold C. Moore | hcmoore@maginot.com |
| Christopher Todd Norris | todd.norris@bullivant.com |
| David Moorman | drmoorman@maginot.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 6/3/10            CCL
                             **Chambers of Judge Whyte**