**E-FILED on** 6/8/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HALO ELECTRONICS, INC.,

    Plaintiff,

v.

BEL FUSE INC., ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., XFMRS, INC.,

    Defendants.

No. C-07-06222 RMW

ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL

**[Re Docket No. 220]**

Defendant E&E Magnetic Products Limited ("E&E Magnetic") moves to file under seal a portion of its reply brief for its motion to dismiss as well as Exhibit A to the reply. E&E Magnetic has represented that it seeks to file this material under seal because it has been designated "Confidential Attorneys' Eyes Only" by Eltec & Eltek (USA) Corporation ("E&E USA"). On June 3, 2010, the court issued an order requesting E&E USA to submit an identification of the portions of material that it feels is confidential and an explanation for why it is confidential. E&E USA has represented that it does not object to making the unredacted versions of the reply brief and Exhibit A available to the public, with the exception of page seven of Exhibit A, which contains confidential information including the dates of specific activities in relation to accused products. The court therefore grants the motion to seal with respect to page seven of Exhibit A and denies the motion to

seal in all other respects. Pursuant to Local Rule 79-5(e), E&E Magnetic has four days to refile the documents in a manner that conforms to this order.

DATED: 6/8/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

<mark>United States District Court</mark>
For the Northern District of California

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Juanita R. Brooks | brooks@fr.com |
| Limin Zheng | zheng@fr.com |
| John Cameron Adkisson | jca@fr.com |
| Michael J Kane | kane@fr.com |
| Michael J. Pape | pape@fr.com |
| William R. Woodford | woodford@fr.com |

**Counsel for Defendants:**

| | |
|---|---|
| Joshua L. Raskin | jraskin@wolfblock.com |
| Andrew P. Nemiroff | anemiroff@cozen.com |
| Martin C. Fliesler | mcf@fdml.com |
| Martin G. Raskin | mraskin@cozen.com |
| Rex Hwang | rhwang@fdml.com |
| Kent Andrew Lambert | klambert@bakerdonelson.com |
| Michael Joseph Powell | mpowell@bakerdonelson.com |
| Samuel F Miller | smiller@bakerdonelson.com |
| Sarah Katherine Casey | skcasey@bakerdonelson.com |
| Terry John Mollica | tjm@cmlawoffices.com |
| Harold C. Moore | hcmoore@maginot.com |
| Christopher Todd Norris | todd.norris@bullivant.com |
| David Moorman | drmoorman@maginot.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 6/8/10            CCL
**Chambers of Judge Whyte**

<mark>ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL—No. C-07-06222 RMW
CCL     3</mark>