*E-FILED 06-17-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC., | No. C07-06222 RMW (HRL) |
| Plaintiff, v. | **ORDER RE DEFENDANT E&E USA'S MOTION TO SEAL** |
| BEL FUSE INC., E & E MAGNETIC PRODUCTS LIMITED, ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., WURTH ELEKTRONIK GMBH & CO. KG, and XFMRS, INC., | [Re: Docket No. 229] |
| Defendants. | |

Defendant Elec & Eltek (USA) Corporation ("E&E USA") moves to seal Exhibit A to Declaration of Kent Lambert filed in opposition to plaintiff's motion to compel jurisdictional discovery. This court has not, however, received an unredacted copy of Exhibit A, which reportedly is a copy of E&E USA's responses to plaintiff's first set of requests for production. Additionally, E&E USA seeks to justify the seal merely by asserting that the information has been designated "Confidential Attorneys' Eyes Only." This falls far short of the requisite showing. E&E USA must establish that the subject document (or portions of it) is privileged or protectable as a trade secret or otherwise entitled to protection under the law. CIV. L. R. 79-5(a).

Accordingly, **no later than June 21, 2010**, E&E USA shall (a) deliver an unredacted

copy of Exhibit A to this court's chambers; and (b) submit declaration(s) from appropriate person(s) showing why sealing is warranted. Absent a satisfactory showing, the motion to seal will be denied.

SO ORDERED.

Dated: June 17, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  5:07-cv-06222-RMW Notice has been electronically mailed to:

2  A. Neal Seth     nseth@bakerlaw.com, nseth@bakerlaw.com

3  Andrew P. Nemiroff     anemiroff@cozen.com, jcipriani@cozen.com, rbrenner@cozen.com

4  Christopher Todd Norris     todd.norris@bullivant.com, sanfranciscodocketing@bullivant.com

5  David Moorman     drmoorman@maginot.com

6  Emily Rita Frank     efrank@bakerlaw.com

7  Harold C. Moore     hcmoore@maginot.com

8  John Cameron Adkisson     jca@fr.com, mla@fr.com

9  Joshua L. Raskin     JRaskin@WOLFBLOCK.com

10 Juanita R. Brooks     brooks@fr.com, gonzales@fr.com, srodriguez@fr.com

11 Kent Andrew Lambert     klambert@bakerdonelson.com, lhunter@bakerdonelson.com, psigmon@bakerdonelson.com

12 Limin Zheng     zheng@fr.com, horsley@fr.com

13 Martin C. Fliesler     mcf@fdml.com, cakinselledge@fdml.com, etf@fdml.com, jgeringson@fdml.com, mme@fdml.com

15 Martin G. Raskin     mraskin@cozen.com, jcipriani@cozen.com, rbrenner@cozen.com

16 Michael J Kane     kane@fr.com, skarboe@fr.com, stenen@fr.com

17 Michael J. Pape     pape@fr.com, mla@fr.com

18 Michael Joseph Powell     mpowell@bakerdonelson.com, pburks@bakerdonelson.com

19 Rex Hwang     rhwang@fdml.com, cakinselledge@fdml.com

20 Samuel F Miller     smiller@bakerdonelson.com

21 Sarah Katherine Casey     skcasey@bakerdonelson.com

22 Terry John Mollica     tjm@cmlawoffices.com

23 William R. Woodford     woodford@fr.com, skarboe@fr.com, stenen@fr.com

24 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.