NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br> v. <br><br> BEL FUSE INC., E & E MAGNETIC PRODUCTS LIMITED, ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., WURTH ELEKTRONIK GMBH & CO. KG, and XFMRS, INC., <br><br> Defendants. | No. C07-06222 RMW (HRL) <br><br> **ORDER RE PLAINTIFF'S MOTION TO SEAL** <br><br> **[Re: Docket No. 211]** |

Plaintiff Halo Electronics, Inc. ("Halo") moves to seal portions of (1) Halo's Motion to Compel Interrogatory Answers and Production of Documents from Defendant Bel Fuse, Inc. ("Bel Fuse"), (2) the supporting declaration of Michael J. Pape, and (3) Exhibits 1-5, 7-10, 12-19, and 23-25 of the Pape Declaration. Halo says that sealing is warranted because the subject information has been designated for "Attorneys Eyes Only" by defendant Bel Fuse. Bel Fuse, however, has failed to file declaration(s) establishing that the information is sealable. <u>As such, the information is now subject to being made part of the public record pursuant to Civil Local Rule 79-5(d)</u>. Nevertheless, Bel Fuse will be given an additional opportunity to explain why sealing is required.

Accordingly, **no later than June 22, 2010**, Bel Fuse shall file declaration(s) from

appropriate person(s) showing why sealing is warranted. Bel Fuse is advised that the mere designation of information pursuant to a stipulation or blanket protective order will not justify sealing. Instead, Bel Fuse must establish that the subject documents (or portions of thereof) are privileged or protectable as a trade secret or otherwise entitled to protection under the law. Civ. L. R. 79-5(a).

SO ORDERED.

Dated: June 18, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

5:07-cv-06222-RMW Notice has been electronically mailed to:

A. Neal Seth     nseth@bakerlaw.com, nseth@bakerlaw.com

Andrew P. Nemiroff     anemiroff@cozen.com, jcipriani@cozen.com, rbrenner@cozen.com

Christopher Todd Norris     todd.norris@bullivant.com, sanfranciscodocketing@bullivant.com

David Moorman     drmoorman@maginot.com

Emily Rita Frank     efrank@bakerlaw.com

Harold C. Moore     hcmoore@maginot.com

John Cameron Adkisson     jca@fr.com, mla@fr.com

Joshua L. Raskin     JRaskin@WOLFBLOCK.com

Juanita R. Brooks     brooks@fr.com, gonzales@fr.com, srodriguez@fr.com

Kent Andrew Lambert     klambert@bakerdonelson.com, lhunter@bakerdonelson.com, psigmon@bakerdonelson.com

Limin Zheng     zheng@fr.com, horsley@fr.com

Martin C. Fliesler     mcf@fdml.com, cakinselledge@fdml.com, etf@fdml.com, jgeringson@fdml.com, mme@fdml.com

Martin G. Raskin     mraskin@cozen.com, jcipriani@cozen.com, rbrenner@cozen.com

Michael J Kane     kane@fr.com, skarboe@fr.com, stenen@fr.com

Michael J. Pape     pape@fr.com, mla@fr.com

Michael Joseph Powell     mpowell@bakerdonelson.com, pburks@bakerdonelson.com

Rex Hwang     rhwang@fdml.com, cakinselledge@fdml.com

Samuel F Miller     smiller@bakerdonelson.com

Sarah Katherine Casey     skcasey@bakerdonelson.com

Terry John Mollica     tjm@cmlawoffices.com

William R. Woodford     woodford@fr.com, skarboe@fr.com, stenen@fr.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.