UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEL FUSE INC., E & E MAGNETIC PRODUCTS LIMITED, ELEC & ELTEK (USA) CORPORATION, WURTH ELECTRONICS MIDCOM, INC., WURTH ELEKTRONIK GMBH & CO. KG, and XFMRS, INC., <br><br> Defendants | Civil Case No. 07-6222 RMW <br><br> **STIPULATION AND [xxxxxxxxxxx ORDER VACATING JULY 23, 2010 HEARING ON HALO'S MOTION TO STRIKE AND EXTENDING THE TIME FOR ELEC & ELTEK (USA) CORPORATION AND E & E MAGNETIC PRODUCTS LIMITED TO ANSWER AND COUNTERCLAIM TO HALO'S FIRST AMENDED COMPLAINT** |

On March 19, 2010, Halo Electronics, Inc. ("Halo") filed a First Amended Complaint for Patent Infringement ("First Amended Complaint") (Doc. No. 163).

On May 7, 2010, E &E Magnetic Products Limited filed a Rule 12(B) Motion to Dismiss (Doc. No. 190).

On May 17, 2010, Elec & Eltek (USA) Corporation ("E&E (USA)") filed an Amended Answer and Counterclaim to Halo's First Amended Complaint (Doc. No. 199).

On June 1, Halo filed a Motion to Strike the Eighth Affirmative Defense and Related Inequitable Conduct Allegations in E&E (USA)'s Amended Answer and Counterclaim (Doc. No. 223), which is currently scheduled for hearing on July 23, 2010.

On June 21, 2010, Halo and EEMPL filed a Stipulated Motion and [Proposed] Order to Withdraw E &E Magnetic Products Limited's Rule 12 Motion to Dismiss and a related motion to compel by Halo ("Halo and EEMPL's Motion to Withdraw") (Doc. No. 249).

On June 23, 2010, the Court granted Halo and EEMPL's Motion to Withdraw (Doc. No. 253).

1

In view of the above, the parties met and conferred telephonically on June 28, 2010 and June 30, 2010 and agreed to hereby stipulate and respectfully propose the following:

1. E&E (USA)'s Amended Answer and Counterclaim (Doc. No. 199) shall be withdrawn;
2. Halo's Motion to Strike (Doc. No. 223) shall be withdrawn and the hearing currently set for July 23, 2010 shall be vacated; and
3. E&E (USA) and EEMPL shall file their answers, defenses, and counterclaims to Halo's First Amended Complaint (Doc. No. 163) on or before July 23, 2010.

The parties do not believe that the proposed extension of time will alter the date of any other event or deadline already fixed by Court Order.

Respectfully submitted,

Dated: July 2, 2010

BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.

By: /s/ *Michael J. Powell*
    Michael J. Powell

Attorneys for Defendants
ELEC & ELTEK (USA) CORPORATION and
E & E MAGNETIC PRODUCTS LIMITED

2

STIPULATION AND [ XXXXXXXX ] ORDER VACATING JULY 23, 2010 HEARING ON HALO'S MOTION TO STRIKE AND EXTENDING THE TIME FOR ELEC & ELTEK (USA) CORPORATION AND E & E MAGNETIC PRODUCTS LIMITED TO ANSWER AND COUNTERCLAIM TO HALO'S FIRST AMENDED COMPLAINT
Case No. 07-6222 RMW

| | | |
|---|---|---|
| 1 | Dated: July 2, 2010 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: /s/ Michael J. Kane |
| 4 | |     Michael J. Kane |
| 5 | | Attorneys for Plaintiff<br>HALO ELECTRONICS, INC. |

IT IS SO ORDERED.

Dated: 7/14/10

*Ronald M. Whyte* (signature)
HONORABLE RONALD M. WHYTE
United States District Judge

STIPULATION AND [ XXXXXXXX ] ORDER
VACATING JULY 23, 2010 HEARING ON HALO'S
MOTION TO STRIKE AND EXTENDING THE
TIME FOR ELEC & ELTEK (USA) CORPORATION
AND E & E MAGNETIC PRODUCTS LIMITED TO
ANSWER AND COUNTERCLAIM TO HALO'S
FIRST AMENDED COMPLAINT
Case No. 07-6222 RMW

1   Pursuant to the Northern District of California Electronic Filing Procedures and General
2   Order No. 45, I attest that concurrence in the filing of this document has been obtained from the
3   signatories listed above.

5   Dated:  July 2, 2010                    FISH & RICHARDSON P.C.

                                            By: /s/ Sarah K. Casey
                                                Sarah K. Casey
                                                Attorney for Defendants
                                                ELEC & ELTEK (USA) CORPORATION and
                                                E & E MAGNETIC PRODUCTS LIMITED

4

STIPULATION AND [xxxxxxxx] ORDER
VACATING JULY 23, 2010 HEARING ON HALO'S
MOTION TO STRIKE AND EXTENDING THE
TIME FOR ELEC & ELTEK (USA) CORPORATION
AND E & E MAGNETIC PRODUCTS LIMITED TO
ANSWER AND COUNTERCLAIM TO HALO'S
FIRST AMENDED COMPLAINT
Case No. 07-6222 RMW