| | |
|---|---|
| 1<br>2<br>3 | Juanita Brooks (CA#75934 / brooks@fr.com)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099 |
| | E-Filed 8/5/2010 |

1 Juanita Brooks (CA#75934 / brooks@fr.com)
FISH & RICHARDSON P.C.
2 12390 El Camino Real
San Diego, CA 92130
3 Telephone: (858) 678-5070
Facsimile: (858) 678-5099           E-Filed 8/5/2010

4 Limin Zheng (CA #226875 / zheng@fr.com)
FISH & RICHARDSON P.C.
5 500 Arguello Street, Suite 500
Redwood City, CA 94063
6 Telephone: (650) 839-5070
Facsimile: (650) 839-5071
7
Michael J. Kane (Admitted pro hac vice / kane@fr.com)
8 William R. Woodford (Admitted pro hac vice / woodford@fr.com)
FISH & RICHARDSON P.C.
9 3200 RBC Plaza
60 South Sixth Street
10 Minneapolis, MN 55402
Telephone: (612) 335-5070
11 Facsimile: (612) 288-9696

12 Attorneys for Plaintiff

13 HALO ELECTRONICS, INC.

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                         (SAN JOSE DIVISION)

17

18 HALO ELECTRONICS, INC.,                    Civil Case No. 07-6222 RMW

19           Plaintiff,
                                               **JOINT REQUEST TO PARTICIPATE IN
20      v.                                     THE AUGUST 6, 2010 STATUS
                                               CONFERENCE BY TELEPHONE;
21 BEL FUSE INC., E & E MAGNETIC               [PROPOSED] ORDER**
   PRODUCTS LIMITED, ELEC & ELTEK (USA)
22 CORPORATION, and XFMRS, INC.,              Date:   August 6, 2010
                                              Time:   10:30 a.m.
23           Defendants,                      Place:  Courtroom 6, 4th Floor

24                                            **Judge:  Hon. Ronald M. Whyte**

25

26

27

28

Pursuant to Civil Local Rule 16-10(a), the following counsel for the parties respectfully request that they be allowed to participate in the Status Conference scheduled for August 6, 2010 (Dkt No. 202) by telephone:

- Michael J. Kane of Fish & Richardson P.C., representing Halo Electronics, Inc.;
- Martin G. Raskin and Andrew P. Nemiroff of Cozen O'Connor, representing Bel Fuse, Inc.;[1]
- Kent A. Lambert and Michael J. Powell of Baker Donelson Bearman Caldwell & Berkowitz, PC, representing Elec & Eltek (USA) Corporation and E & E Magnetic Products, Limited; and
- Harold C. Moore of Maginot, Moore & Beck, LLC, representing XFMRS, Inc.

With the Court's permission, the above counsel will be available from 10:30 a.m. through 12:30 p.m. Pacific Time, or until the Status Conference is conducted, on August 6, 2010 at the following telephone conference number to participate in the Case Management Conference:

**Toll free dial-in: (888)-706-0584**

**Participant code: 509292**

The telephone conference line will remain open during that time. The Status Conference will proceed at any time the Court joins the call.

Respectfully submitted,

Dated: August 2, 2010
FISH & RICHARDSON P.C.

By: */s/ Limin Zheng*
Limin Zheng

Attorneys for Plaintiff
HALO ELECTRONICS, INC.

---

[1] Counsel for Bel Fuse previously submitted by fax a request to participate the status conference by telephone.

# [PROPOSED] ORDER

Counsel for the parties' joint request to participate telephonically in the Status Conference set for August 6, 2010 is GRANTED.

IT IS SO ORDERED.

Dated: 8/5/2010

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Judge