Juanita Brooks (CA#75934 / brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Limin Zheng (CA #226875 / zheng@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Michael J. Kane (Admitted *pro hac vice* / kane@fr.com)
William R. Woodford (Admitted *pro hac vice* / woodford@fr.com)
Michael J. Pape (Admitted *pro hac vice* / pape@fr.com)
John C. Adkisson (Admitted pro hac vice / adkisson@fr.com)
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorneys for Plaintiff
HALO ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEL FUSE INC., E & E MAGNETIC PRODUCTS LIMITED, ELEC & ELTEK (USA) CORPORATION, and XFMRS, INC., <br><br> Defendants. | Civil Case No. 07-6222 RMW <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR HALO ELECTRONICS, INC. TO RESPOND TO ELEC & ELTEK (USA) CORPORATION'S SECOND AMENDED ANSWER & COUNTERCLAIM & E & E MAGNETIC PRODUCTS LIMITED'S ANSWER & COUNTERCLAIM TO HALO'S FIRST AMENDED COMPLAINT (DOC. NO. 280)** |

STIPULATION AND ORDER EXTENDING TIME FOR
HALO ELECTRONICS, INC. TO RESPOND TO ELEC & ELTEK (USA)
CORPORATION'S SECOND AMENDED ANSWER &
COUNTERCLAIM & E & E MAGNETIC PRODUCTS LIMITED'S
ANSWER & COUNTERCLAIM TO HALO'S FIRST AMENDED
COMPLAINT (DOC. NO. 280)
Case No. 07-6222 RMW

Dockets.Justia.com

| | |
|---|---|
| 1 | On March 19, 2010, Halo Electronics, Inc. ("Halo") filed a First Amended Complaint for |
| 2 | Patent Infringement ("First Amended Complaint") (Doc. No. 163). |
| 3 | On July 14, 2010, the Court granted E & E Magnetic Products Limited ("EEMPL"), Elec |
| 4 | & Eltek (USA) Corporation ("E&E (USA)," collectively with EEMPL, "E&E"), and Halo's |
| 5 | stipulated proposal that E&E file their answers, defenses, and counterclaims to Halo's First |
| 6 | Amended Complaint on or before July 23, 2010. |
| 7 | On July 23, 2010, E&E filed Elec & Eltek (USA)'s Second Amended Answer & |
| 8 | Counterclaim & E & E Magnetic Products Limited's Answer & Counterclaim to Halo's First |
| 9 | Amended Complaint (Doc. No. 280, *hereinafter* "E&E's Answer & Counterclaims"). Halo's |
| 10 | response to E&E's Answer & Counterclaims is due August 6, 2010. |
| 11 | Halo and E&E have reached a settlement in principal and are in the process of |
| 12 | memorializing the agreement. In order to allow Halo and E&E sufficient time to finalize a |
| 13 | resolution of this matter, Halo and E&E, by and through their counsel, hereby stipulate and |
| 14 | respectfully propose an extension of two weeks, until and including August 20, 2010, for Halo to |
| 15 | file its response to E&E's Answer & Counterclaims. |
| 16 | Halo and E&E do not believe that the proposed extension of time will alter the date of any |
| 17 | event or deadline already fixed by Court Order. |

Respectfully submitted,

Dated: August 6, 2010                    FISH & RICHARDSON P.C.


By: */s/ Limin Zheng*
    Limin Zheng

Attorneys for Plaintiff
HALO ELECTRONICS, INC.

| | |
|---|---|
| 1  Dated: August 6, 2010 | BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C. |
| 2 | |
| 3 | |
| 4 | By: */s/ Kent A. Lambert*<br>Kent A. Lambert |
| 5 | Attorneys for Defendants |
| 6 | ELEC & ELTEK (USA) CORPORATION and<br>E & E MAGNETIC PRODUCTS LIMITED |

IT IS SO ORDERED.

Dated: 8/6/10

_____
HONORABLE RONALD M. WHYTE
United States District Judge

2
STIPULATION AND ORDER EXTENDING TIME
FOR HALO ELECTRONICS, INC. TO RESPOND TO ELEC &
ELTEK (USA) CORPORATION'S SECOND AMENDED
ANSWER & COUNTERCLAIM & E & E MAGNETIC PRODUCTS
LIMITED'S ANSWER & COUNTERCLAIM TO HALO'S FIRST
AMENDED COMPLAINT (DOC. NO. 280)
Case No. 07-6222 RMW