UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEL FUSE INC., E & E MAGNETIC PRODUCTS LIMITED, ELEC & ELTEK (USA) CORPORATION, and XFMRS, INC., <br><br> Defendants. | Civil Case No. 07-6222 RMW (HRL) <br><br> **[JOINTLY ] ORDER RE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT; FURTHER STATUS CONFERENCE; AND CLAIM CONSTRUCTION HEARING DATE** <br><br> **Judge: Hon. Ronald M. Whyte** |

| | |
|---|---|
| 1 | On July 28, 2010, the parties submitted an Amended Joint Claim Construction and |
| 2 | Prehearing Statement Pursuant to Patent Local Rule 4-3 (Dkt No. 284). On August 6, 2010, the |
| 3 | Court held a telephonic case management conference to discuss the Amended Joint Claim |
| 4 | Construction and Prehearing Statement and related issues. |
| 5 | IT IS HEREBY ORDERED that the parties meet and confer and file an updated Joint |
| 6 | Claim Construction and Prehearing Statement no later than August 16, 2010. The updated Joint |
| 7 | Claim Construction and Prehearing Statement shall include (1) an identification of the most |
| 8 | significant terms to be construed; (2) an identification of the specific portion(s) of the prosecution |
| 9 | history that will be relied upon in support of a proposed construction; and (3) a proposed claim |
| 10 | construction briefing schedule. |
| 11 | A further status conference will be held telephonically on August 27, 2010,* at 10:30 a.m. at |
| 12 | the following number: |
| 13 | Toll free dial-in: (888)-706-0584 |
| 14 | Participant code: 509292 |
| 15 | The Claim Construction Hearing is set for October 27, 2010, at 9:00 a.m. Defendants' |
| 16 | indefiniteness claims may be addressed on summary judgment at a later time. |
| 17 | |
| 18 | IT IS SO ORDERED. |

DATED: 8/16/10

*signature*
HON. RONALD M. WHYTE
United States District Judge

*Due to a calendaring error, the Court moves the Further Status Conference from 8/23/10 to 8/27/10 at 10:30 am. The Court will call into the conference call between the hours of 10:30 a.m. to 12:30 pm that day.