UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEL FUSE INC. and XFMRS, INC., <br><br> Defendants. | Civil Case No. 07-6222 RMW (HRL) <br><br> **ORDER GRANTING HALO'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL** |

ORDER GRANTING HALO'S MOTION FOR
ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS
UNDER SEAL;
Civil Case No. 07-6222 RMW (HRL)

Plaintiff Halo Electronics, Inc. filed a Motion for Administrative Relief pursuant to Civil Local Rules 7-11 and 79-5 and General Order No. 62 for permission to file certain documents under seal.

Good cause having been shown, the Court GRANTS Halo's request.

IT IS HEREBY ORDERED that the clerk's office shall accept for filing under seal the previously-lodged sealed copies of the following documents:

- Halo's Opposition to XFMRS, Inc.'s Partial Motion for Summary Judgment of Non-Infringement

- Exhibits 3-12 to the Declaration of Michael J. Kane in Support of Halo's Opposition to XFMRS, Inc.'s Partial Motion for Summary Judgment of Non-Infringement

IT IS SO ORDERED.

DATED: __10/4/10_____

_Ronald M. Whyte_
The Hon. Ronald M. Whyte
United States District Court Judge

1

ORDER GRANTING HALO'S MOTION FOR
ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS
UNDER SEAL E
Civil Case No. 07-6222 RMW (HRL)