| | |
|---|---|
| **FLIESLER MEYER LLP**<br>Martin C. Fliesler  (SBN 073768)<br>mcf@fdml.com<br>650 California St., 14th Floor<br>San Francisco, CA 94108<br>Tel: (415) 362-2800 | **COZEN O'CONNOR**<br>Martin G. Raskin [*pro hac vice*]<br>Andrew P. Nemiroff [*pro hac vice*]<br>277 Park Avenue<br>New York, NY 10172<br>(212) 883-4900<br><br>Attorneys for Defendant/Counterclaim-Plaintiff<br>BEL FUSE, INC. |
| **MAGINOT, MOORE & BECK LLP**<br>Harold C. Moore (Admitted *pro hac vice* /<br>hcmoore@maginot.com)<br>Michael A. Swift (Admitted *pro hac vice*/<br>maswift@maginot.com)<br>David M. Lockman (Admitted *pro hac vice* /<br>dmlockman@maginot.com)<br>Chase Tower<br>111 Monument Circle, Suite 3250<br>Indianapolis IN 46204<br>Tel: (317) 638-2922<br>Fax: (317) 638-2139<br><br>Attorneys for Defendant | |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC.,<br>            Plaintiff,<br>   vs.<br>BEL FUSE INC., and XFMRS, INC.<br>            Defendants. | Case No.: CV 07-06222 JCS<br><br>**ORDER GRANTING XFMRS, INC'S MOTIONF FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL** |

Defendant XFMRS, Inc. filed a Motion for Administrative Relief pursuant to Civil Local Rules 7-11 and 79-5 and General Order No. 62 for permission to file certain documents under seal. Good cause having been shown, the Court GRANTS XFMRS' request.

IT IS HEREBY ORDERED that the Clerk's office shall accept for filing under seal the previously lodged sealed copies of the following documents:

- Exhibits 1-13 to the Declaration of Tony Imburgia in Support of XFMRS' Reply in Support of Motion for Partial Summary Judgment of Non-Infringement.

IT IS SO ORDERED.

DATED: 10/21/10

*Ronald M. Whyte*
The Hon. Ronald M. Whyte
United States District Court Judge