**FLIESLER MEYER LLP**
Martin C. Fliesler  (SBN 073768)
mcf@fdml.com
650 California St., 14th Floor
San Francisco, CA 94108
Tel: (415) 362-2800

**MAGINOT, MOORE & BECK LLP**
Harold C. Moore (Admitted *pro hac vice* /
hcmoore@maginot.com)
Michael A. Swift (Admitted *pro hac vice*/
maswift@maginot.com)
David M. Lockman (Admitted *pro hac vice* /
dmlockman@maginot.com)
Chase Tower
111 Monument Circle, Suite 3250
Indianapolis IN 46204
Tel: (317) 638-2922
Fax: (317) 638-2139

Attorneys for Defendant

**COZEN O'CONNOR**
Martin G. Raskin [*pro hac vice*]
Andrew P. Nemiroff [*pro hac vice*]
277 Park Avenue
New York, NY 10172
(212) 883-4900

Attorneys for Defendant/Counterclaim-Plaintiff
BEL FUSE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HALO ELECTRONICS, INC.,<br>　　　　　　Plaintiff,<br>　vs.<br>BEL FUSE INC., and XFMRS, INC.<br>　　　　　　Defendants. | Case No.: CV 07-06222 JCS<br><br>**ORDER GRANTING XFMRS, INC'S MOTIONF FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL** |

Defendant XFMRS, Inc. filed a Motion for Administrative Relief pursuant to Civil Local Rules 7-11 and 79-5 and General Order No. 62 for permission to file certain documents under seal. Good cause having been shown, the Court GRANTS XFMRS' request.

IT IS HEREBY ORDERED that the Clerk's office shall accept for filing under seal the previously lodged sealed copies of the following documents:

- Exhibits 1-13 to the Declaration of Tony Imburgia in Support of XFMRS' Reply in Support of Motion for Partial Summary Judgment of Non-Infringement.

IT IS SO ORDERED.

DATED: 10/25/10

*Ronald M. Whyte*
The Hon. Ronald M. Whyte
United States District Court Judge