| | |
|---|---|
| 1 | Michael J. Kane (Kane@fr.com) (MN#247625) |
| 2 | William R. Woodford (woodford@fr.com) (MN#322593) |
| 3 | FISH & RICHARDSON P.C. 3200 RBC Plaza |
| 4 | 60 South Sixth Street Minneapolis, MN 5540 |
| 5 | Telephone: (612) 335-5070 Facsimile: (612) 288-9696 |
| 6 | |
| 7 | Juanita Brooks (CA #75934 / brooks@fr.com) FISH & RICHARDSON P.C. |
| 8 | 12390 El Camino Real San Diego, CA 92130 |
| 9 | Telephone: (858) 678-5070 Facsimile: (858) 678-5099 |
| 10 | |
| 11 | Limin Zheng (CA #226875 / zheng@fr.com) FISH & RICHARDSON P.C. |
| 12 | 500 Arguello Street, Suite 500 Redwood City, CA 94063 |
| 13 | Telephone: (650) 839-5070 Facsimile: (650) 839-5071 |
| 14 | |
| 15 | Attorneys for Plaintiff HALO ELECTRONICS, INC. |

Harold C. Moore (hcmoore@maginot.com)
(IN#19004-49)
David M. Lockman (dmlockman@maginot.com)
(IN#25258=49)
MAGINOT, MOORE & BECK LLP
Chase Tower
111 Monument Circle, Suite 3250
Indianapolis IN 46204
Telephone: (317) 638-2922
Facsimile (317) 638-2139

Attorneys for Defendant
**XFMRS, INC**

**FLIESLER MEYER LLP**
Martin C. Fliesler  (SBN 073768)
mcf@fdml.com
Rex Hwang (SBN 063491) rhwang@fdml.com
650 California St., 14th Floor
San Francisco, CA 94108
(415) 362-2800

**COZEN O'CONNOR**
Martin G. Raskin [*pro hac vice*]
Andrew P. Nemiroff [*pro hac vice*]
250 Park Avenue
New York, NY 10017
(212) 986-1116

Attorneys for Defendant/Counterclaim-Plaintiff
BEL FUSE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

*E-FILED - 3/24/11*

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br>Plaintiff, <br><br>v. <br><br>BEL FUSE INC. and XFMRS, INC., <br><br>Defendants. | Civil Case No. 07-6222 RMW (HRL) <br><br>**JOINT STIPULATED ADMINISTRATIVE MOTION FOR AN ORDER SETTING CASE SCHEDULE THROUGH TRIAL, OR IN THE ALTERNATIVE, FOR A CASE MANAGEMENT CONFERENCE; [] ORDER** |

1   On November 16, 2010, the Court issued its Claim Construction Order (Dkt No. 357).
2   Pursuant to Civil Local Rule 7-11, the parties respectfully request that the Court issue an Order
3   setting the case schedule through trial.  In the alternative, the parties respectfully request that the
4   Court set a date for a Case Management Conference.

5   The parties met and conferred with regard to a proposed case schedule.  The parties were
6   unable to reach an agreement on certain dates by which the present case shall proceed.  The parties
7   hereby present their respective proposed dates for the Court's consideration and adoption:

| EVENT | RELEVANT LOCAL RULE[1] OR COURT'S STANDING ORDER | HALO PROPOSED DATES | DEFENDANTS PROPOSED DATES |
|---|---|---|---|
| Final Infringement Contentions | No later than 30 days after Claim Construction Ruling (Patent L.R. 3-6(a)) | January 27, 2011 | January 27, 2011 |
| Final Invalidity Contentions | No later than 50 days after Claim Construction Ruling (Patent L.R. 3-6(b)) | February 16, 2011 | February 16, 2011 |
| Defendants' Disclosure of Reliance on Advice of Counsel and Production of Opinion | No later than 50 days after Claim Construction Ruling (Patent L.R. 3-8) | February 16, 2011 | February 16, 2011 |
| Fact Discovery Cut-Off | | May 10, 2011 | |
| Final Date for Motions to Compel Fact Discovery | No more than 7 days after cut-off (Civ. L.R. 37-3) | May 17, 2011 | |
| Deadline for Expert Reports for Issues on which the Parties Bear the | | June 10, 2011 | |

---

[1] The applicable Patent Local Rules are the Patent Local Rules instituted on January 1, 2001, because this case was filed prior to March 1, 2008.

1   JOINT STIPULATED ADMINISTRATIVE MOTION
FOR AN ORDER SETTING CASE SCHEDULE
THROUGH TRIAL, OR IN THE ALTERNATIVE,
FOR A CASE MANAGEMENT CONFERENCE
Case No. 07-6222 RMW

