| | |
|---|---|
| Michael J. Kane (Kane@fr.com) (MN#247625)<br>William R. Woodford (woodford@fr.com) (MN#322593)<br>FISH & RICHARDSON P.C.<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 5540<br>Telephone: (612) 335-5070<br>Facsimile: (612) 288-9696<br><br>Juanita Brooks (CA #75934 / brooks@fr.com)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Limin Zheng (CA #226875 / zheng@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Attorneys for Plaintiff<br>HALO ELECTRONICS, INC. | Harold C. Moore (hcmoore@maginot.com) (IN#19004-49)<br>Michael A. Swift (maswift@maginot.com) (IN#17779-49)<br>MAGINOT, MOORE & BECK LLP<br>Chase Tower<br>111 Monument Circle, Suite 3250<br>Indianapolis IN 46204<br>Telephone: (317) 638-2922<br>Facsimile (317) 638-2139<br><br>Attorneys for Defendant<br>**XFMRS, INC**<br><br>**FLIESLER MEYER LLP**<br>Martin C. Fliesler (SBN 073768)<br>mcf@fdml.com<br>Rex Hwang (SBN 063491) rhwang@fdml.com<br>650 California St., 14th Floor<br>San Francisco, CA 94108<br>(415) 362-2800<br><br>**COZEN O'CONNOR**<br>Martin G. Raskin [*pro hac vice*]<br>Andrew P. Nemiroff [*pro hac vice*]<br>250 Park Avenue<br>New York, NY 10017<br>(212) 986-1116<br><br>Attorneys for Defendant/Counterclaim-Plaintiff<br>BEL FUSE, INC. |

*E-FILED - 5/17/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BEL FUSE INC. and XFMRS, INC.,<br><br>Defendants. | Civil Case No. 07-6222 RMW (HRL)<br><br>**JOINT STIPULATED ADMINISTRATIVE MOTION FOR AN ORDER REVISING CASE SCHEDULE; [] ORDER** |

Case No. 07-6222 RMW

On March 24, 2011, the Court issued an Order setting the post-Markman case schedule. (Dkt. 360). Following further meet and confer, the parties have agreed to, and hereby propose, the following revised discovery deadlines. Pursuant to Civil Local Rule 7-11, the parties respectfully request that the Court issue an Order resetting certain deadlines in the case schedule as set forth below. The proposed changes do not affect any hearing or proceeding on the Court's calendar.

| EVENT | RELEVANT LOCAL RULE[1] OR COURT'S STANDING ORDER | CURRENTLY SCHEDULE DATES | REVISED DATES |
|---|---|---|---|
| Non-Deposition Fact Discovery Cut-Off | | May 10, 2011 | May 10, 2011 |
| Fact Deposition Cut-Off (except for the deposition of T.K. Luk)[2] | | May 10, 2011[3] | June 17, 2011 |
| Final Date for Motions to Compel Fact Discovery (including both non-deposition and deposition discovery) | No more than 7 days after cut-off (Civ. L.R. 37-3) | May 17, 2011 | July 7, 2011 |
| Deadline for Expert Reports for Issues on which the Parties Bear the Burden | | June 10, 2011 | July 8, 2011 |
| Deadline for Rebuttal Expert Reports | | July 1, 2011 | July 29, 2011 |

---

[1] The applicable Patent Local Rules are the Patent Local Rules instituted on January 1, 2001, because this case was filed prior to March 1, 2008.

[2] To the extent Mr. T.K. Luk will testify at the trial, he may be deposed in the United States by Plaintiff at least one week before the trial,

[3] The March 24, 2011 Order did not distinguish non-deposition and deposition fact discovery.

1    JOINT STIPULATED ADMINISTRATIVE MOTION
     FOR AN ORDER REVISING CASE SCHEDULE
     Case No. 07-6222 RMW

| | | | |
|---|---|---|---|
| Expert Discovery Cut-Off | | July 26, 2011 | August 17, 2011 |
| Final Date for Motions to Compel Expert Discovery | No later than 7 days after cut-off (Civ. L.R. 37-3) | August 2, 2011 | August 26, 2011 |

The Proposed Revised Dates do not affect any other dates, including the Trial Date, set in the March 24, 2011 Order.

                                                  Respectfully submitted,

Dated:   April 27, 2011          MAGINOT, MOORE & BECK LLP

                                                  By:   /s/Harold C. Moore
                                                      Harold C. Moore
                                                      Attorneys for Defendant
                                                      XMFRS, INC.

Dated:   April 27, 2011          FISH & RICHARDSON P.C.

                                                  By:   /s/Limin Zheng
                                                     Limin Zheng
                                                     Attorneys for Plaintiff
                                                     HALO, INC.

Dated:   April 27, 2011          COZEN O'CONNOR

                                                  By:   /s/Andrew P. Nemiroff
                                                     Andrew P. Nemiroff
                                                     Attorneys for Defendant
                                                     BEL FUSE, INC.

1  Pursuant to the Northern District of California Electronic Filing Procedures and General
2  Order No. 45, I attest that concurrence in the filing of this document has been obtained from
3  counsel for the parties, the signatories listed above.

Dated:     April 27, 2011            MAGINOT, MOORE & BECK LLP

By: /s/Harold C. Moore
    Harold C. Moore
    Attorney for Defendant
    XFMRS, INC.

3

JOINT STIPULATED ADMINISTRATIVE MOTION
FOR AN ORDER REVISING CASE SCHEDULE
Case No. 07-6222 RMW

**[] ORDER**

Good cause having been shown, the Court grants the parties' administrative request and adopts the Proposed Revised Dates proposed by the Parties as revisions to the case schedule.

IT IS SO ORDERED.

Dated: 5/17/11

*Ronald M. Whyte*
_____
HONORABLE RONALD M. WHYTE
United States District Judge