1 Michael J. Kane (Kane@fr.com)
  (MN#247625)
2 William R. Woodford (woodford@fr.com)
  (MN#322593)
3 FISH & RICHARDSON P.C.
  3200 RBC Plaza
4 60 South Sixth Street
  Minneapolis, MN 5540
5 Telephone:  (612) 335-5070
  Facsimile:  (612) 288-9696
6
  Juanita Brooks (CA #75934 /
7 brooks@fr.com)
  FISH & RICHARDSON P.C.
8 12390 El Camino Real
  San Diego, CA 92130
9 Telephone:  (858) 678-5070
  Facsimile:  (858) 678-5099
10
  Limin Zheng (CA #226875 /
11 zheng@fr.com)
  FISH & RICHARDSON P.C.
12 500 Arguello Street, Suite 500
  Redwood City, CA 94063
13 Telephone: (650) 839-5070
  Facsimile: (650) 839-5071
14
  Attorneys for Plaintiff
15 **HALO ELECTRONICS, INC.**

Harold C. Moore (hcmoore@maginot.com)
(IN#19004-49)
David M. Lockman (dmlockman@maginot.com)
(IN#25258=49)
MAGINOT, MOORE & BECK LLP
Chase Tower
111 Monument Circle, Suite 3250
Indianapolis IN 46204
Telephone: (317) 638-2922
Facsimile (317) 638-2139
Attorneys for Defendant
**XFMRS, INC**

FLIESLER MEYER LLP
Martin C. Fliesler  (SBN 073768)
mcf@fdml.com
Rex Hwang (SBN 063491) rhwang@fdml.com
650 California St., 14th Floor
San Francisco, CA 94108
(415) 362-2800

COZEN O'CONNOR
Martin G. Raskin [*pro hac vice*]
Andrew P. Nemiroff [*pro hac vice*]
277 Park Avenue
New York, NY 10172
Telephone:  (212) 883-4900
Facsimile:  (212) 986-0604

Attorneys for Defendant/Counterclaim-Plaintiff
**BEL FUSE, INC.**

*__E-FILED - 7/22/11__*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC., | Civil Case No. 07-6222 RMW (HRL) |
| Plaintiff, | **JOINT STIPULATION AND []** |
| v. | **ORDER** |
| BEL FUSE INC. and XFMRS, INC., | |
| Defendants. | |

**WHEREAS**, on June 9, 2011, Bel Fuse Inc. ("Bel Fuse") and Halo Electronics, Inc. ("Halo") reached a settlement of all issues in the instant litigation;

**WHEREAS**, on June 28, 2011, XFMRS, INC. ("XFMRS") and Halo reached a settlement of all issues in the instant litigation;

**WHEREAS,** Bel Fuse, XFMRS, and Halo are currently drafting the confirmatory papers and expect to file Stipulations of Voluntary Dismissal within 14 days; and

**WHEREAS**, the parties respectfully request, in view of the settlements, that the Court suspend the scheduling order in this matter.

Based on the foregoing,

**THE PARTIES STIPULATE**, through their respective counsel, and subject to the approval of the Court, that all deadlines in this case shall be suspended and that the parties shall file Stipulations of Voluntary Dismissal no later than August 1, 2011.

Dated:  ___July 8, 2011___                FISH & RICHARDSON P.C.

By:  _/s/ Michael J. Kane_____
　　　Michael J. Kane
　　　Attorneys for Plaintiff
　　　HALO, INC.

Dated:  ___July 8, 2011___                COZEN O'CONNOR

By:  _/s/ Andrew P. Nemiroff_____
　　　Andrew P. Nemiroff
　　　Attorneys for Defendant/Counterclaim-Plaintiff
　　　BEL FUSE, INC.

Dated:  ___July 8, 2011___                MAGINOT, MOORE & BECK LLP

By:  _/s/ Harold C. Moore_____
　　　Harold C. Moore
　　　Attorneys for Defendant
　　　XMFRS, INC.

1    IT IS SO ORDERED.

2

3    Dated: _____7/22/11_____

4                                          HONORABLE RONALD M. WHYTE
                                           United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2