| | |
|---|---|
| Michael J. Kane (Kane@fr.com) (MN#247625) <br> William R. Woodford (woodford@fr.com) (MN#322593) <br> FISH & RICHARDSON P.C. <br> 3200 RBC Plaza <br> 60 South Sixth Street <br> Minneapolis, MN 5540 <br> Telephone: (612) 335-5070 <br> Facsimile: (612) 288-9696 <br><br> Juanita Brooks (CA #75934 / brooks@fr.com) <br> FISH & RICHARDSON P.C. <br> 12390 El Camino Real <br> San Diego, CA 92130 <br> Telephone: (858) 678-5070 <br> Facsimile: (858) 678-5099 <br><br> Limin Zheng (CA #226875 / zheng@fr.com) <br> FISH & RICHARDSON P.C. <br> 500 Arguello Street, Suite 500 <br> Redwood City, CA 94063 <br> Telephone: (650) 839-5070 <br> Facsimile: (650) 839-5071 <br><br> Attorneys for Plaintiff <br> **HALO ELECTRONICS, INC.** | Harold C. Moore (hcmoore@maginot.com) (IN#19004-49) <br> David M. Lockman (dmlockman@maginot.com) (IN#25258=49) <br> MAGINOT, MOORE & BECK LLP <br> Chase Tower <br> 111 Monument Circle, Suite 3250 <br> Indianapolis IN 46204 <br> Telephone: (317) 638-2922 <br> Facsimile (317) 638-2139 <br><br> Attorneys for Defendant <br> **XFMRS, INC** <br><br> FLIESLER MEYER LLP <br> Martin C. Fliesler (SBN 073768) <br> mcf@fdml.com <br> Rex Hwang (SBN 063491) rhwang@fdml.com <br> 650 California St., 14th Floor <br> San Francisco, CA 94108 <br> (415) 362-2800 <br><br> COZEN O'CONNOR <br> Martin G. Raskin [*pro hac vice*] <br> Andrew P. Nemiroff [*pro hac vice*] <br> 277 Park Avenue <br> New York, NY 10172 <br> Telephone: (212) 883-4900 <br> Facsimile: (212) 986-0604 <br><br> Attorneys for Defendant/Counterclaim-Plaintiff <br> **BEL FUSE, INC.** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEL FUSE INC. and XFMRS, INC., <br><br> Defendants. | Civil Case No. 07-6222 RMW (HRL) <br><br> **JOINT STIPULATION AND [] ORDER EXTENDING TIME FOR FILING STIPULATIONS OF VOLUNTARY DISMISSAL** |

1  **WHEREAS**, on July 22, 2011, the Court adopted the parties' Joint Stipulation and
2  Proposed Order and Ordered the parties to file Stipulations of Voluntary Dismissal no later
3  than August 1, 2011;
4  **WHEREAS**, on August 1, 2011, the parties' filed a Joint Stipulation and Proposed
5  Order and Ordered to extend the time to file Stipulations of Voluntary Dismissal to no later
6
7  than August 8, 2011;
8  **WHEREAS**, the parties have been working diligently to finalize the settlement, but
9  have not been able to finalize the settlement agreements due to unexpected circumstances
10 that have arisen within the past four days, such circumstances preventing proper execution
11 of the settlement agreements;
12 **WHEREAS,** the parties expect to finalize the settlement agreements and file
13
14 Stipulations of Voluntary Dismissal within 7 days; and
15 **WHEREAS**, the parties respectfully request, in view of the above, that the Court
16 extend the deadline for filing Stipulations of Voluntary Dismissal by 7 days, from August
17 8, 2011 to August 15, 2011.
18 Based on the foregoing,
19 **THE PARTIES STIPULATE**, through their respective counsel, and subject to the
20 approval of the Court, that the deadline for filing Stipulations of Voluntary Dismissal is extended
21 from August 8, 2011 to August 15, 2011.

Dated: ___August 8, 2011___          FISH & RICHARDSON P.C.

                                                      By:  */s/Michael J. Kane* _____
                                                          Michael J. Kane
                                                          Attorneys for Plaintiff
                                                          HALO, INC.

Dated: ___August 8, 2011___          COZEN O'CONNOR

                                                        By:  */s/Andrew P. Nemiroff*_____
                                                          Andrew P. Nemiroff
                                                          Attorneys for Defendant/Counterclaim-Plaintiff
                                                          BEL FUSE, INC.

Dated: ___August 8, 2011___          MAGINOT, MOORE & BECK LLP

                                                        By:  */s/ Harold C. Moore*_____
                                                          Harold C. Moore
                                                          Attorneys for Defendant
                                                          XMFRS, INC.

1  IT IS SO ORDERED.

2

3  Dated: ___8/9/11_____           _____
4                                           HONORABLE RONALD M. WHYTE
                                            United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28