| | |
|---|---|
| Michael J. Kane (Kane@fr.com) (MN#247625) <br> William R. Woodford (woodford@fr.com) (MN#322593) <br> Jason M. Zucchi (zucchi@fr.com) (MN#387908) <br> FISH & RICHARDSON P.C. <br> 3200 RBC Plaza <br> 60 South Sixth Street <br> Minneapolis, MN 5540 <br> Telephone:  (612) 335-5070 <br> Facsimile:  (612) 288-9696 <br><br> Juanita Brooks (CA #75934 / brooks@fr.com) <br> Craig E. Countryman (CA #244601/ countryman@fr.com) <br> FISH & RICHARDSON P.C. <br> 12390 El Camino Real <br> San Diego, CA 92130 <br> Telephone:  (858) 678-5070 <br> Facsimile:  (858) 678-5099 <br><br> Limin Zheng (CA #226875 / zheng@fr.com) <br> FISH & RICHARDSON P.C. <br> 500 Arguello Street, Suite 500 <br> Redwood City, CA 94063 <br> Telephone: (650) 839-5070 <br> Facsimile: (650) 839-5071 <br><br> Attorneys for Plaintiff <br> HALO ELECTRONICS, INC. | Harold C. Moore (hcmoore@maginot.com) (IN#19004-49) <br> Michael A. Swift (maswift@maginot.com) (IN#17779-49) <br> MAGINOT, MOORE & BECK LLP <br> Chase Tower <br> 111 Monument Circle, Suite 3250 <br> Indianapolis IN 46204 <br> Telephone: (317) 638-2922 <br> Facsimile (317) 638-2139 <br><br> Attorneys for Defendant <br> XFMRS, INC <br><br> Martin C. Fliesler  (SBN 073768) <br> mcf@fdml.com <br> Rex Hwang (SBN 063491) <br> rhwang@fdml.com <br> FLIESLER MEYER LLP <br> 650 California St., 14th Floor <br> San Francisco, CA 94108 <br> (415) 362-2800 <br><br> Martin G. Raskin [*pro hac vice*] <br> Andrew P. Nemiroff [*pro hac vice*] <br> COZEN O'CONNOR <br> 277 Park Avenue <br> New York, NY 10172 <br> (212) 986-1116 <br><br> Attorneys for Defendant/Counterclaim-Plaintiff <br> BEL FUSE, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEL FUSE INC. and XFMRS, INC., <br><br> Defendants. | Civil Case No. 07-6222 RMW (HRL) <br><br> **STIPULATED MOTION AND [] ORDER FOR DISMISSAL WITH PREJUDICE** |

1   Plaintiff Halo Electronics, Inc. and the Defendants Bel Fuse Inc. and XFMRS, Inc., hereby
2   move for an order pursuant to Fed. R. Civ. P. 41(a)(2) and (c) dismissing all claims and
3   counterclaims asserted between them, with prejudice, each party to bear its own costs, expenses,
4   and attorneys' fees.
5   The Court shall retain jurisdiction of the matter to the extent necessary to enforce the terms
6   and conditions of any settlement entered into between the parties.

Respectfully submitted,

Dated: August 12, 2011    FISH & RICHARDSON P.C.

By: /s/ Michael J. Kane
    Michael J. Kane
    Attorneys for Plaintiff
    HALO ELECTRONICS, INC.

Dated: August 12, 2011    MAGINOT, MOORE & BECK LLP

By: /s/ Harold C. Moore
    Harold C. Moore
    Attorneys for Defendant
    XMFRS, INC.

Dated: August 12, 2011    COZEN O'CONNOR

By: /s/ Andrew P. Nemiroff
    Andrew P. Nemiroff
    Attorneys for Defendant
    BEL FUSE, INC.

1   STIPULATED MOTION AND [] ORDER
    FOR DISMISSAL WITH PREJUDICE
    Case No. 07-6222 RMW

1  IT IS SO ORDERED.

2

3  Dated: ": 145133 """""""""""""""""""""""""""""""""""""""""""  /s/ Ronald M. Whyte

4  HONORABLE RONALD M. WHYTE
   United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1  Pursuant to the Northern District of California Electronic Filing Procedures and General
2  Order No. 45, I attest that concurrence in the filing of this document has been obtained from
3  counsel for the parties, the signatories listed above.

5  Dated: August 12, 2011                FISH & RICHARDSON P.C.

                                          By: */s/ Jason M. Zucchi*

                                          Attorney for Plaintiff
                                          HALO ELECTRONICS, INC.