UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>XFMRS, INC.,<br><br>　　　　Defendant. | Civil Case No. 07-6222 RMW (HRL)<br><br>**ORDER GRANTING HALO'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL** |

Plaintiff Halo Electronics, Inc. filed a Motion for Administrative Relief pursuant to Civil Local Rules 7-11 and 79-5 and General Order No. 62 for permission to file certain documents under seal.

Good cause having been shown, the Court GRANTS Halo's request.

IT IS HEREBY ORDERED that the clerk's office shall accept for filing under seal the previously-lodged sealed copies of the following documents:

- Unredacted version of Halo's Opposition to XFMRS, Inc.'s Motion for an Order of Contempt Against Halo

- Exhibits 24-28 and Exhibit 40 to the Declaration of Jason M. Zucchi in Support of Halo's Opposition to XFMRS, Inc.'s Motion for an Order of Contempt Against Halo

IT IS SO ORDERED.

DATED:   4/19/12

*Ronald M. Whyte*

The Hon. Ronald M. Whyte
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

ORDER GRANTING HALO'S MOTION FOR ADMINISTRATIVE
RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL E
Civil Case No. 07-6222 RMW (HRL)