| | | |
|---|---|---|
| 1 | Juanita Brooks (CA #75934 / brooks@fr.com) | Harold C. Moore (hcmoore@maginot.com) (IN#19004-49) |
| 2 | Craig E. Countryman (CA #244601/ countryman@fr.com) | Michael A. Swift (maswift@maginot.com) (IN#17779-49) |
| 3 | FISH & RICHARDSON P.C. 12390 El Camino Real | MAGINOT, MOORE & BECK LLP Chase Tower |
| 4 | San Diego, CA 92130 Telephone: (858) 678-5070 | 111 Monument Circle, Suite 3250 Indianapolis IN 46204 |
| 5 | Facsimile: (858) 678-5099 | Telephone: (317) 638-2922 Facsimile (317) 638-2139 |
| 6 | Limin Zheng (CA #226875 / zheng@fr.com) | Attorneys for Defendant XFMRS, INC |
| 7 | FISH & RICHARDSON P.C. 500 Arguello Street, Suite 500 | |
| 8 | Redwood City, CA 94063 Telephone: (650) 839-5070 | |
| 9 | Facsimile: (650) 839-5071 | |
| 10 | Michael J. Kane (Kane@fr.com) (MN#247625) | |
| 11 | William R. Woodford (woodford@fr.com) (MN#322593) | |
| 12 | Jason M. Zucchi (zucchi@fr.com) (MN#387908) | |
| 13 | FISH & RICHARDSON P.C. 3200 RBC Plaza | |
| 14 | 60 South Sixth Street Minneapolis, MN 5540 | |
| 15 | Telephone: (612) 335-5070 Facsimile: (612) 288-9696 | |
| 16 | Attorneys for Plaintiff HALO ELECTRONICS, INC. | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| HALO ELECTRONICS, INC., | Civil Case No. 07-6222 RMW (HRL) |
| Plaintiff, | **STIPULATION AND []** |
| v. | **ORDER TO SHORTEN TIME PURSUANT TO CIVIL L.R. 6-2 TO JUNE 15, 2012 ON HALO'S MOTION TO MODIFY THE PROTECTIVE ORDER** |
| XFMRS, INC., | |
| Defendant. | |
| | **Judge:    Hon. Ronald M. Whyte** |

On May 29, 2012, Plaintiff Halo Electronics, Inc. ("Halo") filed a Motion for Limited Modification of the Protective Order (Dkt. No. 399). The proposed modification would allow Halo to use six documents marked "Attorneys' Eyes Only" by XFMRS, Inc. ("XFMRS") in this case in the pending litigation between Halo and Pulse Electronics in the District of Nevada, which is scheduled for trial on July 24, 2012.

In order to secure resolution of Halo's motion with sufficient time before the Nevada trial date, Halo and XFMRS have reached agreement to shorten the time for briefing and hearing on Halo's motion. Halo and XFMRS, by and through their counsel, hereby stipulate and respectfully propose the following:

1. XFMRS shall file any response to Halo's Motion no later than June 5, 2012;
2. Halo shall file any reply to XFMRS's response no later than June 8, 2012; and
3. The hearing on Halo's motion will be held on June 15, 2012 at 9:00 A.M.

Halo and XFMRS do not believe that the proposed shortening of time will alter the date of any event or deadline already fixed by Court Order.

Respectfully submitted,

Dated: May 31, 2012         FISH & RICHARDSON P.C.

By: /s/ Michael J. Kane
    Michael J. Kane
    Attorney for Plaintiff
    HALO ELECTRONICS, INC.


Dated: May 31, 2012         MAGINOT, MOORE & BECK LLP

By: /s/ Harold C. Moore
    Harold C. Moore
    Attorney for Defendant
    XMFRS, INC.

1  IT IS SO ORDERED.

2

3  Dated: ÎƉƅHƅƅG  *Ronald M. Whyte*

4  _____   HONORABLE RONALD M. WHYTE
     United States District Judge

1    Pursuant to the Northern District of California Electronic Filing Procedures and General
2    Order No. 45, I attest that concurrence in the filing of this document has been obtained from
3    counsel for the parties, the signatories listed above.

4

5    Dated:  May 31, 2012                    FISH & RICHARDSON P.C.

6                                            By: /s/ Jason M. Zucchi

7                                            Attorney for Plaintiff
8                                            HALO ELECTRONICS, INC.