| | | | |
|---|---|---|---|
| Burden | | | |
| Deadline for Rebuttal Expert Reports | | July 1, 2011 | |
| Expert Discovery Cut-Off | | July 26, 2011 | |
| Final Date for Motions to Compel Expert Discovery | No later than 7 days after cut-off (Civ. L.R. 37-3) | August 2, 2011 | |
| Deadline for Filing Dispositive Motions | | August 19, 2011 | |
| Hearing on Dispositive Motions and CMC* | | September 23, 2011 | |
| Last Day to Contact the Court to Discuss Procedures If the Parties Wish to Mail a Questionnaire to Perspective Jurors | No later than 45 days before the Pretrial Conference (Standing Order) | September 26, 2011 | xxxxxxxxxxxxxxxxx xxxxxxxxxxxxxx xxxxxxxxxx |
| Last Day for Counsel to Meet and Confer in Person or by Phone re Pretrial Requirements | No later than 15 days before the Pretrial Conference (Standing Order) | October 26, 2011 | xxxxxxxxxxxxxxxxx xxxxxxxxxxxxxx xxxxxxxxxx |
| Trial Briefs; Motions *in Limine*; *Daubert* Motions; Discovery Designations; Proposed Voir Dire Questions; JOINTLY Prepared Proposed Jury Instructions; JOINTLY Prepared Proposed Verdict Form; JOINT Pretrial | No later than 10 court days before the Pretrial Conference (Standing Order) | October 27, 2011 | xxxxxxxxxxxxxxxxx xxxxxxxxxx xxxxxxxxxxxxxxxx |

2

JOINT STIPULATED ADMINISTRATIVE MOTION
FOR AN ORDER SETTING CASE SCHEDULE
THROUGH TRIAL, OR IN THE ALTERNATIVE,
FOR A CASE MANAGEMENT CONFERENCE
Case No. 07-6222 RMW

| | | | |
|---|---|---|---|
| Statement | | | |
| Last Day to Meet and Confer Regarding Objections to Proposed Voir Dire, Proposed Verdict Forms, or Authenticity or Admissibility of any Trial Exhibits | Any objections to the proposed voir dire, proposed verdict forms, or the authenticity or admissibility of any trial exhibits must be accompanied by a certification that counsel conferred with opposing counsel regarding such objections (Standing Order) | November 1, 2011 | xxxxxxxxxxxxxxx xxxxxxxxxxx xxxxxxxxxxxxxxx |
| Oppositions to Motions *in Limine*; Oppositions to *Daubert* Motions; Objections to Use of Deposition Excerpts or Other Discovery Responses; Counter-Designations; Objections to Proposed Voir Dire, Proposed Verdict Forms, or Authenticity or Admissibility of any Trial Exhibits | No later than 5 court days before the Pretrial Conference (Standing Order) | November 3, 2011 | xxxxxxxxxxxxxxx xxxxxxxxxxx xxxxxxxxxxxxxxx |
| Objections to Counter-Designations | The day before the Pretrial Conference (Standing Order) | November 9, 2011 | xxxxxxxxxxxxxxx xxxxxxxxxxxxxxx |
| Pretrial Conference | The Court holds pretrial conferences on Thursdays at 2:00 p.m., and 20 days before trial (Court's Calendar) | November 10, 2011, at 2:00 p.m. | xxxxxxxxxxxxxxx xxxxxxxxxx |
| Trial | Jury Selections on Mondays at 1:30 p.m. (Court's Calendar) | Starting on December 5, 2011 at 1:00 p.m. | xxxxxxxxxxxxxxxx xxxxxxxxxxxxxxxx |

3

JOINT STIPULATED ADMINISTRATIVE MOTION
FOR AN ORDER SETTING CASE SCHEDULE
THROUGH TRIAL, OR IN THE ALTERNATIVE,
FOR A CASE MANAGEMENT CONFERENCE
Case No. 07-6222 RMW

New Text

Respectfully submitted,

Dated: ___February 4, 2011___   FISH & RICHARDSON P.C.

By: ___/s/ Michael J. Kane_____
    Michael J. Kane
    Attorneys for Plaintiff
    HALO, INC.

Dated: ___February 4, 2011___   COZEN O'CONNOR

By: ___/s/ Andrew P. Nemiroff_____
    Andrew P. Nemiroff
    Attorneys for Defendant/Counterclaim-Plaintiff
    BEL FUSE, INC.

Dated: ___February 4, 2011___   MAGINOT, MOORE & BECK LLP

By: ___/s/ Harold C. Moore_____
    Harold C. Moore
    Attorneys for Defendant
    XMFRS, INC.

    Pursuant to the Northern District of California Electronic Filing Procedures and General Order No. 45, I attest that concurrence in the filing of this document has been obtained from counsel for the parties, the signatories listed above.

Dated: ___February 4, 2011___   FISH & RICHARDSON P.C.

By: /s/ Limin Zheng_____
    Limin Zheng
    Attorney for Plaintiff
    HALO, INC.

4

JOINT STIPULATED ADMINISTRATIVE MOTION
FOR AN ORDER SETTING CASE SCHEDULE
THROUGH TRIAL, OR IN THE ALTERNATIVE,
FOR A CASE MANAGEMENT CONFERENCE
Case No. 07-6222 RMW

**[]** **ORDER**

Good cause having been shown, the Court grants the parties' administrative request and adopts the case schedule proposed by Halo.

IT IS SO ORDERED.

Dated: 3/23/11

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Judge

\*Although the Court anticipates that the schedule proposed by Halo is realistic, the Court will re- evaluate the remaining schedule at the September 23, 2011 Case Management Conference.

5

JOINT STIPULATED ADMINISTRATIVE MOTION
FOR AN ORDER SETTING CASE SCHEDULE
THROUGH TRIAL, OR IN THE ALTERNATIVE,
FOR A CASE MANAGEMENT CONFERENCE
Case No. 07-6222 RMW